## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Golf Tailor, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

4 5 – 5 6 1 4 0 8 0

**4. Debtor's address**

**Principal place of business**

539 W. Commerce Street Suite 4301
Number            Street

Dallas, TX 75208
City                          State       ZIP Code

Dallas
County

**Mailing address, if different from principal place of business**

13 S. Broadway
Number            Street

P.O. Box

Edmond, OK 73034
City                          State       ZIP Code

**Location of principal assets, if different from principal place of business**

Number            Street

City                          State       ZIP Code

**5. Debtor's website (URL)**

www.golftailor.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

District _____ When _____ Case number _____
                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                  MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** *(Check all that apply.)*

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____

               Number      Street

               _____

               City            State    ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes.    Insurance agency _____

               Contact name _____

               Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000

☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                 ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000           ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion

☐ $50,001-$100,000     ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/28/2021
MM/ DD/ YYYY

X  /s/ Neil Goldstein                                Neil Goldstein
Signature of authorized representative of debtor     Printed name

Title    Chief Restructuring Office

**18. Signature of attorney**

X    /s/ Areya Holder Aurzada          Date  05/28/2021
Signature of attorney for debtor              MM/ DD/ YYYY

Areya Holder Aurzada
Printed name

Holder Law
Firm name

901 Main Street Suite 5320
Number    Street

Dallas                    TX        75202
City                      State     ZIP Code

Contact phone             areya@holderlawpc.com
                          Email address

24002303                  TX
Bar number                State

# GOLF TAILOR, LLC
## MEMBER RESOLUTION

We, Timothy Oyler and Michael Rhine, the duly authorized members and Manager of Golf Tailor, LLC ("GOLF TAILOR" or the "Company") hereby certify that at a special meeting of the Members of the Company duly called and held on May 24, 2021, the following resolutions were duly adopted and that said resolution have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that, in the judgment of the Members of GOLF TAILOR, it is desirable and in the best interest of the Company, its creditors, employees, and other interested parties that a petition is filed seeking relief under the provisions of Chapter11 of Title 11 of the United States Code (the "Bankruptcy Code"). The purpose and intent of the bankruptcy filing is to restructure the obligations of GOLF TAILOR in an effort to allow the company to reorganize.

RESOLVED, that Neil Goldstein is hired and designated as the Chief Restructuring Officer ("CRO") and is hereby authorized, empowered and directed, in the name and on behalf of the Company, to handle the bankruptcy, execute and file a bankruptcy petition, schedules, motions, pleadings, and amendments thereto under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas at such time or in such jurisdiction as said Authorized Person executing the same shall determine.

RESOLVED, that CRO Neil Goldstein may sign the bankruptcy petition on behalf of GOLF TAILOR and attend any and all scheduled meetings or hearings in the bankruptcy case.

RESOLVED, that HOLDER LAW is hereby engaged as attorney for GOLF TAILOR in the Chapter 11 Case.

_____
Timothy Oyler, Manager and Member

_____
Michael Rhine, Member

1

# GOLF TAILOR, LLC
## MEMBER RESOLUTION

We, Timothy Oyler and Michael Rhine, the duly authorized members and Manager of Golf Tailor, LLC ("GOLF TAILOR" or the "Company") hereby certify that at a special meeting of the Members of the Company duly called and held on May 24, 2021, the following resolutions were duly adopted and that said resolution have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that, in the judgment of the Members of GOLF TAILOR, it is desirable and in the best interest of the Company, its creditors, employees, and other interested parties that a petition is filed seeking relief under the provisions of Chapter11 of Title 11 of the United States Code (the "Bankruptcy Code"). The purpose and intent of the bankruptcy filing is to restructure the obligations of GOLF TAILOR in an effort to allow the company to reorganize.

RESOLVED, that Neil Goldstein is hired and designated as the Chief Restructuring Officer ("CRO") and is hereby authorized, empowered and directed, in the name and on behalf of the Company, to handle the bankruptcy, execute and file a bankruptcy petition, schedules, motions, pleadings, and amendments thereto under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas at such time or in such jurisdiction as said Authorized Person executing the same shall determine.

RESOLVED, that CRO Neil Goldstein may sign the bankruptcy petition on behalf of GOLF TAILOR and attend any and all scheduled meetings or hearings in the bankruptcy case.

RESOLVED, that HOLDER LAW is hereby engaged as attorney for GOLF TAILOR in the Chapter 11 Case.

_____         _____
Timothy Oyler, Manager and Member        Michael Rhine, Member

Fill in this information to identify the case:

Debtor name _____ Golf Tailor, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | _____ |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 **Simmons** | **Checking account** | **5710** | **$7,371.30** |
| 3.2 **Simmons** | **Checking account** | 4730 | **$683,785.86** |
| **4. Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$691,157.16** |

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                          **$0.00**

---

**Part 3:** Accounts receivable

---

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:     $141,706.80     -     $0.00     = ......  ➔     $141,706.80
                                  face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:        $118,340.10     -     $118,340.10     = ......  ➔     $0.00
                                  face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                          **$141,706.80**

---

**Part 4:** Investments

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                                          % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

**None**

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

$0.00

---

**Part 5:**   Inventory, excluding agriculture assets

---

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | | | | |
| **20. Work in progress** | | | | |
| None | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1   Golf Tailor Inventory | MM / DD / YYYY | $748,869.00 | | $748,869.00 |
| **22. Other inventory or supplies** | | | | |
| None | | | | |

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

$748,869.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31. Farm and fishing supplies, chemicals, and feed**

   **None**

**32. Other farming and fishing-related property not already listed in Part 6**

   **None**

**33. Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
   ☑No
   ☐Yes. Is any of the debtor's property stored at the cooperative?
       ☐No
       ☐Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑No
   ☐Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑No
   ☐Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑No
   ☐Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐No. Go to Part 8.
   ☑Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.   Office furniture**

39.1   Conference room table, chairs, office lounge furniture, Doug Tewell memorabilia box and other miscellaneous items          $3,000.00                                    $3,000.00

**40.   Office fixtures**

     **None**

**41.   Office equipment, including all computer equipment and communication systems equipment and software**

     **None**

**42.   Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

     **None**

**43.   Total of Part 7**

     Add lines 39 through 42. Copy the total to line 86.                                    $3,000.00

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**
     ☑ No. Go to Part 9.
     ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

     **None**

**48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                          $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:  Real Property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

   55.1 __Office Space__ _____ | __Lease__ _____ | _____ $1.00 | _____ | _____ $1.00

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                    $1.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1   **See Attachment #1** | $25,000.00 | | $25,000.00 |
| **61.** **Internet domain names and websites** | | | |
| **None** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| 62.1   **License Agreement with Santa Fe Holdings, LLC - value included with customer list** | $0.00 | | $0.00 |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| 63.1   **Customer List and License** | $7,500.00 | | $7,500.00 |
| **64.** **Other intangibles, or intellectual property** | | | |
| **None** | | | |
| **65.** **Goodwill** | | | |
| 65.1   **Goodwill** | $1.00 | | $1.00 |

**66.** **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.                                       $32,501.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

   ☑ No

   ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No

   ☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☐ No

   ☑ Yes

---

**Part 11:**   All other assets

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**
   Description (include name of obligor)

   **None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

   **None**

**73.** **Interests in insurance policies or annuities**

   **None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **None**

**76.** **Trusts, equitable or future interests in property**

   **None**

**77.** **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

   **None**

**78.** **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.                                      **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $691,157.16 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $141,706.80 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $748,869.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*........................................................ → | | $1.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $32,501.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $1,617,233.96 | + 91b. $1.00 |

**92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................ $1,617,234.96

# Attachment 1

| FAMILY | GOLF TAILOR REFERENCE | IP TYPE | IP CATEGORY | COUNTRY | APPLICATION # | REGISTRATION # | STATUS | PRIORITY DATE | FILING DATE | GRANT DATE | EXPIRATION DATE | DESCRIPTION OF PRODUCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTOPILOT | AUTOPILOT | Trademark | Logo | CN | 29331383 | N/A | Granted | 2/26/2018 | 2/26/2018 | 10/6/2018 | N/A | Driver |
| AUTOPILOT | AUTOPILOT (logo only) | Trademark | Logo | US | 87777094 | 87777094 | Accepted | 1/30/2018 | 1/30/2018 | N/A | N/A | Driver |
| AUTOPILOT | A14 AUTOPILOT | Trademark | Word | US | 87775474 | N/A | Accepted | 1/29/2018 | 1/29/2018 | N/A | N/A | Driver |
| AUTOPILOT | AUTOPILOT | Trademark | Word | CN | 29331382 | N/A | Granted | 2/26/2018 | 2/26/2018 | 10/6/2018 | N/A | Driver |
| AUTOPILOT | AUTOPILOT | Trademark | Word | US | 87774547 | N/A | Accepted | 1/29/2018 | 1/29/2018 | N/A | N/A | Driver |
| AUTOPILOT | AUTOPILOT A14 | Trademark | Word | CN | 29331384 | N/A | Granted | 2/26/2018 | 2/26/2018 | 10/6/2018 | N/A | Driver |
| AUTOPILOT | Combination Golf Driver and Tee-Setter | Patent | Design | US | 65579479 | N/A | Filed | 10/31/2017 | 10/31/2017 | N/A | N/A | Driver |
| B1 BLUE STRIKE | B1 BLUE STRIKE | Patent | Design | CN | 201730468808.7 | ZL201730468808.7 | Granted | 3/31/2017 | 9/27/2017 | N/A | N/A | swing training aid |
| B1 BLUE STRIKE | B1 BLUE STRIKE | Patent | Design | US | 29599251 | D823406 | Granted | 3/31/2017 | 3/31/2017 | 7/17/2018 | 7/17/2033 | swing training aid |
| B1 BLUE STRIKE | Blue Strike Training Aide | Patent | Design | CN | 201730333877.7 | ZL201730333877.7 | Published | 5/25/2017 | 5/25/2017 | 1/30/2018 | N/A | swing training aid |
| B1 BLUE STRIKE | Blue Strike Training Aide | Patent | Design | US | 29605368 | D822137 | Granted | 5/25/2017 | 5/25/2017 | 7/3/2018 | 7/3/2033 | swing training aid |
| B1 BLUE STRIKE | b1 | Trademark | Logo | CN | 23679622 | N/A | Published for Opposition | 4/20/2017 | 4/20/2017 | N/A | N/A | swing training aid |
| B1 BLUE STRIKE | b1 blue strike | Trademark | Logo | CN | 23679621 | N/A | Published for Opposition | 4/20/2017 | 4/20/2017 | N/A | N/A | swing training aid |
| B1 BLUE STRIKE | b1 blue strike | Trademark | Logo | US | 87423356 | 5482385 | Active | 4/24/2017 | 4/24/2017 | 7/28/2017 | N/A | swing training aid |
| B1 BLUE STRIKE | B1 BLUE STRIKE | Trademark | Word | CN | 23606632 | N/A | Published for Opposition | 4/17/2017 | 4/17/2017 | N/A | N/A | swing training aid |
| B1 BLUE STRIKE | B1 BLUE STRIKE | Trademark | Word | US | 87423380 | 5487883 | Active | 4/24/2017 | 4/27/2017 | 6/5/2018 | N/A | swing training aid |
| B1 BLUE STRIKE | b1 blue strike | Trademark | Word | JP | 2018-091824 | | Filed | | 7/17/2018 | | | swing training aid |
| B1 BLUE STRIKE | b1 blue strike | Trademark | Device | JP | 2018-091826 | | Filed | | 7/17/2018 | | | swing training aid |
| C3i | C3i | Patent | Design | AU | 201617318 | AU 201617318 | Active | 6/30/2016 | 12/23/2016 | 3/9/2017 | 12/23/2026 | Wedge |
| C3i | C3i | Patent | Design | CN | 172319 | 172319 | Active | 6/30/2016 | 12/22/2016 | 9/5/2017 | 9/5/2022 | Wedge |
| C3i | C3i | Patent | Design | CN | 201630292560.9 | ZL201630292560.9 | Active | 6/30/2016 | 6/30/2016 | 3/8/2017 | 6/30/2026 | Wedge |
| C3i | C3i | Patent | Design | GB | 6005028 | 6005028 | Active | 6/30/2016 | 12/21/2016 | 12/21/2016 | 12/21/2041 | Wedge |
| C3i | C3i | Patent | Design | JP | 2016-028661 | D1587712 | Active | 6/30/2016 | 12/28/2016 | 9/15/2017 | 9/15/2031 | Wedge |
| C3i | C3i | Patent | Design | KR | 30-2016-0063407 | 3009133440000 | Active | 6/30/2016 | 12/27/2016 | 6/29/2017 | 12/27/2036 | Wedge |
| C3i | C3i | Patent | Design | NZ | 422540 | 422540 | Active | 6/30/2016 | 12/23/2016 | 2/28/2017 | 6/30/2031 | Wedge |
| C3i | C3i | Patent | Design | TW | 105307145 | D185657 | Not renewed 7/11/19 | 6/30/2016 | 11/25/2016 | N/A | N/A | Wedge |
| C3i | C3i | Patent | Design | US | 29582139 | Unknown | Notice of Allowance | 6/30/2016 | 10/25/2016 | Unknown | Unknown | Wedge |
| C3i | C3i | Patent | Design | VN | 3-2016-02706 | 26711 | Published | 6/30/2016 | 12/23/2016 | N/A | N/A | Wedge |
| C3i | C3i | Trademark | Logo | AU | 1829941 | 1829941 | Active | 9/13/2016 | 3/6/2017 | 6/28/2017 | 3/6/2027 | Wedge |
| C3i | C3i | Trademark | Logo | CA | 1825918 | N/A | Accepted | 9/13/2016 | 3/6/2017 | N/A | N/A | Wedge |
| C3i | C3i | Trademark | Logo | CN | 21286640 | 21286640 | Active | 9/13/2016 | 9/13/2016 | 11/14/2017 | 11/13/2027 | Wedge |
| C3i | C3i | Trademark | Logo | EU | 016461717 | 016461717 | Active | 9/13/2016 | 3/13/2017 | 6/29/2017 | 3/13/2027 | Wedge |
| C3i | C3i | Trademark | Logo | NZ | 1061973 | 1061973 | Active | 9/13/2016 | 3/8/2017 | 9/12/2017 | 9/13/2026 | Wedge |
| C3i | C3i | Trademark | Logo | US | 87176538 | 5347492 | Active | 9/20/2016 | 9/20/2016 | N/A | N/A | Wedge |
| C3i | C3i | Trademark | Logo | VN | 4-2016-37668 | N/A | Published for Opposition | 9/13/2016 | 11/25/2016 | N/A | N/A | Wedge |
| C3i | C3i | Trademark | Word | US | 87318427 | 5399691 | Active | 1/30/2017 | 1/30/2017 | 2/13/2018 | 2/13/2028 | Wedge |
| C3i | C3i | Trademark | Word | CN | 21286640 | 21286641 | Active | 9/13/216 | 9/13/2016 | 11/14/2017 | 11/13/2027 | Wedge |
| C3i | C3i | Trademark | Word | JP | 2016-137194 | 5930769 | Active | 9/13/2016 | 12/5/2016 | 3/10/2017 | 3/10/2027 | Wedge |
| C3i | C3i | Trademark | Word | KR | 40-2016-0106944 | N/A | Active | 9/13/2016 | 12/1/2016 | N/A | N/A | Wedge |
| C3i | C3i | Trademark | Word | TW | 105074839 | 01850922 | Active | 9/13/2016 | 12/14/2016 | 7/1/2017 | 6/30/2027 | Wedge |
| C3i | C3i | Trademark | Word | US | 87167249 | 5347431 | Active | 9/11/2016 | 9/11/2016 | N/A | N/A | Wedge |
| SSW | SSW | Patent | Design | CN | 201830560604.0 | ZL201830560604.0 | Granted | 11/7/2017 | 10/8/2018 | N/A | N/A | Wedge |
| SSW | SSW | Patent | Design | US | 29625141 | N/A | Granted | 11/7/2017 | 11/7/2017 | 11/15/2018 | N/A | Wedge |
| SSW | SSW | Trademark | Word | CN | 25983512 | 25983512 | Active | 8/22/2017 | 8/22/2017 | 8/28/2018 | 8/27/2028 | Wedge |
| SSW | SSW | Trademark | Word | US | 87577579 | N/A | Respond to OA | 8/21/2017 | 8/21/2017 | N/A | N/A | Wedge |
| Square Strike | Square Strike | Trademark | Word | CN | 36818916 | | Received 5/7/19 | | | | | |
| Square Strike | Square Strike | Trademark | Word | US | | | | | | | | |
| Gloves | Gloves | Patent | Design | US | N/A | N/A | Preparing Application | N/A | N/A | N/A | N/A | Gloves |
| Gloves | Gloves | Patent | Design | US | N/A | N/A | Preparing Application | N/A | N/A | N/A | N/A | Gloves |
| GX-7 | GX-7 | Patent | Design | AU | 201711721 | AU 201711721 | Active | 10/7/2016 | 3/23/2017 | 5/11/2017 | 3/23/2027 | Driver |
| GX-7 | GX-7 | Patent | Design | CA | 173853 | N/A | Pre-examined | 10/7/2016 | 3/28/2017 | N/A | N/A | Driver |
| GX-7 | GX-7 | Patent | Design | CN | 201630514892.7 | ZL201630514892.7 | Active | 10/7/2016 | 10/21/2016 | 6/6/2017 | 10/21/2026 | Driver |
| GX-7 | GX-7 | Patent | Design | EU | 003821628 | 003821628-0001 | Active | 10/7/2016 | 3/24/2017 | 3/24/2017 | 3/24/2022 | Driver |
| GX-7 | GX-7 | Patent | Design | JP | 2017-007367 | D1592817 | Active | 10/7/2016 | 4/6/2017 | 11/17/2017 | N/A | Driver |
| GX-7 | GX-7 | Patent | Design | NZ | 422838 | 422838 | Active | 10/7/2016 | 3/23/2017 | 6/13/2017 | 10/7/2031 | Driver |
| GX-7 | GX-7 | Patent | Design | US | 29580401 | D783105 | Active | 10/7/2016 | 10/7/2016 | 4/4/2017 | 4/4/2032 | Driver |
| GX-7 | GX-7 | Patent | Design | VN | 3-2017-00361 | N/A | Granted | 10/7/2016 | 3/3/2017 | N/A | N/A | Driver |
| GX-7 | GX-7 | Patent | Design | CN | 201730622212.8 | ZL201730622212.8 | Granted | 11/9/2017 | 11/9/2017 | 9/4/2018 | 12/7/2027 | Driver |
| GX-7 | GX-7 | Patent | Design | US | 29625452 | N/A | Filed | 11/9/2017 | 11/9/2017 | N/A | N/A | Driver |
| GX-7 | GX-7 | Trademark | Logo | CA | 1825908 | N/A | Accepted | 9/7/2016 | 3/6/2017 | N/A | N/A | Driver |
| GX-7 | GX-7 | Trademark | Logo | CN | 21229350 | 21229350 | Active | Unknown | 9/7/2016 | 11/7/2017 | 11/7/2027 | Driver |
| GX-7 | GX-7 | Trademark | Logo | EU | 016443681 | 016443681 | Active | 9/7/2016 | 3/7/2017 | 6/23/2017 | 3/7/2027 | Driver |
| GX-7 | GX-7 | Trademark | Logo | JP | 2016-137192 | 5930767 | Active | 9/7/2016 | 12/5/2016 | 3/10/2017 | 3/10/2027 | Driver |
| GX-7 | GX-7 | Trademark | Logo | KR | 40-2016-0106935 | 4013105160000 | Active | 9/7/2016 | 12/1/2016 | 10/11/2017 | 12/6/2027 | Driver |
| GX-7 | GX-7 | Trademark | Logo | NZ | 1061858 | 1061858 | Active | 9/7/2016 | 3/6/2017 | 9/7/2016 | 9/7/2026 | Driver |
| GX-7 | GX-7 | Trademark | Logo | US | 87146799 | 5313096 | Active | 8/22/2016 | 8/22/2016 | 10/17/2017 | 10/17/2023 | Driver |
| GX-7 | GX-7 | Trademark | Logo | VN | 4-2017-04673 | N/A | Accepted | 9/7/2016 | 3/6/2017 | N/A | N/A | Driver |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GX-7 | GX-7 | Trademark | Logo | CN | 26758768 | 26758768 | Active | 10/9/2017 | 10/9/2017 | 9/14/2018 | 9/13/2028 | Driver |
| GX-7 | GX-7 | Trademark | Logo | EU | 017385171 | 017385171 | Active | 10/25/2017 | 10/25/2017 | 3/18/2018 | 10/25/2027 | Driver |
| GX-7 | GX-7 | Trademark | Logo | JP | 2017-133310 | N/A | Published for Opposition | 10/6/2017 | 10/6/2017 | N/A | N/A | Driver |
| GX-7 | GX-7 | Trademark | Logo | KR | 40-2017-0128034 | N/A | Filed | 10/12/2017 | 10/12/2017 | N/A | N/A | Driver |
| GX-7 | GX-7 | Trademark | Logo | US | 87636367 | N/A | Published for Opposition | 10/6/2017 | 10/6/2017 | N/A | N/A | Driver |
| GX-7 | GX-7 | Trademark | Logo | VN | 4-2017-32903 | N/A | Published for Opposition | 10/10/2017 | 10/10/2017 | N/A | N/A | Driver |
| GX-7 | GX-7 | Trademark | Word | CN | 21229349 | 21229349 | Active | Unknown | 9/7/2016 | 11/7/2017 | 11/7/2027 | Driver |
| GX-7 | GX-7 | Trademark | Word | US | 87146780 | 5292607 | Active | 8/22/2016 | 8/22/2016 | 9/19/2017 | 9/19/2023 | Driver |
| GX-7 | GX-7 | Trademark | Word | CN | 26758770 | 26758770 | Active | 10/9/2017 | 10/9/2017 | 9/21/2018 | 9/20/2028 | Driver |
| GX-7 | GX-7 | Trademark | Word | US | 87636297 | N/A | Published for Opposition | 10/6/2017 | 10/6/2017 | N/A | N/A | Driver |
| iRT-5 | iRT-5 | Patent | Design | CN | 201730185252.7 | N/A | Filed | 11/22/2016 | 5/18/2017 | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Patent | Design | US | 29585229 | D791894 | Active | 11/22/2016 | 11/22/2016 | 7/11/2017 | 7/11/2032 | Hybrid Club |
| iRT-5 | iRT-5 | Patent | Design | US | 29611630 | D834662 | Granted | 7/24/2017 | 7/24/2017 | 11/27/2018 | 11/27/2033 | Hybrid Club |
| iRT-5 | iRT-5 | Patent | Provisional | US | 62491396 | N/A | Filed | 4/28/2017 | 4/28/2017 | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Logo | AU | 1829943 | 1829943 | Active | 9/14/2017 | 3/6/2017 | 6/28/2017 | 3/6/2027 | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Logo | CA | 1825919 | N/A | Accepted | 9/14/2016 | 3/6/2017 | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Logo | CN | 21304353 | 21304353 | Active | 9/14/2016 | 9/14/2016 | 11/14/2017 | 11/13/2027 | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Logo | EU | 016462665 | 016462665 | Active | 9/14/2016 | 3/14/2017 | 6/28/2017 | 3/14/2027 | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Logo | NZ | 1061974 | 1061974 | Active | 9/14/2016 | 3/8/2017 | 9/12/2017 | 9/14/2026 | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Logo | US | 87176494 | 5492898 | Active | 9/20/2016 | 9/20/2016 | 6/12/2018 | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Logo | VN | 4-2017-04672 | N/A | Accepted | 9/14/2016 | 3/6/2017 | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Logo | CN | 21304354 | 21304354 | Rejected, Under Appeal | Unknown | 9/14/2016 | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Logo | US | 87176514 | N/A | Notice of Allowance | 9/20/2017 | 9/20/2017 | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | CN | 23679623 | N/A | Published for Opposition | 4/20/2017 | 4/20/2017 | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | US | 87418838 | N/A | Abandoned | N/A | 4/20/2017 | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | CN | 21243667 | 21243667 | Active | Unknown | 9/8/2016 | 11/7/2017 | 11/7/2027 | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | JP | 2016-137193 | 5930768 | Active | 9/8/2016 | 12/5/2016 | 3/10/2017 | 3/10/2027 | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | KR | 40-2016-0106940 | 4013034840000 | Active | 9/8/2016 | 12/1/2016 | 11/13/2017 | 11/13/2027 | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | US | 87162779 | 5347407 | Active | 9/7/2016 | 9/7/2016 | 11/28/2017 | 11/28/2023 | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | CN | 21243668 | 21243668 | Active | Unknown | 9/8/2016 | 11/7/2017 | 11/7/2027 | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | KR | 40-2016-0106941 | 4013034850000 | Active | 9/8/2016 | 12/1/2016 | 11/13/2017 | 11/13/2027 | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | US | 87157683 | N/A | Notice of Allowance | 9/1/2017 | 9/1/2017 | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | CN | N/A | N/A | Pending Decision to File | N/A | N/A | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | US | 23841275 | N/A | Published for Opposition | 4/28/2017 | 4/28/2017 | N/A | N/A | Hybrid Club |
| iRT-5 | iRT-5 | Trademark | Word | CN | 87420761 | N/A | Suspended | 4/21/2017 | 4/21/2017 | N/A | N/A | Hybrid Club |
| iS1 | iS1 | Patent | Design | CN | 201730102459.7 | CN304341292S | Active | 11/16/2016 | 3/31/2017 | 11/3/2017 | 3/31/2027 | Driver |
| iS1 | iS1 | Patent | Design | US | 29584659 | D793503 | Active | 11/16/2016 | 11/16/2016 | 8/1/2107 | 8/1/2032 | Iron |
| iS1 | iS1 | Patent | Design | AU | 201710532 | AU 201710532 | Registered | 8/2/2016 | 1/31/2017 | 2/17/2017 | 1/31/2027 | Iron |
| iS1 | iS1 | Patent | Design | CA | 172889 | 172889 | Active | 8/2/2016 | 2/1/2017 | 10/30/2017 | 10/30/2027 | Iron |
| iS1 | iS1 | Patent | Design | CN | 201630362121.0 | ZL201630362121.0 | Not renewed 5/23/19 | 8/2/2016 | 8/2/2016 | 3/15/2017 | 8/2/2026 | Iron |
| iS1 | iS1 | Patent | Design | GB | 6006541 | 6006541 | Active | 8/2/2016 | 1/31/2017 | 1/31/2017 | 1/31/2042 | Iron |
| iS1 | iS1 | Patent | Design | US | 29581778 | D789469 | Active | 8/2/2016 | 10/21/2016 | 6/13/2017 | 6/13/2032 | Iron |
| iS1 | iS1 | Patent | Design | CN | 201630438764.9 | CN304333731S | Abandoned | 8/29/2016 | 8/29/2016 | 7/10/2017 | 8/26/2026 | Wedge |
| iS1 | iS1 | Patent | Design | US | 29581781 | D792538 | Active | 8/29/2016 | 10/21/2016 | 7/18/2017 | 6/13/2032 | Wedge |
| iS1 | iS1 | Trademark | Logo | CN | 21033514 | 21033514 | Active | 8/19/2016 | 8/19/2016 | 10/14/2017 | 10/13/2027 | Club |
| iS1 | iS1 | Trademark | Logo | US | 87157646 | 5313156 | Active | 8/31/2016 | 8/31/2016 | 10/17/2017 | 10/17/2023 | Club |
| iS1 | iS1 | Trademark | Logo | CN | 21033513 | 21033513 | Active | 8/19/2016 | 8/19/2016 | 10/14/2017 | 10/13/2027 | Training Aid |
| iS1 | iS1 | Trademark | Logo | KR | 40-2016-0106937 | 4013034830000 | Active | 8/19/2016 | 12/1/2016 | 11/13/2017 | 11/13/2027 | Training Aid |
| iS1 | iS1 | Trademark | Logo | US | 87176607 | 5342120 | Active | 9/20/2016 | 9/20/2016 | 11/21/2017 | 11/21/2023 | Training Aid |
| iS1 | iS1 | Trademark | Word | US | 87084426 | 5312678 | Active | 6/27/2016 | 6/27/2016 | 10/17/2017 | 10/17/2023 | Line of Club |
| iS1 | iS1 | Trademark | Word | CN | 20484168 | 20484168 | Active | 6/30/2016 | 6/30/2016 | 8/21/2017 | 8/20/2027 | Training Aid |
| iS1 | iS1 | Trademark | Word | US | 87085762 | 5341760 | Active | 6/28/2016 | 6/28/2016 | 11/21/2017 | 11/21/2023 | Training Aid |
| iS1 | iS1 | Trademark | Word | CN | 87164379 | 5342040 | Active | 9/8/2016 | 9/8/2016 | 11/21/2017 | 11/21/2023 | Training Aid |
| Moon Wood | MW8 | Patent | Design | CN | 201730622194.3 | N/A | Granted | 7/24/2017 | 7/24/2017 | 12/8/2017 | N/A | Club |
| Moon Wood | MW8 | Patent | Design | US | 29611630 | N/A | Filed | 7/24/2017 | 7/24/2017 | N/A | N/A | Club |
| Moon Wood | MW8 | Trademark | Logo | CN | 25442749 | N/A | Filing Receipt | 7/21/2017 | 7/21/2017 | N/A | N/A | Wood |
| Moon Wood | MW8 | Trademark | Word | US | 87716545 | 5657477 | Granted | 12/11/2017 | 12/11/2017 | 1/15/2019 | N/A | Wood |
| Moon Wood | MW8 | Trademark | Word | CN | 25442748 | N/A | Filing Receipt | 7/21/2017 | 7/21/2017 | N/A | N/A | Wood |
| Moon Wood | MW8 | Trademark | Word | US | 87536030 | 87536030 | Active | 7/20/2017 | 7/20/2017 | N/A | N/A | Wood |
| Moon Wood | MW8 | Trademark | Word | US | 87536023 | 5547229 | Active | 7/20/2017 | 7/20/2017 | 8/21/2018 | 8/21/2028 | Wood |
| Moon Wood | MW8 | Trademark | Word | JP | | | Filed | | | | | |
| Moon Wood | MW8 | Trademark | Word | JP | | | Filed | | | | | |
| Plane Finder | Plane Finder | Patent | Utility | US | 13147708 | 8696485 | Active | 8/3/2011 | 8/3/2011 | 4/15/2014 | 8/3/2031 | Training Aid |
| Plane Finder | Plane Finder | Trademark | Logo | AU | 1829951 | 1829951 | Active | 1/23/2017 | 3/6/2017 | 9/21/2017 | 3/6/2027 | Training Aid |
| Plane Finder | Plane Finder | Trademark | Logo | CA | 1825924 | N/A | Accepted | 1/23/2017 | 3/6/2017 | N/A | N/A | Training Aid |
| Plane Finder | Plane Finder | Trademark | Logo | CN | 22718740 | 22718740 | Active | 1/23/2017 | 1/23/2017 | 2/21/2018 | 2/20/2038 | Training Aid |

# Attachment 1

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plane Finder | Plane Finder | Trademark | Logo | EU | 017001091 | N/A | Application Under Examination | 1/23/2017 | 7/20/2017 | N/A | N/A | Training Aid |
| Plane Finder | Plane Finder | Trademark | Logo | NZ | 1061972 | 1061972 | Active | 1/23/2017 | 3/8/2017 | 9/12/2017 | 1/23/2027 | Training Aid |
| Plane Finder | Plane Finder | Trademark | Logo | VN | 4-2017-14170 | N/A | Published for Opposition | 1/23/2017 | 5/19/2017 | N/A | N/A | Training Aid |
| Plane Finder | Plane Finder | Trademark | Logo | CN | 22753831 | 22753831 | Active | 2/4/2017 | 2/4/2017 | 2/21/2018 | 2/20/2038 | Training Aid |
| Plane Finder | Plane Finder | Trademark | Word | US | 87288017 | 5348030 | Active | 1/3/2017 | 1/3/2017 | 2/21/2018 | 2/20/2038 | Training Aid |
| Plane Finder | Plane Finder | Trademark | Word | US | 22718741 | 22718741 | Active | 1/23/2017 | 1/23/2017 | 2/21/2018 | 2/20/2038 | Training Aid |
| Reactor | Reactor | Trademark | Logo | TW | 106069871 | N/A | Filed | 11/3/2017 | 11/3/2017 | N/A | N/A | Golf Ball |
| Reactor | Reactor | Trademark | Logo | US | 87642220 | N/A | Filed | 10/11/2017 | 10/11/2017 | N/A | N/A | Golf Ball |
| Reactor | Reactor | Trademark | Logo | TW | 106069872 | N/A | Filed | 11/3/2017 | 11/3/2017 | N/A | N/A | Golf Ball |
| Reactor | Reactor | Trademark | Logo | US | 87642233 | N/A | Published for Opposition | 10/11/2017 | 10/11/2017 | N/A | N/A | Golf Ball |
| Reactor | Reactor | Trademark | Word | TW | 106060540 | 01901709 | Active | 9/21/2017 | 9/21/2017 | 3/1/2018 | 2/29/2028 | Golf Ball |
| Reactor | Reactor | Trademark | Word | US | 87612340 | N/A | Must Respond to OA | 9/18/2017 | 9/18/2017 | N/A | N/A | Golf Ball |
| Reactor | Reactor | Trademark | Word | TW | 106060544 | N/A | Filed | 9/21/2017 | 9/21/2017 | N/A | N/A | Golf Ball |
| Reactor | Reactor | Trademark | Word | US | 87612350 | N/A | Must Respond to OA | 9/18/2017 | 9/18/2017 | N/A | N/A | Golf Ball |
| Reactor | Reactor | Trademark | Word | TW | 106060543 | 01901711 | Active | 9/21/2017 | 9/21/2017 | 3/1/2018 | 2/29/2028 | Golf Ball |
| Reactor | Reactor | Trademark | Word | US | 87612350 | N/A | Must Respond to OA | N/A | N/A | N/A | N/A | Golf Ball |
| Reactor | Reactor | Trademark | Word | TW | 106060541 | 01901710 | Active | 9/21/2017 | 9/21/2017 | 3/1/2018 | 2/29/2028 | Golf Ball |
| Reactor | Reactor | Trademark | Word | US | 87612356 | N/A | Must Respond to OA | N/A | N/A | N/A | N/A | Golf Ball |
| Ruckus | Ruckus | Patent | Design | CN | 201730673322.7 | ZL201730673322.7 | Granted | N/A | 3/12/2018 | 10/13/2018 | N/A | Iron |
| Ruckus | Ruckus | Patent | Design | US | 29628124 | N/A | Filed | 12/1/2017 | 12/1/2017 | N/A | N/A | Iron |
| Ruckus | Ruckus | Trademark | Word | CN | 29397806 | N/A | Filed | | | | | Iron |
| Ruckus | Ruckus | Trademark | Word | CN | 29397806 | N/A | Filed | | 3/2/2018 | | | Iron |
| Super Sonic | Super Sonic | Patent | Design | CN | 201730619574.1 | ZL201730619574.1 | Filed | 10/27/2017 | 10/27/2017 | 12/7/2017 | N/A | https://www.supersonicgolf.com/ |
| Super Sonic | Super Sonic | Patent | Design | US | 29623836 | N/A | Granted | 10/27/2017 | 10/27/2017 | N/A | N/A | https://www.supersonicgolf.com/ |
| Super Sonic | Super Sonic | Trademark | Logo | CN | 25442750 | N/A | Granted | 7/21/2017 | 7/21/2017 | 10/20/2018 | N/A | https://www.supersonicgolf.com/ |
| Super Sonic | Super Sonic | Trademark | Word | US | 87531314 | 5552110 | Active | 7/17/2017 | 7/17/2017 | 11/7/2017 | 11/7/2027 | https://www.supersonicgolf.com/ |
| Super Sonic | Super Sonic | Trademark | Word | CN | 25565685 | N/A | Granted | 7/28/2017 | 7/28/2017 | N/A | N/A | https://www.supersonicgolf.com/ |
| Super Sonic | Super Sonic | Trademark | Logo | US | 87531301 | 5547211 | Active | 7/17/2017 | 7/17/2017 | 8/21/2018 | 8/21/2028 | https://www.supersonicgolf.com/ |
| Super Sonic | Super Sonic | Trademark | Logo | JP | 2019-019132 | | Filed | 1/31/2019 | 1/31/2019 | | | https://www.supersonicgolf.com/ |
| Super Sonic | Super Sonic | Trademark | Logo | CN | | | Filed | 1/31/2019 | 1/31/2019 | | | https://www.supersonicgolf.com/ |
| Swing Magic | Swing Magic | Patent | Unknown | US | N/A | N/A | Waiting to File | N/A | N/A | N/A | N/A | https://www.getthespeedstik.com |
| Swing Magic | Swing Magic | Trademark | Logo | AU | 1829944 | 1829944 | Active | 2/17/2017 | 3/6/2017 | 9/21/2017 | 3/6/2027 | https://www.getthespeedstik.com |
| Swing Magic | Swing Magic | Trademark | Logo | CA | 1825922 | N/A | Accepted | 2/17/2017 | 3/6/2017 | N/A | N/A | https://www.getthespeedstik.com |
| Swing Magic | Swing Magic | Trademark | Logo | EU | 017001264 | 017001264 | Active | 2/17/2017 | 7/20/2017 | 11/9/2017 | 7/20/2027 | https://www.getthespeedstik.com |
| Swing Magic | Swing Magic | Trademark | Logo | NZ | 1061971 | 1061971 | Active | 2/17/2017 | 3/8/2017 | 9/12/2017 | 2/17/2027 | https://www.getthespeedstik.com |
| Swing Magic | Swing Magic | Trademark | Logo | VN | 4-2017-14169 | N/A | Accepted | 2/17/2017 | 5/19/2017 | N/A | N/A | https://www.getthespeedstik.com |
| Swing Magic | Swing Magic | Trademark | Logo | US | 87326167 | 5399754 | Active | 2/6/2017 | 2/6/2017 | 2/13/2018 | 2/13/2024 | https://www.getthespeedstik.com |
| Swing Magic | Swing Magic | Trademark | Word | CN | 21322546 | 21322546 | Active | 9/18/2016 | 9/18/2016 | 11/14/2017 | 11/13/2027 | https://www.getthespeedstik.com |
| Swing Magic | Swing Magic | Trademark | Word | US | 87287980 | 5421223 | Active | 1/3/2017 | 1/3/2017 | 3/13/2018 | 3/13/2024 | https://www.getthespeedstik.com |
| Swing Magic | Swing Magic | Trademark | Word | CN | 22731206 | 22731206 | Active | 1/24/2017 | 1/24/2017 | 2/21/2018 | 2/20/2038 | https://www.getthespeedstik.com |
| Swing Magic | Swing Magic | Trademark | Word | US | 87312488 | N/A | Abandoned | 1/24/2017 | 1/24/2017 | N/A | N/A | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Patent | Design | US | 29557851 | N/A | Allowed | 3/12/2016 | 3/12/2016 | N/A | N/A | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Patent | Design | CN | 201630074750 | CN303855686S | Active | 3/12/2016 | 3/16/2016 | 9/14/2016 | 3/16/2026 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Patent | Design | HK | 1600455.2 | 1600455.2 | Active | 3/12/2017 | 3/16/2016 | 7/8/2016 | 3/12/2042 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Patent | Design | US | Unknown | N/A | Preparing Application | Unknown | N/A | N/A | N/A | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Patent | Design | CN | 201730511553.80 | ZL201730511553.8 | Active | Unknown | 10/25/2017 | N/A | N/A | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Patent | Design | US | 29602116 | D821519 | Granted | 4/28/2017 | 4/28/2017 | 6/26/2018 | 6/26/1933 | https://www.getthespeedstik.com |
| Super Sonic | Super Sonic | Patent | Utility | US | Unknown | N/A | Filed | Unknown | Unknown | N/A | N/A | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Logo | CN | 19253411 | 19253411 | Active | 3/9/2016 | 3/9/2016 | 4/14/2017 | 4/13/2027 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Logo | HK | Unknown | 303707190 | Active | 3/9/2016 | 3/9/2016 | 10/6/2016 | 3/8/2026 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Logo | US | 86933074 | 5072257 | Active | 3/8/2016 | 3/8/2016 | 11/1/2016 | 11/1/2022 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Logo | AU | 1826700 | 1826700 | Active | 8/18/2016 | 2/17/2017 | 6/14/2017 | 2/17/2027 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Logo | CA | 1823390 | 1001596 | Active | 8/18/2016 | 2/17/2017 | 7/26/2018 | 726/2033 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Logo | CN | 21018355 | 21018355 | Active | Unknown | 8/18/2016 | 10/14/2017 | 10/13/2027 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Logo | EU | 016382021 | 016382021 | Active | 8/18/2016 | 2/17/2017 | 6/23/2017 | 2/17/2027 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Logo | JP | 2016-137191 | 5930766 | Active | 8/18/2016 | 12/5/2016 | 3/10/2017 | 3/10/2027 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Logo | VN | 4-2017-03179 | N/A | Published for Opposition | 8/18/2016 | 2/17/2017 | N/A | N/A | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Word | JP | N/A | N/A | Searching | N/A | N/A | N/A | N/A | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Word | US | 87048674 | N/A | Notice of Allowance | 5/24/2016 | 5/24/2016 | N/A | N/A | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Word | CN | 21157354 | 21157354 | Active | 8/31/2016 | 8/31/2016 | 10/28/2017 | 10/27/2027 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Word | US | 87048682 | N/A | Notice of Allowance | 5/24/2016 | 5/24/2016 | N/A | N/A | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Word | CN | 21018356 | 21018356 | Active | 8/18/2016 | 8/18/2106 | 10/14/2017 | 10/13/2027 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Word | JP | 2016-137190 | 5930765 | Active | 8/18/2016 | 12/5/2016 | 3/10/2017 | 3/10/2027 | https://www.getthespeedstik.com |
| The Speed Stik | The Speed Stik | Trademark | Word | US | Unknown | Unknown | Licenses | N/A | N/A | N/A | N/A | https://www.getthespeedstik.com |
| Unknown | Unknown | Patent | Design | CN | 201730574988.7 | ZL201730574988.7 | Granted | N/A | N/A | 6/8/2018 | 11/20/2027 | |
| Unknown | Unknown | Patent | Design | US | 29611616 | N/A | Filed | 7/24/2017 | 7/24/2017 | N/A | N/A | |

# Attachment 1

| Owner | Brand | Type | Category | Country | App No. | Reg No. | Status | Date 1 | Date 2 | Date 3 | Date 4 | Product | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unknown | Unknown | Patent | Design | US | 29619817 | D840483 | Granted | 10/2/2017 | 10/2/2017 | 2/12/2019 | 2/12/2034 | | |
| Unknown | Unknown | Trademark | Logo | CN | 27067174 | N/A | Abandoned | 10/25/2018 | 10/25/2018 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Logo | US | 87635578 | N/A | Abandoned | 10/5/2017 | 10/5/2017 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Logo | US | 87635608 | N/A | Abandoned | 10/5/2017 | 10/5/2017 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Logo | CN | 27067175 | N/A | Abandoned | 10/25/2018 | 10/25/2018 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Logo | US | 87635564 | N/A | Abandoned | 10/5/2017 | 10/5/2017 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Word | CN | 26758762 | 26758762 | Active | 10/9/2017 | 10/9/2017 | 9/14/2018 | 9/13/2028 | Irons | |
| Unknown | Unknown | Trademark | Word | US | 87633837 | N/A | Abandoned | 10/4/2017 | 10/4/2017 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Word | CN | 26758764 | 26758764 | Active | 10/9/2017 | 10/9/2017 | 9/14/2018 | 9/13/2028 | Irons | |
| Unknown | Unknown | Trademark | Word | US | 87633857 | N/A | Abandoned | 10/4/2017 | 10/4/2017 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Word | CN | 26758763 | 26758763 | Active | 10/9/2017 | 10/9/2017 | 9/21/2018 | 9/20/2028 | Irons | |
| Unknown | Unknown | Trademark | Word | US | 87633846 | N/A | Abandoned | 10/4/2017 | 10/4/2017 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Word | CN | 26758765 | 26758765 | Active | 10/9/2017 | 10/9/2017 | 9/14/2018 | 9/13/2028 | Irons | |
| Unknown | Unknown | Trademark | Word | US | 87633789 | N/A | Abandoned | 10/4/2017 | 10/4/2017 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Word | CN | 26758767 | 26758767 | Active | 10/9/2017 | 10/9/2017 | 9/21/2018 | 9/20/2028 | Irons | |
| Unknown | Unknown | Trademark | Word | US | 87633824 | N/A | Published for Opposition | 10/4/2017 | 10/4/2017 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Word | CN | 26758766 | 26758766 | Active | 10/9/2017 | 10/9/2017 | 9/21/2018 | 9/20/2028 | Irons | |
| Unknown | Unknown | Trademark | Word | US | 87633804 | N/A | Abandoned | 10/4/2017 | 10/4/2017 | N/A | N/A | Irons | |
| Unknown | Unknown | Trademark | Word | US | 85815888 | 4464214 | Active | 1/4/2013 | 1/4/2013 | 1/7/2014 | 1/7/2020 | | |
| Unknown | Unknown | Unknown | Unknown | US | N/A | N/A | Preparing Application | N/A | N/A | N/A | N/A | | |
| X59 | X59 | Patent | Design | AU | 201716006 | 201716006 | Active | 3/31/2017 | 9/29/2017 | 10/23/2017 | 9/29/2022 | Driver | |
| X59 | X59 | Patent | Design | CA | 177381.0 | 177381 | Granted | 3/31/2017 | 9/28/2017 | 10/5/2018 | 10/5/2028 | Driver | |
| X59 | X59 | Patent | Design | CN | 201730468810.4 | ZL201730468810.4 | Active | 3/31/2017 | 9/29/2017 | 2/16/2018 | 9/29/2027 | Driver | |
| X59 | X59 | Patent | Design | EP | 004381770-0001 | N/A | Filed | 3/31/2017 | 10/2/2017 | N/A | N/A | Driver | |
| X59 | X59 | Patent | Design | US | 29599237 | D821513S | Granted | 3/31/2017 | 3/31/2017 | 6/26/2018 | 6/26/2033 | | https://www.x59golf.com/ |
| X59 | X59 | Trademark | Word | CN | 23444730 | N/A | Filing Receipt | Unknown | 4/7/2017 | N/A | N/A | | https://www.x59golf.com/ |
| X59 | X59 | Trademark | Word | US | 87407609 | 5487816 | Active | 4/11/2017 | 4/11/2017 | 6/5/2018 | N/A | | https://www.x59golf.com/ |
| X59 | X59 | Trademark | Word | US | 22780941 | 22780941 | Active | 2/9/2017 | 2/9/2017 | 2/21/2018 | 2/20/2038 | | https://www.x59golf.com/ |
| X59 | X59 | Trademark | Word | US | 87330707 | 5541877 | Active | 2/9/2017 | 2/9/2017 | N/A | N/A | | https://www.x59golf.com/ |
| XE1 | XE1 | Copyright | Images | US | | | | | 8/2/2016 | | | | |
| XE1 | XE1 | Patent | Design | US | Unknown | N/A | Filed | Unknown | 4/19/2016 | N/A | N/A | | |
| XE1 | XE1 | Patent | Design | VN | N/A | N/A | Unknown | N/A | N/A | N/A | N/A | | |
| XE1 | XE1 | Patent | Design | HK | 1600755.9 | 1600755.9 | Active | 12/11/2015 | 4/4/2016 | 9/15/2016 | 4/3/2041 | | |
| XE1 | XE1 | Patent | Design | TW | 105302160 | D180955 | Active | 12/11/2015 | 4/22/2016 | 1/21/2017 | 4/21/2028 | | |
| XE1 | XE1 | Patent | Design | US | 29548327 | D779007 | Active | 12/11/2015 | 12/11/2015 | 2/14/2017 | 2/14/2032 | | |
| XE1 | XE1 | Patent | Design | VN | 3-2016-00683 | 3-2016-00683 | Active | 12/11/2015 | 4/21/2016 | 10/26/2017 | 10/26/2032 | | |
| XE1 | XE1 | Patent | Design | CN | 201630138472.3 | ZL201630138472.3 | Active | 4/19/2016 | 4/22/2016 | 1/25/2017 | 4/22/2026 | | |
| XE1 | XE1 | Patent | Design | HK | 1600756.1 | 1600756.1 | Active | 4/19/2016 | 4/22/2016 | 9/15/2016 | 4/21/2041 | | |
| XE1 | XE1 | Patent | Design | TW | N/A | N/A | Unknown | N/A | N/A | N/A | N/A | | |
| XE1 | XE1 | Patent | Design | US | 29561731 | N/A | Filed | 4/19/2016 | 4/19/2016 | N/A | N/A | | |
| XE1 | XE1 | Trademark | Logo | CN | 21033515 | 21033515 | Active | 8/19/2016 | 8/19/2016 | 10/14/2017 | 10/13/2027 | | |
| XE1 | XE1 | Trademark | Logo | JP | 19963127 | 19963127 | Active | 5/16/2016 | 5/16/2016 | 1/14/2018 | 1/13/2038 | | |
| XE1 | XE1 | Trademark | Logo | JP | 2016-114233 | 5982794 | Active | 5/16/2016 | 10/17/2016 | 9/22/2017 | 9/22/2027 | | |
| XE1 | XE1 | Trademark | Logo | KR | 40-2016-0085566 | 4013105080000 | Active | 5/16/2016 | 10/18/2016 | 10/17/2017 | 12/6/2027 | | |
| XE1 | XE1 | Trademark | Logo | US | 87053447 | 5082368 | Active | 5/28/2016 | 5/28/2016 | 11/15/2016 | 11/15/2022 | | |
| XE1 | XE1 | Trademark | Logo | CN | 20453095 | N/A | Rejected | Unknown | 6/28/2016 | N/A | N/A | | |
| XE1 | XE1 | Trademark | Word | HK | 19253410 | 19253410 | Active | 3/3/2016 | 3/9/2016 | 4/14/2017 | 4/13/2027 | | |
| XE1 | XE1 | Trademark | Word | US | 303704535 | 303704535 | Active | 3/3/2016 | 3/7/2016 | 8/17/2016 | 3/6/2026 | | |
| XE1 | XE1 | Trademark | Word | VN | 86928226 | 86928226 | Active | 3/3/2016 | 3/3/2016 | 3/5/2018 | N/A | | |
| XE1 | XE1 | Trademark | Word | US | 4-2016-11052 | N/A | Published for Opposition | 3/3/2016 | 4/21/2016 | N/A | N/A | | |
| XE1 | XE1 | Trademark | Word | US | 87084424 | N/A | Active | 6/27/2016 | 6/27/2016 | N/A | N/A | | |
| | | Patent | Utility | US | 10249481 | 7081053 | Active | 4/14/2012 | 4/14/2003 | 7/25/2006 | 4/18/2023 | | |
| Forward Press Wedge | Forward Press Wedge | Patent | Design | US | 29657609 | | | 7/24/2018 | 7/24/2018 | | | Wedge | |
| Forward Press Wedge | Forward Press Wedge | Patent | Design | CN | 2018305268.1 | | | 7/24/2018 | | | | Wedge | |
| Forward Press Wedge | Forward Press Wedge | Trademark | Word | US | 87901948 | 5671563 | Granted | 5/1/2018 | 5/1/2018 | 6/14/2016 | | Wedge | |
| Forward Press Wedge | Forward Press Wedge | Trademark | Word | CN | 30646054 | | Granted | 5/3/2018 | 5/3/2018 | | | Wedge | |
| Linear Compression | Linear Compression | Patent | Design | US | 29662179 | | Filed | 9/4/2018 | 9/4/2018 | | | Training Aid | |
| Linear Compression | Linear Compression | Patent | Design | CN | 30482317 | ZL201830641837.3 | Granted | | | 3/22/2019 | 11/12/2028 | Training Aid | |
| Linear Compression | Linear Compression | Trademark | Word | US | 87891121 | | Active | | 4/24/2018 | 7/10/2018 | | Training Aid | |
| Linear Compression | Linear Compression | Trademark | Word | CN | 30482317 | | Granted | 4/25/2018 | 4/25/2018 | 12/6/2018 | 3/6/2029 | Training Aid | |
| Vixa V12 | Vixa V12 | Patent | Design | US | 29673026 | | Filed | 12/11/2018 | 12/11/2018 | | | Fairway Wood | |
| Vixa V12 | Vixa V12 | Patent | Design | CN | 201930297703.9 | | | | | | | Fairway Wood | |
| Vixa V12 | Vixa V12 | Trademark | Word | US | 88121474 | | Filed | | | | | Fairway Wood | |
| Vixa V12 | Vixa V12 | Trademark | Word | CN | 33550750 | | Filed | 9/17/2018 | 9/17/2018 | | | Fairway Wood | |
| Whippy Driver | Whippy Driver | Patent | Design | US | | | | | | | | Training Aid | |
| Whippy Driver | Whippy Driver | Patent | Design | CN | | | | | | | | Training Aid | |

# Attachment 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Whippy Driver | Whippy Driver | Trademark | Word | US | 88111158 | | Published for Opposition | 9/10/2018 | 9/10/2018 | Training Aid |
| Whippy Driver | Whippy Driver | Trademark | Word | CN | 34198640 | | Filed | 10/23/2018 | 10/23/2018 | Training Aid |
| Stand up Putter | Stand up Putter | Patent | Design | US | | | | | | Putter |
| Stand up Putter | Stand up Putter | Patent | Design | CN | | | | | | Putter |
| Stand up Putter | Stand up Putter | Trademark | Word | US | 88141125 | | Published for Opposition | 10/3/2018 | 10/3/2018 | Putter |
| Stand up Putter | Stand up Putter | Trademark | Word | CN | 33883142 | | Filed | 10/8/2018 | 10/8/2018 | Putter |

**Fill in this information to identify the case:**

Debtor name        Golf Tailor, LLC

United States Bankruptcy Court for the:

      Northern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**

American Express

**Creditor's mailing address**

PO Box 981531

El Paso, TX 79998

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    **1  0  0  9**

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Non-purchase Money

**Is the creditor an insider or related party?**

☑ No.

☐ Yes.

**Is anyone else liable on this claim?**

☑ No.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Amount of claim: $64,560.33

Value of collateral: unknown

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $1,884,857.11

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | *Column A* | *Column B* |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

**Creditor's name**

Clear Finance Technology Corporation

**Creditor's mailing address**

548 Market Street #68100

San Francisco, CA 94104

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts Receivable

**Describe the lien**

Non-purchase Money

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $1,820,296.78

Column B: $141,706.80

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| American Express Bank, FSB<br>4315 South 2700 West<br>Salt Lake City, UT 84184 | Line ___2.1___ | ___ ___ ___ ___ |
| CT Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209 | Line ___2.1___ | ___ ___ ___ ___ |
| CT Corporation Systems<br>PO Box 29071<br>Glendale, CA 91209 | Line ___2.2___ | ___ ___ ___ ___ |
| CT Corporation Systems<br>Attn: SPRS<br>330 N. Brand Blvd. Suite 700<br>Glendale, CA 91203 | Line ___2.2___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name              Golf Tailor, LLC

United States Bankruptcy Court for the:

                 Northern District of Texas

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total claim: _____  Priority amount: _____

**2.2**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total claim: _____  Priority amount: _____

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

4 U Management, LLC

34049 Reflection Bay Drive

Knoxville, TN 37938

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

**3.2** **Nonpriority creditor's name and mailing address**

AMH Sports

12222 Bell Ranch Drive

Santa Fe Springs, CA 90670

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,878.22

**3.3** **Nonpriority creditor's name and mailing address**

Andy North

625 N. Segoe Road

Madison, WI 53705

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$80,000.00

**3.4** **Nonpriority creditor's name and mailing address**

Arron Oberholser

5901 E. Via Los Caballos

Paradise Valley, AZ 85253

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$297,500.00

**3.5** **Nonpriority creditor's name and mailing address**

Bobby Wilson

Desert Dunes Golf Course

19300 Palm Drive

Desert Hot Springs, CA 92240

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$85,000.00

## Part 2:  Additional Page

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005,744.43 |
|---|---|---|---|

**3.6** Nonpriority creditor's name and mailing address

Brex

405 Howard Street Suite 200

San Francisco, CA 94105

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Non-purchase Money__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,005,744.43

---

**3.7** Nonpriority creditor's name and mailing address

Competitive Edge Media Management

118 S. Main Street

Templeton, CA 93465

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Non-purchase Money__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,048,375.00

---

**3.8** Nonpriority creditor's name and mailing address

Corporate Disk.Company

Attn: AR

PO Box 93

Mchenry, IL 60051

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Non-purchase Money__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,359,817.70

---

**3.9** Nonpriority creditor's name and mailing address

Criteo Australia Pty Ltd

Ste 426-428- 4th Fl
5 Lime St.

King Street Wharf

Sydney, New South Wales, 2000 Australia,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Non-purchase Money__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,612.99

---

**3.10** Nonpriority creditor's name and mailing address

Criteo Corp.

387 Park Avenue South 11 and 12th Floor

New York, NY 10016

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Non-purchase Money__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$431,981.28

---

| Part 2: | Additional Page |
|---|---|

---

**3.11** | Nonpriority creditor's name and mailing address
Doug Tewell

16377 Scotland Way

Edmond, OK 73013

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Non-purchase Money__

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,534.54

---

**3.12** | Nonpriority creditor's name and mailing address
Facebook.com Ads

1601 Willow Road

Menlo Park, CA 94025

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Non-purchase Money__

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,019,343.21

---

**3.13** | Nonpriority creditor's name and mailing address
Google, LLC

1600 Amphitheatre Pkwy

Mountain View, CA 94043

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Non-purchase Money__

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,061,897.85

---

**3.14** | Nonpriority creditor's name and mailing address
Hank Haney

2408 Victory Park Lane #733

Dallas, TX 75219

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Non-purchase Money__

**Is the claim subject to offset?**
☑ No
☐ Yes

$366,769.92

---

**3.15** | Nonpriority creditor's name and mailing address
Harris Bricken

600 Steward Street Suite 1200

Seattle, WA 98101

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Non-purchase Money__

**Is the claim subject to offset?**
☑ No
☐ Yes

$69,466.86

---

| Part 2: | Additional Page |
| --- | --- |

---

**3.16** Nonpriority creditor's name and mailing address

Lewis, Brisbois, Bisgaard & Smith, LLP

633 W. Fifth Street Suite 4000

Los Angeles, CA 90071

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$910.00

---

**3.17** Nonpriority creditor's name and mailing address

Marks & Clerk Hong Kong

Level 9, Cyberport 1
Cyberport Road

Pok Fu Lam, Hong Kong 00000

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$67,906.40

---

**3.18** Nonpriority creditor's name and mailing address

OCTAGON, Inc

13575 Valley Mills Drive

Frisco, TX 75034

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$288,400.00

---

**3.19** Nonpriority creditor's name and mailing address

Outbrain, Inc.

39 West 13th Street 3rd Floor

New York, NY 10011

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$101,127.50

---

**3.20** Nonpriority creditor's name and mailing address

Paul Larsen Consulting

5 Carlson Terrace

Fishkill, NY 12524

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

---

| Part 2: | Additional Page |

**3.21** Nonpriority creditor's name and mailing address

Peter Kostis

9160 N. 69th Street

Paradise Valley, AZ 85253

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Non-purchase Money__

Is the claim subject to offset?
☑ No
☐ Yes

$27,500.00

---

**3.22** Nonpriority creditor's name and mailing address

Phil Chapman

Filman Marketing

York House, Chichester Road Dorking

Surrey, RH4 1LR, UK,

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Non-purchase Money__

Is the claim subject to offset?
☑ No
☐ Yes

$15,626.00

---

**3.23** Nonpriority creditor's name and mailing address

R2B Media LLC

300 Vesey Street 12th Floor

New York, NY 10282

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Non-purchase Money__

Is the claim subject to offset?
☑ No
☐ Yes

$256,423.22

---

**3.24** Nonpriority creditor's name and mailing address

Sheri Justus - Employee

1001 Wakefield Road

Perry, OK 73077

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Non-purchase Money__

Is the claim subject to offset?
☑ No
☐ Yes

$360,000.00

---

**3.25** Nonpriority creditor's name and mailing address

Sino Golf Manufacturing Co., Ltd.

Unit K, 20/F., Kings Wing Plaza 2

1 On Kwan Street

Shek Mun Shatin, N.T. Hong Kong,

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Non-purchase Money__

Is the claim subject to offset?
☑ No
☐ Yes

$54,634.22

**Part 2:** Additional Page

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $573,504.66 |

**3.26** Nonpriority creditor's name and mailing address

Taboola Inc

16 Madison Square West 7th Floor

New York, NY 10010

Date or dates debt was incurred          _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$573,504.66

---

**3.27** Nonpriority creditor's name and mailing address

TGA Productions LLC

6876 E. Whispering Mesquite Trail

Scottsdale, AZ 85266

Date or dates debt was incurred          _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$27,000.00

---

**3.28** Nonpriority creditor's name and mailing address

The Speed Stik

8305 Davenport Street

Omaha, NE 68114

Date or dates debt was incurred          _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$62,500.00

---

**3.29** Nonpriority creditor's name and mailing address

Twitter, Inc

1355 Market Street Suite 900

San Francisco, CA 94103

Date or dates debt was incurred          _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$22,869.91

---

**3.30** Nonpriority creditor's name and mailing address

Verizon Media Inc.

14010 FNB Parkway

Omaha, NE 68154

Date or dates debt was incurred          _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$153,630.22

## Part 2: Additional Page

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $327,800.00
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

Watermark Bank

921 NW 63rd Street

Oklahoma City, OK 73116

Date or dates debt was incurred _____

Last 4 digits of account number   7   0   0   5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Non-purchase Money__

**Is the claim subject to offset?**
☑ No
☐ Yes

$327,800.00

**Part 3:**  List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Dewitt Paruolo & Meek**<br>**PO Box 138800**<br>**Oklahoma City, OK 73113** | Line **3.26**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2  **Latham, Steele, Lehman, Ratcliff**<br>**Freije & Carter, P.C.**<br>**1515 E. 71 St. Suite 200**<br>**Tulsa, OK 74136** | Line **3.25**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | $0.00 |
| 5b.   **Total claims from Part 2** | 5b. $+$ | $11,221,754.13 |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $11,221,754.13 |

Debtor name          Golf Tailor, LLC

United States Bankruptcy Court for the:
                     Northern District of Texas

Case number (if known): _____     Chapter ___11___

☐ Check if this is an
   amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** — Office Space <br> **State the term remaining** — 9 months <br> **List the contract number of any government contract** | Citizens Bank of Edmond <br> 10 N. Broadway <br> Edmond, OK 73034 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** — Storage <br> 0 months <br> **State the term remaining** <br> **List the contract number of any government contract** | Extra Space Storage <br> 1008 Waterwood Parkway <br> Edmond, OK 73034 |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** — License Agreement <br> **State the term remaining** — 0 months <br> **List the contract number of any government contract** | Santa Fe Holdings, LLC |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name          Golf Tailor, LLC

United States Bankruptcy Court for the:
                     Northern District of Texas

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206H

## Schedule H: Codebtors                                              **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City        State    ZIP Code | | |
| 2.2 _____ | Street _____ <br> _____ <br> City        State    ZIP Code | | |
| 2.3 _____ | Street _____ <br> _____ <br> City        State    ZIP Code | | |
| 2.4 _____ | Street _____ <br> _____ <br> City        State    ZIP Code | | |
| 2.5 _____ | Street _____ <br> _____ <br> City        State    ZIP Code | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | Street _____<br><br>_____<br><br>City _____ State ____ ZIP Code _____ | | |

Fill in this information to identify the case:

Debtor name      Golf Tailor, LLC

United States Bankruptcy Court for the:

Northern District of Texas

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/28/2021 _____
      MM/ DD/ YYYY

**X** /s/ Neil Goldstein _____
Signature of individual signing on behalf of debtor

Neil Goldstein _____
Printed name

Chief Restructuring Office _____
Position or relationship to debtor

❑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

      Copy line 88 from *Schedule A/B*...................................................................................................

$1.00

    1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*................................................................................................

$1,617,233.96

    1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.................................................................................................

$1,617,234.96

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$1,884,857.11

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................

$0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................

+   $11,221,754.13

4. **Total liabilities**........................................................................................................................

    Lines 2 + 3a + 3b

$13,106,611.24

**Fill in this information to identify the case:**

Debtor name        Golf Tailor, LLC

United States Bankruptcy Court for the:

       Northern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,279,025.93 |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $18,736,701.00 |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $37,538,023.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>List Certain Transfers Made Before Filing for Bankruptcy</td></tr>
</table>

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Corporate Disk Company<br>Creditor's name<br>PO Box 93<br>Street<br>Attn: AR<br>Mchenry, IL 60051<br>City　　State　ZIP Code | Last 90 days | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Competitive Edge Media Management<br>Creditor's name<br>118 S. Main Street<br>Street<br><br>Templeton, CA 93465<br>City　　State　ZIP Code | Last 90 days | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. Titan World Wide<br>Creditor's name<br>16410 Bloomfield Avenue<br>Street<br><br>Cerritos, CA 90703<br>City　　State　ZIP Code | Last 90 days | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. National Golf Foundation, Inc.<br>Creditor's name<br>501 N. Highway A1A<br>Street<br><br>Jupiter, FL 33477<br>City　　State　ZIP Code | Last 90 days | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. Maropost Inc<br>Creditor's name<br><br>Street<br>108 University Ave., Suite 5002 Toronto ON M5H 0A2<br><br>City　　State　ZIP Code | Last 90 days | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

3.6.  Black Fish Meida, LLC_____    Last 90 days    _____
      Creditor's name

      1614 NE 9th Street_____    _____
      Street

      _____

      Fort Lauderdale, FL 33304_____
      City              State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.7.  Teaveli Inc_____    Last 90 days    _____
      Creditor's name

      340 S. Lemon Ave. #6672_____    _____
      Street

      _____

      Walnut, CA 91789_____
      City              State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.8.  Fractional Supply Chain Services    Last 90 days    _____
      Creditor's name

      _____    _____
      Street

      _____    _____

      _____
      City              State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.9.  La Vita Bella Holdings Limited    Last 90 days    _____
      Creditor's name

      _____    _____
      Street

      _____    _____

      _____
      City              State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.10.  OMG Commerce_____    Last 90 days    _____
       Creditor's name

       319 N. Main Ave. Suite 130___    _____
       Street

       _____    _____

       Springfield, MO 65806_____
       City              State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.11.  Star Track Technologies Lda___    Last 90 days    _____
       Creditor's name

       _____    _____
       Street

       Largo dos Colegiais, 2 7004-516 Évora Portugal    _____

       _____
       City              State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Tim Oyler<br>Creditor's name<br><br>1985 Windbreak Circle<br>Street<br><br><br>Edmond, OK 73025<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br><br>Member | within 1 year | $378,768.76 | Salary and Benefits |
| 4.2. Michael Rhine<br>Creditor's name<br><br>18324 Buccaneer Ter<br>Street<br><br><br>Leesburg, VA 20176<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br><br>Member | within one year | $355,000.00 | Salary and Benefits |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>Street<br><br><br>City    State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

5.1. _____     _____     _____     _____

       Creditor's name

                                         XXXX– ___ ___ ___ ___

       Street

       _____

       City              State    ZIP Code

---

**Part 3:**  Legal Actions or Assignments

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity
   —within 1 year before filing this case.

   ☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Taboola, Inc. vs. Golf Tailor, LLC | Damages | In the District Court of Oklahoma<br>Name<br><br>200 NW 4th St<br>Street<br><br>Oklahoma City, OK 73102<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>CJ-2021-405 | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Sino Golf Manufacturing Co. vs.<br>Golf Tailor, LLC | Damages | In the District Court of Oklahoma<br>Name<br><br>200 NW 4th St<br>Street<br><br>Oklahoma City, OK 73102<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>CJ-2021-850 | | | |

**8. Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian,
   or other court-appointed officer within 1 year before filing this case.

   ☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name<br><br>Street<br><br>City          State    ZIP Code | **Case title**<br><br>**Case number**<br><br>**Date of order or assignment** | **Court name and address**<br>Name<br><br>Street<br><br>City          State    ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

---

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that
   recipient is less than $1,000**

   ☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

_____

City        State   ZIP Code

**Recipient's relationship to debtor**

_____

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1.  _____ | _____ | _____ | _____ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Holder Law | Attorney's Fee | 11/15/2020 | $30,000.00 |
| | **Address** | | | |
| | 901 Main Street Suite 5320<br>Street | | | |
| | Dallas, TX 75202<br>City    State   ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

11.2.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Elementary Business Inc. | Funds | Last 12 months | $90,000.00 |

**Address**

PO Box 50301
Street

Denton, TX 76206
City          State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

Golf Tailor, LLC

11.3.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Holder Law | Retainer | 05/25/2021 | $15,000.00 |

**Address**

901 Main Street Suite 5320
Street

Dallas, TX 75202
City          State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

Reactor, LLC

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.  13 S. Broadway<br>Street<br><br>Edmond, OK 73083<br>City          State    ZIP Code | From   2/2015          To   12/2018 |
| 14.1.  103 S. Broadway Suite 210<br>Street<br><br>Edmond, OK 73034<br>City          State    ZIP Code | From   2015          To   2/2018 |
| 14.1.  201 Harrison Street SE<br>Street<br><br>Leesburg, VA 20175<br>City          State    ZIP Code | From   5/2016          To   2/2018 |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City    State    ZIP Code | _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.  Names, Phone Numbers, Addresses, etc._____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 SunTrust<br>Name<br><br>Street<br><br><br>City   State  ZIP Code | XXXX– __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | 12/2020 | $0.00 |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| <br>Name<br><br>Street<br><br><br>City   State  ZIP Code | <br><br><br>**Address** | | ☐ No<br><br>☐ Yes |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Space Storage<br>Name<br>1008 Waterwood Parkway<br>Street<br><br>Edmond, OK 73034<br>City   State  ZIP Code | <br><br><br>**Address** | Conference room table, chairs, decor and office lounge furniture | ☐ No<br><br>☑ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| | Street | _____ | ☐ Concluded |
| _____ | | _____ | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>Street<br><br>_____<br>City    State    ZIP Code | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   CFO Shield, LLC<br>Name<br>PO Box 953<br>Street<br><br>Colleyville, TX 76034<br>City    State    ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2.   Shirley Zheng Accounting, LLC<br>Name<br>13372 Point Rider Lane<br>Street<br><br>Herndon, VA 20171<br>City    State    ZIP Code | From _____ To _____ |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | | | From _____ To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | CFO Shield, LLC | |
| | Name | |
| | PO Box 953 | |
| | Street | |
| | Colleyville, TX 76034 | |
| | City        State        ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address | | |
|---|---|---|
| 26d.1. | | |
| | Name | |
| | Street | |
| | City        State        ZIP Code | |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Rutherford Family Trust | 1801 Catalina Drive Edmond, OK 73013 | Member, | 5.00 % |
| Tim Oyler | 1985 Windbreak Circle Edmond, OK 73025 | Member, | 40.00 % |
| Douglas F. Tewell 2000 Trust | 16377 Scotland Way Edmond, OK 73013 | Member, | 5.00 % |
| Miles Dickinson Revocable Trust | 1 NW 132nd Street Oklahoma City, OK 73114 | Member, | 5.00 % |
| Charles B. Darr, III | 1425 NW 150th Edmond, OK 73013 | Member, | 1.66 % |
| ROBERT GRAY CHERRY | Oklahoma City, OK 73105 | Member, | 1.66 % |
| Patrick Bates | 1400 Sherwood Lane Oklahoma City, OK 73116 | Member, | 1.66 % |
| Michael Rhine | 18324 Buccaneer Ter Leesburg, VA 20176 | Chief Marketing Officer, Member | 40.00 % |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ , | | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   See Response to #4<br>Name<br><br>Street<br><br>City      State      ZIP Code | | | |

| Relationship to debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____05/28/2021_____
              MM/  DD/  YYYY


**X** /s/ Neil Goldstein
      Signature of individual signing on behalf of the debtor


      Position or relationship to debtor
      _____Chief Restructuring Office_____


Printed name _____Neil Goldstein_____


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Debtor name             Golf Tailor, LLC

United States Bankruptcy Court for the:

            Northern District of Texas

Case number (if known):

❑ Check if this is an
amended filing

# Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Andy North 625 N. Segoe Road Madison, WI 53705 | | Non-purchase Money | | | | $80,000.00 |
| 2 | Arron Oberholser 5901 E. Via Los Caballos Paradise Valley, AZ 85253 | | Non-purchase Money | | | | $297,500.00 |
| 3 | Bobby Wilson Desert Dunes Golf Course 19300 Palm Drive Desert Hot Springs, CA 92240 | | Non-purchase Money | | | | $85,000.00 |
| 4 | Brex 405 Howard Street Suite 200 San Francisco, CA 94105 | | Non-purchase Money | | | | $1,005,744.43 |
| 5 | Clear Finance Technology Corporation 548 Market Street #68100 San Francisco, CA 94104 | | Non-purchase Money | | $1,820,296.78 | $141,706.80 | $1,678,589.98 |
| 6 | Competitive Edge Media Management 118 S. Main Street Templeton, CA 93465 | | Non-purchase Money | | | | $1,048,375.00 |
| 7 | Corporate Disk.Company Attn: AR PO Box 93 Mchenry, IL 60051 | | Non-purchase Money | | | | $1,359,817.70 |
| 8 | Criteo Corp. 387 Park Avenue South 11 and 12th Floor New York, NY 10016 | | Non-purchase Money | | | | $431,981.28 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Facebook.com Ads 1601 Willow Road Menlo Park, CA 94025 | | Non-purchase Money | | | | $2,019,343.21 |
| 10  Google, LLC 1600 Amphitheatre Pkwy Mountain View, CA 94043 | | Non-purchase Money | | | | $2,061,897.85 |
| 11  Hank Haney 2408 Victory Park Lane #733 Dallas, TX 75219 | | Non-purchase Money | | | | $366,769.92 |
| 12  Harris Bricken 600 Steward Street Suite 1200 Seattle, WA 98101 | | Non-purchase Money | | | | $69,466.86 |
| 13  Marks & Clerk Hong Kong Level 9, Cyberport 1 Cyberport Road Pok Fu Lam, Hong Kong 00000 , | | Non-purchase Money | | | | $67,906.40 |
| 14  OCTAGON, Inc 13575 Valley Mills Drive Frisco, TX 75034 | | Non-purchase Money | | | | $288,400.00 |
| 15  Outbrain, Inc. 39 West 13th Street 3rd Floor New York, NY 10011 | | Non-purchase Money | | | | $101,127.50 |
| 16  R2B Media LLC 300 Vesey Street 12th Floor New York, NY 10282 | | Non-purchase Money | | | | $256,423.22 |
| 17  Sheri Justus - Employee 1001 Wakefield Road Perry, OK 73077 | | Non-purchase Money | | | | $360,000.00 |
| 18  Taboola Inc 16 Madison Square West 7th Floor New York, NY 10010 | | Non-purchase Money | | | | $573,504.66 |
| 19  Verizon Media Inc. 14010 FNB Parkway Omaha, NE 68154 | | Non-purchase Money | | | | $153,630.22 |
| 20  Watermark Bank 921 NW 63rd Street Oklahoma City, OK 73116 | | Non-purchase Money | | | | $327,800.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Golf Tailor, LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____05/28/2021_____    Signature _____/s/ Neil Goldstein_____
Neil Goldstein, Chief Restructuring Office

4 U Management, LLC
34049 Reflection Bay Drive
Knoxville, TN 37938

American Express
PO Box 981531
El Paso, TX 79998

American Express Bank, FSB
4315 South 2700 West
Salt Lake City, UT 84184

AMH Sports
12222 Bell Ranch Drive
Santa Fe Springs, CA 90670

Andy North
625 N. Segoe Road
Madison, WI 53705

Arron Oberholser
5901 E. Via Los Caballos
Paradise Valley, AZ 85253

Attorney General of Texas
Collections Division Bankruptcy Section
PO Box 12548
Austin, TX 78711-2548

Bobby Wilson
Desert Dunes Golf Course
19300 Palm Drive
Desert Hot Springs, CA 92240

**Brex**
405 Howard Street Suite 200
San Francisco, CA 94105

**Clear Finance Technology Corporation**
548 Market Street #68100
San Francisco, CA 94104

**Competitive Edge Media Management**
118 S. Main Street
Templeton, CA 93465

**Corporate Disk.Company**
Attn: AR
PO Box 93
Mchenry, IL 60051

**Criteo Australia Pty Ltd**
Ste 426-428- 4th Fl
5 Lime St.
King Street Wharf
Sydney, New South Wales, 2000 Australia

**Criteo Corp.**
387 Park Avenue South 11 and 12th Floor
New York, NY 10016

**CT Corporation Systems**
PO Box 29071
Glendale, CA 91209

**CT Corporation Systems**
Attn: SPRS
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

CT Lien Solutions
PO Box 29071
Glendale, CA 91209


Dewitt Paruolo & Meek
PO Box 138800
Oklahoma City, OK 73113


Doug Tewell
16377 Scotland Way
Edmond, OK 73013


Facebook.com Ads
1601 Willow Road
Menlo Park, CA 94025


Google, LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043


Hank Haney
2408 Victory Park Lane #733
Dallas, TX 75219


Harris Bricken
600 Steward Street Suite 1200
Seattle, WA 98101


Holder Law
901 Main Street Suite 5320
Dallas, TX 75202

## Internal Revenue Service

Special Procedures, Room 9A20
1100 Commerce St., 5024-DAL
Dallas, TX 75242

## Internal Revenue Service

Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114-7346

## Internal Revenue Service

Centralized Insolvency Operations
PO Box 7317
Philadelphia, PA 19101-7317

## Latham, Steele, Lehman, Ratcliff

Freije & Carter, P.C.
1515 E. 71 St. Suite 200
Tulsa, OK 74136

## Lewis, Brisbois, Bisgaard & Smith, LLP

633 W. Fifth Street Suite 4000
Los Angeles, CA 90071

## Linebarger Goggan Blair Sampson LLP

2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207

## Marks & Clerk Hong Kong

Level 9, Cyberport 1
Cyberport Road
Pok Fu Lam, Hong Kong 00000

## OCTAGON, Inc

13575 Valley Mills Drive
Frisco, TX 75034

## Outbrain, Inc.
39 West 13th Street 3rd Floor
New York, NY 10011

## Paul Larsen Consulting
5 Carlson Terrace
Fishkill, NY 12524

## Peter Kostis
9160 N. 69th Street
Paradise Valley, AZ 85253

## Phil Chapman
Filman Marketing
York House, Chichester Road Dorking
Surrey, RH4 1LR, UK

## R2B Media LLC
300 Vesey Street 12th Floor
New York, NY 10282

## Sheri Justus - Employee
1001 Wakefield Road
Perry, OK 73077

## Sino Golf Manufacturing Co., Ltd.
Unit K, 20/F., Kings Wing Plaza 2
1 On Kwan Street
Shek Mun Shatin, N.T. Hong Kong

## State Comptroller
Revenue Accounting Div Bakruptcy
PO Box 13528
Austin, TX 78711

Taboola Inc
16 Madison Square West 7th Floor
New York, NY 10010


Texas Alcoholic Beverage
Commission
License and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78714-9080


TGA Productions LLC
6876 E. Whispering Mesquite Trail
Scottsdale, AZ 85266


The Speed Stik
8305 Davenport Street
Omaha, NE 68114


Twitter, Inc
1355 Market Street Suite 900
San Francisco, CA 94103


United States Attorney
1100 Commerce Street Room 16G28
Dallas, TX 75242-1049


Verizon Media Inc.
14010 FNB Parkway
Omaha, NE 68154

Watermark Bank
921 NW 63rd Street
Oklahoma City, OK 73116