EXHIBIT A

# Golf Tailor LLC

|  | 2 Week | 2 Week | Monthly |
|---|---:|---:|---:|
|  | May 27 to June 11 | June 12 to June 27 | May 27 to June 27 |
| Income | $ 300,000.00 | $ 300,000.00 | $ 600,000.00 |
| Expenses: | | | |
| Advertising | $ 25,241.75 | $ 14,300.00 | $ 39,541.75 |
| Cost of Goods Sold | $ 162,028.58 | $ 180,848.79 | $ 342,877.37 |
| Bank Service Charges | $ 453.95 | $ - | $ 453.95 |
| Salaries | $ 20,500.26 | $ 81,145.25 | $ 101,645.51 |
| Payroll Taxes | $ 9,447.51 | $ 5,846.16 | $ 15,293.67 |
| Insurance Expense | $ 352.82 | $ - | $ 352.82 |
| Contract Labor | $ 19,710.00 | $ 5,140.00 | $ 24,850.00 |
| Web Development | $ 4,200.00 | $ 112.00 | $ 4,312.00 |
| Rent Expense | $ 132.00 | $ 1,632.00 | $ 1,764.00 |
| Telephone Expense | $ 1,908.59 | $ 179.00 | $ 2,087.59 |
| Dues & Subscriptions | $ 202.06 | $ 375.00 | $ 577.06 |
| Sales and Marketing | $ 20,251.92 | $ 396.00 | $ 20,647.92 |
| Commissions | $ - | $ 5,020.00 | $ 5,020.00 |
| Taxes | $ - | $ 7,100.00 | $ 7,100.00 |
| Legal Fees |  | $ 7,500.00 | $ 7,500.00 |
|  |  |  |  |
| Total Expense | $ 264,429.44 | $ 309,594.20 | $ 574,023.64 |
|  |  |  |  |
| Net Income: | $ 35,570.56 | $ (9,594.20) | $ 25,976.36 |