

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed June 1, 2021**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GOLF TAILOR, LLC | § | CASE NO. 21-30995-MVL |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

### ORDER GRANTING MOTION OF DEBTOR FOR AN ORDER AUTHORIZING (I) THE DEBTOR TO PAY PRE-PETITION WAGES, SALARIES, DEDUCTIONS, TAXES AND WITHHOLDINGS AND (II) BANKS TO HONOR AND PAY CHECKS ISSUED TO PAY PRE-PETITION WAGES, SALARIES, DEDUCTIONS, TAXES AND WITHHOLDINGS

CAME ON FOR CONSIDERATION the *Motion of Debtor for an Order Authorizing (I) the Debtor to Pay Pre- Petition Wages, Salaries, Deductions, Taxes and Withholdings and (II) Banks to Honor and Pay Checks Issued to Pay Pre-Petition Wages, Salaries, Deductions, Taxes and Withholdings* (the "Motion") filed by Golf Tailor, LLC ("Debtor") on May 28, 2021,

pursuant to Sections 105(a), 363(b) and 507(a) of the United States Bankruptcy Code and 11 U.S.C. §§ 101 et. seq. (the "Bankruptcy Code") in the above-referenced bankruptcy case.

After considering the evidence presented and hearing argument from counsel, the Court finds that the Motion is well taken and should be granted. Pursuant to 28 U.S.C. §§ 1334 and 157(a), 11 U.S.C. §§105(a), 363(b) and (c) and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure, the Court has jurisdiction and authority to grant the relief requested.

The Court further finds that under the circumstances due and adequate notice of the Motion was served upon the United States Trustee, all parties that entered a notice of appearance, Clear Finance Technology Corporation ("CFTC") and American Express Bank FSB ("AMEX").

The Court further finds that the Motion is necessary in order to avoid immediate and irreparable harm as the payment of prepetition wages to the Debtor's employees is essential to the continuing business operations and the Debtor's ability to reorganize.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion is Granted.

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that the Court approves and hereby authorizes (but does not require) the Debtor to pay $10,250.13 in pre-petition wages and salaries.

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that the Debtor is authorized to pay pre-petition payroll taxes, deductions and withholdings in the amount of $2,312.68.

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that the Debtor's banking institution(s) and payroll processing company receive, process, honor and pay any and all checks including direct deposits drawn on the Debtor's accounts including and with respect to its

prepetition and wages, salaries, deductions, taxes and withholdings.

### End of Order ###

**Order Prepared by:**

Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com