UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   21-30995 |
| GOLF TAILOR, LLC | § | |
| DEBTORS(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on 1st day of June, 2021, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

AREYA HOLDER AURZADA
HOLDER LAW
901 MAIN STREET, SUITE 5320
DALLAS, TX 75202

US TRUSTEE (DALLAS)
1100 COMMERCE STREET
ROOM 976
DALLAS, TX 75242

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:         dallas.bankruptcy@publicans.com

By: /s/ Laurie A. Spindler
_____
Laurie A. Spindler
SBN: 24028720 TX