## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:   GOLF TAILOR, LLC          ) | |
| ) | Case No.: 21-30995-MVL11 |
| DEBTOR,          ) | Chapter 11 |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that James Vogt of Reynolds, Ridings, Vogt & McCart, P.L.L.C., hereby enters his appearance on behalf of Criteo Corp., a creditor of the above named Debtor, and pursuant to Bankruptcy Rule 9010(b), hereby requests that all notices, pleadings and other documents be served upon the following named counsel:

James Vogt, OBA #9243
REYNOLDS, RIDINGS, VOGT & McCART, P.L.L.C.
101 Park Avenue, Suite 1010
Oklahoma City, OK  73102
(405) 232-8131
(405) 232-7911 Facsimile
jimvogt@rrvmlaw.com

        REYNOLDS, RIDINGS, VOGT & McCART, P.L.L.C.
        By: *s/ James Vogt*
          James Vogt, OBA#9243
          Attorneys for Creditor, Criteo Corp.
          101 Park Avenue, Suite 1010
          Oklahoma City, OK 73102
          (405) 232-8131/(405) 232-7911 Facsimile
          jimvogt@rrvmlaw.com

2

## CERTIFICATE OF MAILING

      I, James Vogt, hereby certify that on June 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                      _s/ James Vogt_