**Fill in this information to identify the case:**

Debtor name: Golf Tailor, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): 21-30995-11

☑ Check if this is an amended filing

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑  *Amended Schedule* E/F

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration    Amended Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/01/2021
              MM/ DD/ YYYY

X  /s/ Neil Goldstein
Signature of individual signing on behalf of debtor

Neil Goldstein
Printed name

Chief Restructuring Office
Position or relationship to debtor

Official Form B202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name _____ Golf Tailor, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____ 21-30995-11 _____

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |
| 2.2 | **Priority creditor's name and mailing address** _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

Debtor __Golf Tailor, LLC__  Case number *(if known)* __21-30995-11__
Name

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>4 U Management, LLC<br>34049 Reflection Bay Drive<br>Knoxville, TN 37938<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Non-purchase Money<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,000.00 |
| **3.2** **Nonpriority creditor's name and mailing address**<br>AMH Sports<br>12222 Bell Ranch Drive<br>Santa Fe Springs, CA 90670<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Non-purchase Money<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,878.22 |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Andy North<br>625 N. Segoe Road<br>Madison, WI 53705<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Non-purchase Money<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $80,000.00 |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Arron Oberholser<br>5901 E. Via Los Caballos<br>Paradise Valley, AZ 85253<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Non-purchase Money<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $297,500.00 |
| **3.5** **Nonpriority creditor's name and mailing address**<br>Bobby Wilson<br>Desert Dunes Golf Course<br>19300 Palm Drive<br>Desert Hot Springs, CA 92240<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Non-purchase Money<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $85,000.00 |

| Debtor | **Golf Tailor, LLC** | Case number *(if known)* | **21-30995-11** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

---

**3.6** **Nonpriority creditor's name and mailing address**
Brex
405 Howard Street Suite 200
San Francisco, CA 94105

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,005,744.43

---

**3.7** **Nonpriority creditor's name and mailing address**
Charles B. Darr, III
1425 NW 150th
Edmond, OK 73013

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equity Interest

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.8** **Nonpriority creditor's name and mailing address**
Competitive Edge Media Management
118 S. Main Street
Templeton, CA 93465

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,048,375.00

---

**3.9** **Nonpriority creditor's name and mailing address**
Corporate Disk.Company
Attn: AR
PO Box 93
Mchenry, IL 60051

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,359,817.70

---

**3.10** **Nonpriority creditor's name and mailing address**
Criteo Australia Pty Ltd
Ste 426-428- 4th Fl
5 Lime St.
King Street Wharf
Sydney, New South Wales, 2000 Australia,

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,612.99

---

Debtor **Golf Tailor, LLC**
Name

Case number *(if known)* **21-30995-11**

## Part 2: Additional Page

**3.11 Nonpriority creditor's name and mailing address**
Criteo Corp.

387 Park Avenue South 11 and 12th Floor

New York, NY 10016

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
❏ Yes

$431,981.28

---

**3.12 Nonpriority creditor's name and mailing address**
Doug Tewell

16377 Scotland Way

Edmond, OK 73013

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
❏ Yes

$12,534.54

---

**3.13 Nonpriority creditor's name and mailing address**
Douglas F. Tewell 2000 Trust

16377 Scotland Way

Edmond, OK 73013

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Equity Interest

**Is the claim subject to offset?**
☑ No
❏ Yes

unknown

---

**3.14 Nonpriority creditor's name and mailing address**
Facebook.com Ads

1601 Willow Road

Menlo Park, CA 94025

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
❏ Yes

$2,019,343.21

---

**3.15 Nonpriority creditor's name and mailing address**
Google, LLC

1600 Amphitheatre Pkwy

Mountain View, CA 94043

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
❏ Yes

$2,061,897.85

Debtor **Golf Tailor, LLC**  
Name

Case number *(if known)* **21-30995-11**

| Part 2: | Additional Page |

### 3.16 Nonpriority creditor's name and mailing address
Hank Haney

2408 Victory Park Lane #733

Dallas, TX 75219

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Non-purchase Money**

**Is the claim subject to offset?**
☑ No
❑ Yes

$366,769.92

### 3.17 Nonpriority creditor's name and mailing address
Harris Bricken

600 Steward Street Suite 1200

Seattle, WA 98101

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Non-purchase Money**

**Is the claim subject to offset?**
☑ No
❑ Yes

$69,466.86

### 3.18 Nonpriority creditor's name and mailing address
Lewis, Brisbois, Bisgaard & Smith, LLP

633 W. Fifth Street Suite 4000

Los Angeles, CA 90071

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Non-purchase Money**

**Is the claim subject to offset?**
☑ No
❑ Yes

$910.00

### 3.19 Nonpriority creditor's name and mailing address
Marks & Clerk Hong Kong

Level 9, Cyberport 1
Cyberport Road

Pok Fu Lam, Hong Kong 00000

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Non-purchase Money**

**Is the claim subject to offset?**
☑ No
❑ Yes

$67,906.40

### 3.20 Nonpriority creditor's name and mailing address
Michael Rhine

18324 Buccaneer Ter

Leesburg, VA 20176

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim: Equity Interest**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown

Debtor **Golf Tailor, LLC**　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)* **21-30995-11**
　　　　Name

| Part 2: | Additional Page |

### 3.21
**Nonpriority creditor's name and mailing address**
Miles Dickinson Revocable Trust

1 NW 132nd Street

Oklahoma City, OK 73114

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Equity Interest

**Is the claim subject to offset?**
☑ No
❏ Yes

**unknown**

### 3.22
**Nonpriority creditor's name and mailing address**
OCTAGON, Inc

13575 Valley Mills Drive

Frisco, TX 75034

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
❏ Yes

**$288,400.00**

### 3.23
**Nonpriority creditor's name and mailing address**
Outbrain, Inc.

39 West 13th Street 3rd Floor

New York, NY 10011

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
❏ Yes

**$101,127.50**

### 3.24
**Nonpriority creditor's name and mailing address**
Patrick Bates

1400 Sherwood Lane

Oklahoma City, OK 73116

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Equity Interest

**Is the claim subject to offset?**
☑ No
❏ Yes

**unknown**

### 3.25
**Nonpriority creditor's name and mailing address**
Paul Larsen Consulting

5 Carlson Terrace

Fishkill, NY 12524

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
❏ Yes

**$4,000.00**

Debtor **Golf Tailor, LLC**    Case number *(if known)* **21-30995-11**
Name

**Part 2: Additional Page**

| 3.26 | **Nonpriority creditor's name and mailing address** Peter Kostis, 9160 N. 69th Street, Paradise Valley, AZ 85253 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** Non-purchase Money  **Is the claim subject to offset?** ☑ No ☐ Yes | $27,500.00 |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** Phil Chapman, Filman Marketing, York House, Chichester Road Dorking, Surrey, RH4 1LR, UK, | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** Non-purchase Money  **Is the claim subject to offset?** ☑ No ☐ Yes | $15,626.00 |
| 3.28 | **Nonpriority creditor's name and mailing address** R2B Media LLC, 300 Vesey Street 12th Floor, New York, NY 10282 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** Non-purchase Money  **Is the claim subject to offset?** ☑ No ☐ Yes | $256,423.22 |
| 3.29 | **Nonpriority creditor's name and mailing address** Robert Gray Cherry, 101 N. E. 46th Street, Oklahoma City, OK 73105 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** Equity Interest  **Is the claim subject to offset?** ☑ No ☐ Yes | unknown |
| 3.30 | **Nonpriority creditor's name and mailing address** Sheri Justus - Employee, 1001 Wakefield Road, Perry, OK 73077 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** Non-purchase Money  **Is the claim subject to offset?** ☑ No ☐ Yes | $360,000.00 |

| Debtor | **Golf Tailor, LLC** | Case number *(if known)* | **21-30995-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.31** **Nonpriority creditor's name and mailing address**
Sino Golf Manufacturing Co., Ltd.
Unit K, 20/F., Kings Wing Plaza 2
1 On Kwan Street
Shek Mun Shatin, N.T. Hong Kong,

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

$54,634.22

---

**3.32** **Nonpriority creditor's name and mailing address**
Taboola Inc
16 Madison Square West 7th Floor
New York, NY 10010

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

$573,504.66

---

**3.33** **Nonpriority creditor's name and mailing address**
TGA Productions LLC
6876 E. Whispering Mesquite Trail
Scottsdale, AZ 85266

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

$27,000.00

---

**3.34** **Nonpriority creditor's name and mailing address**
The Rutherford Family Trust
1801 Catalina Drive
Edmond, OK 73013

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.35** **Nonpriority creditor's name and mailing address**
The Speed Stik
8305 Davenport Street
Omaha, NE 68114

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

$62,500.00

---

Debtor **Golf Tailor, LLC**
Name

Case number *(if known)* **21-30995-11**

## Part 2: Additional Page

### 3.36 Nonpriority creditor's name and mailing address
Tim Oyler

1985 Windbreak Circle

Edmond, OK 73025

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Equity Interest

**Is the claim subject to offset?**
☑ No
❏ Yes

unknown

### 3.37 Nonpriority creditor's name and mailing address
Twitter, Inc

1355 Market Street Suite 900

San Francisco, CA 94103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
❏ Yes

$22,869.91

### 3.38 Nonpriority creditor's name and mailing address
Verizon Media Inc.

14010 FNB Parkway

Omaha, NE 68154

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
❏ Yes

$153,630.22

### 3.39 Nonpriority creditor's name and mailing address
Watermark Bank

921 NW 63rd Street

Oklahoma City, OK 73116

Date or dates debt was incurred _____

Last 4 digits of account number 7 0 0 5

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
❏ Yes

$327,800.00

Debtor **Golf Tailor, LLC**　　　　　　　　　　　　　　　　　　Case number *(if known)* **21-30995-11**
　　　　　Name

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dewitt Paruolo & Meek**<br>**PO Box 138800**<br>**Oklahoma City, OK 73113** | Line **3.32**<br>❏ Not listed. Explain | ___ ___ ___ ___ |
| 4.2 | **Latham, Steele, Lehman, Ratcliff**<br>**Freije & Carter, P.C.**<br>**1515 E. 71 St. Suite 200**<br>**Tulsa, OK 74136** | Line **3.31**<br>❏ Not listed. Explain | ___ ___ ___ ___ |

Debtor  **Golf Tailor, LLC**  
 Name

Case number *(if known)* **21-30995-11**

# Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $11,221,754.13 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $11,221,754.13 |

Charles B. Darr, III
1425 NW 150th
Edmond, OK 73013

Douglas F. Tewell 2000 Trust
16377 Scotland Way
Edmond, OK 73013

Michael Rhine
18324 Buccaneer Ter
Leesburg, VA 20176

Miles Dickinson Revocable Trust
1 NW 132nd Street
Oklahoma City, OK 73114

Patrick Bates
1400 Sherwood Lane
Oklahoma City, OK 73116

Robert Gray Cherry
101 N. E. 46th Street
Oklahoma City, OK 73105

The Rutherford Family Trust
1801 Catalina Drive
Edmond, OK 73013

Tim Oyler
1985 Windbreak Circle
Edmond, OK 73025

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Golf Tailor, LLC**              CASE NO 21-30995-11

CHAPTER **11**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____07/01/2021_____   Signature _____/s/ Neil Goldstein_____
                                         Neil Goldstein, Chief Restructuring Office