**Fill in this information to identify the case:**

Debtor name     Golf Tailor, LLC

United States Bankruptcy Court for the:

    Northern District of Texas

Case number (if known):     21-30995-11

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## ◼ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑   *Amended Schedule*   E/F

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   *Other document that requires a declaration*   Amended Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/15/2021
        MM/ DD/ YYYY

X   /s/ Neil Goldstein
Signature of individual signing on behalf of debtor

Neil Goldstein
Printed name

Chief Restructuring Office
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Golf Tailor, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | 21-30995-11 |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | **Golf Tailor, LLC** | Case number *(if known)* | **21-30995-11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><b>Part 2:</b></td><td colspan="2">List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**

4 U Management, LLC

34049 Reflection Bay Drive

Knoxville, TN 37938

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

**3.2**   **Nonpriority creditor's name and mailing address**

AMH Sports

12222 Bell Ranch Drive

Santa Fe Springs, CA 90670

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,878.22

**3.3**   **Nonpriority creditor's name and mailing address**

Andy North

601 N. Segoe Road #901

Madison, WI 53705

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
☐ Yes

$80,000.00

**3.4**   **Nonpriority creditor's name and mailing address**

Arron Oberholser

5901 E. Via Los Caballos

Paradise Valley, AZ 85253

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
☐ Yes

$297,500.00

**3.5**   **Nonpriority creditor's name and mailing address**

Bobby Wilson

Desert Dunes Golf Course

19300 Palm Drive

Desert Hot Springs, CA 92240

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-purchase Money

**Is the claim subject to offset?**
☑ No
☐ Yes

$85,000.00

| Debtor | **Golf Tailor, LLC** | Case number *(if known)* | **21-30995-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,005,744.43
| Brex | *Check all that apply.* |
| | ☐ Contingent |
| 405 Howard Street Suite 200 | ☐ Unliquidated |
| | ☐ Disputed |
| San Francisco, CA 94105 | **Basis for the claim:** **Non-purchase Money** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number __ __ __ __ |

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| Charles B. Darr, III | *Check all that apply.* |
| | ☐ Contingent |
| 1425 NW 150th | ☐ Unliquidated |
| | ☐ Disputed |
| Edmond, OK 73013 | **Basis for the claim:** **Equity Interest** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number __ __ __ __ |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,048,375.00
| Competitive Edge Media Management | *Check all that apply.* |
| | ☐ Contingent |
| 118 S. Main Street | ☐ Unliquidated |
| | ☐ Disputed |
| Templeton, CA 93465 | **Basis for the claim:** **Non-purchase Money** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number __ __ __ __ |

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,359,817.70
| Corporate Disk.Company | *Check all that apply.* |
| | ☐ Contingent |
| Attn: AR | ☐ Unliquidated |
| | ☐ Disputed |
| PO Box 93 | **Basis for the claim:** **Non-purchase Money** |
| | **Is the claim subject to offset?** |
| Mchenry, IL 60051 | ☑ No |
| | ☐ Yes |
| Date or dates debt was incurred _____ |
| Last 4 digits of account number __ __ __ __ |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,612.99
| Criteo Australia Pty Ltd | *Check all that apply.* |
| | ☐ Contingent |
| Ste 426-428- 4th Fl | ☐ Unliquidated |
| 5 Lime St. | ☐ Disputed |
| King Street Wharf | **Basis for the claim:** **Non-purchase Money** |
| | **Is the claim subject to offset?** |
| Sydney, New South Wales, 2000 Australia, | ☑ No |
| | ☐ Yes |
| Date or dates debt was incurred _____ |
| Last 4 digits of account number __ __ __ __ |

---

| Debtor | **Golf Tailor, LLC** | Case number *(if known)* | **21-30995-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.11** | **Nonpriority creditor's name and mailing address**
Criteo Corp.

387 Park Avenue South 11 and 12th Floor

New York, NY 10016

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$431,981.28

---

**3.12** | **Nonpriority creditor's name and mailing address**
Doug Tewell

16377 Scotland Way

Edmond, OK 73013

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,534.54

---

**3.13** | **Nonpriority creditor's name and mailing address**
Douglas F. Tewell 2000 Trust

16377 Scotland Way

Edmond, OK 73013

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.14** | **Nonpriority creditor's name and mailing address**
Facebook.com Ads

1601 Willow Road

Menlo Park, CA 94025

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,019,343.21

---

**3.15** | **Nonpriority creditor's name and mailing address**
Google, LLC

1600 Amphitheatre Pkwy

Mountain View, CA 94043

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,061,897.85

---

| Debtor | **Golf Tailor, LLC** | Case number *(if known)* | **21-30995-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.16 Nonpriority creditor's name and mailing address**

Hank Haney

2408 Victory Park Lane #733

Dallas, TX 75219

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**   $366,769.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.17 Nonpriority creditor's name and mailing address**

Harris Bricken

600 Steward Street Suite 1200

Seattle, WA 98101

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**   $69,466.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18 Nonpriority creditor's name and mailing address**

Lewis, Brisbois, Bisgaard & Smith, LLP

633 W. Fifth Street Suite 4000

Los Angeles, CA 90071

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**   $910.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19 Nonpriority creditor's name and mailing address**

Marks & Clerk Hong Kong

Level 9, Cyberport 1
Cyberport Road

Pok Fu Lam, Hong Kong 00000

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**   $67,906.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20 Nonpriority creditor's name and mailing address**

Michael Rhine

18324 Buccaneer Ter

Leesburg, VA 20176

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity Interest**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Golf Tailor, LLC** | Case number *(if known)* | **21-30995-11** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

**Miles Dickinson Revocable Trust**

**1 NW 132nd Street**

**Oklahoma City, OK 73114**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**OCTAGON, Inc**

**13575 Valley Mills Drive**

**Frisco, TX 75034**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $288,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Outbrain, Inc.**

**39 West 13th Street 3rd Floor**

**New York, NY 10011**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $101,127.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**Patrick Bates**

**1400 Sherwood Lane**

**Oklahoma City, OK 73116**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

**Paul Larsen Consulting**

**5 Carlson Terrace**

**Fishkill, NY 12524**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Golf Tailor, LLC** | | Case number *(if known)* | **21-30995-11** |
| --- | --- | --- | --- | --- |
| | Name | | | |

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">**Part 2:**</div> Additional Page

---

**3.26** | Nonpriority creditor's name and mailing address
Peter Kostis

9160 N. 69th Street

Paradise Valley, AZ 85253

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

$27,500.00

---

**3.27** | Nonpriority creditor's name and mailing address
Phil Chapman

Filman Marketing

York House, Chichester Road Dorking

Surrey, RH4 1LR, UK,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

$15,626.00

---

**3.28** | Nonpriority creditor's name and mailing address
R2B Media LLC

300 Vesey Street 12th Floor

New York, NY 10282

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

$256,423.22

---

**3.29** | Nonpriority creditor's name and mailing address
Robert Gray Cherry

101 N. E. 46th Street

Oklahoma City, OK 73105

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.30** | Nonpriority creditor's name and mailing address
Sheri Justus - Employee

1001 Wakefield Road

Perry, OK 73077

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

$360,000.00

---

| Debtor | **Golf Tailor, LLC** | Case number *(if known)* | **21-30995-11** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,634.22 |
|---|---|---|---|

**3.31** Nonpriority creditor's name and mailing address
Sino Golf Manufacturing Co., Ltd.

Unit K, 20/F., Kings Wing Plaza 2

1 On Kwan Street

Shek Mun Shatin, N.T. Hong Kong,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $54,634.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

**3.32** Nonpriority creditor's name and mailing address
Taboola Inc

16 Madison Square West 7th Floor

New York, NY 10010

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $573,504.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

**3.33** Nonpriority creditor's name and mailing address
TGA Productions LLC

6876 E. Whispering Mesquite Trail

Scottsdale, AZ 85266

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $27,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

**3.34** Nonpriority creditor's name and mailing address
The Rutherford Family Trust

1801 Catalina Drive

Edmond, OK 73013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equity Interest

Is the claim subject to offset?
☑ No
☐ Yes

**3.35** Nonpriority creditor's name and mailing address
The Speed Stik

8305 Davenport Street

Omaha, NE 68114

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $62,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Non-purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Golf Tailor, LLC** | Case number *(if known)* | **21-30995-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.36** Nonpriority creditor's name and mailing address

Tim Oyler

1985 Windbreak Circle

Edmond, OK 73025

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Equity Interest**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**unknown**

---

**3.37** Nonpriority creditor's name and mailing address

Twitter, Inc

1355 Market Street Suite 900

San Francisco, CA 94103

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$22,869.91**

---

**3.38** Nonpriority creditor's name and mailing address

Verizon Media Inc.

14010 FNB Parkway

Omaha, NE 68154

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$153,630.22**

---

**3.39** Nonpriority creditor's name and mailing address

Watermark Bank

921 NW 63rd Street

Oklahoma City, OK 73116

Date or dates debt was incurred _____

Last 4 digits of account number **7 0 0 5**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Non-purchase Money**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$327,800.00**

Debtor    **Golf Tailor, LLC**       Case number *(if known)*    **21-30995-11**

    Name

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **4U Management LLC** <br> **7512 Dr. Phillips Blvd. Suite 50-314** <br> **Orlando, FL 32819** | Line **3.1** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Dewitt Paruolo & Meek** <br> **PO Box 138800** <br> **Oklahoma City, OK 73113** | Line **3.32** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Hank Haney** <br> **c/o Octagon** <br> **7100 Forest Avenue Suite 201** <br> **Richmond, VA 23226** | Line **3.16** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Latham, Steele, Lehman, Ratcliff** <br> **Freije & Carter, P.C.** <br> **1515 E. 71 St. Suite 200** <br> **Tulsa, OK 74136** | Line **3.31** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 **M. Bender, Inc.** <br> **387 Baymoor Way** <br> **Lake Mary, FL 32746** | Line **3.1** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 **Michael Breed, Inc.** <br> **c/o Octagon, Inc. Attn; Jeremy Aisenberg** <br> **One Shockoe Plaza** <br> **Richmond, VA 23219** | Line **3.22** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7 **Octagon** <br> **Attn: Jeremy Aisenberg** <br> **1021 E. Cary Street 17th Floor** <br> **Richmond, VA 23219** | Line **3.16** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | Golf Tailor, LLC | Case number *(if known)* | 21-30995-11 |
|---|---|---|---|
| | Name | | |

**Part 3:** Additional Page

| 4.8 | Octagon, Inc. | Line **3.16** | |
| | Attn: General Counsel | ☐ Not listed. Explain _____ | __ __ __ __ |
| | 7950 Jones Branch Drive Suite 700N | _____ | |
| | Mc Lean, VA 22107 | | |
| 4.9 | Octagon, Inc. | Line **3.22** | |
| | Attn: General Counsel | ☐ Not listed. Explain _____ | __ __ __ __ |
| | 7950 Jones Branch Drive Suite 700N | _____ | |
| | Mc Lean, VA 22107 | | |
| 4.10 | TGA Productions, LLC | Line **3.33** | |
| | 975 Goldenrod | ☐ Not listed. Explain _____ | __ __ __ __ |
| | San Luis Obispo, CA 93401 | _____ | |
| 4.11 | The Paulsons | Line **3.22** | |
| | c/o Octagon, Inc. Attn: Jeremy Aisenberg | ☐ Not listed. Explain _____ | __ __ __ __ |
| | One Shockoe Plaza | _____ | |
| | Richmond, VA 23219 | | |

| Debtor | **Golf Tailor, LLC** | Case number *(if known)* | **21-30995-11** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims</div>

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $11,221,754.13 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $11,221,754.13 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Golf Tailor, LLC**                                           CASE NO 21-30995-11

                                                                     CHAPTER **11**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____ 07/15/2021 _____        Signature _____/s/ Neil Goldstein_____

                                                              Neil Goldstein, Chief Restructuring Office

4U Management, LLC
7512 Dr. Phillips Blvd. Suite 50-314
Orlando, FL 32819

Andy North
601 N. Segoe Road #901
Madison, WI 53705

Hank Haney
c/o Octagon, Inc.
7100 Forest Avenue Suite 201
Richmond, VA 23226

M. Bender, Inc.
387 Baymoor Way
Lake Mary, FL 32746

Michael Breed, Inc.
c/o Octagon, Inc.
Attn: Jeremy Aisenberg
One Shockoe Plaza
Richmond, VA 23219

Octagon
c/o Jeremy Aisenberg
1021 E. Cary Street 17th Floor
Richmond, VA 23219

Octagon, Inc.
Attn: General Counsel
7950 Jones Branch Drive Suite 700N
Mc Lean, VA 22107

TGA Productions, LLC
975 Goldenrod
San Luis Obispo, CA 93401

The Paulsons
c/o Octagon, Inc.
Attn: Jeremy Aisenberg
One Shockoe Plaza
Richmond, VA 23219