Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR GOLF TAILOR, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GOLF TAILOR, LLC | § | CASE NO. 21-30995-MVL |
| | § | |
| Debtor | § | Chapter 11 |

**CERTIFICATE OF NO OBJECTION**

I, Areya Holder Aurzada, hereby certify that:

1. On June 23, 2021, I filed a Motion for Distribution of Retainer (the "Motion");

2. The Application contained fourteen (14) day negative notice language;

3. The deadline for filing objections to the Application was July 8, 2021; and

4. No objections or responses to the Application have been filed.

                              Respectfully submitted,

                        By: /s/ *Areya Holder Aurzada*
                             Areya Holder Aurzada
                             State Bar No. 24002303
                             HOLDER LAW
                             901 Main Street, Suite 5320
                             Dallas, TX 75202
                             Telephone: (972) 438-8800
                             Email: areya@holderlawpc.com