

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed August 6, 2021**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| GOLF TAILOR, LLC | § § | CASE NO. 21-30995-MVL |
| Debtor | § § § | Chapter 11 |

### ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY OUTSIDE BOOKKEEPER AND CONTROLLER CFO SHIELD, LLC

On this day came on for consideration the Application to Employ Outside Bookkeeper and Controller CFO Shield, LLC ("Application") filed by Golf Tailor, LLC ("Debtor") praying for authority to employ CFO Shield, LLC ("CFO"). The Court finds that CFO represents no interest adverse to the Debtor or to the estate, that the employment of CFO would be in the best interest of the estate and that the Application should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Application is APPROVED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor is authorized to employ CFO as bookkeeper and controller on the terms set forth in the Application.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that compensation will be payable to CFO on a per month basis without the need for a fee application as long as CFO's fees do not exceed $2,250.00 per month for the Bookkeeping and Controller Services and $1,250.00 for any additional financial services over the course of this bankruptcy proceeding.

### End of Order ###

Prepared by:

Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com