# Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|---|---|---|---|---|---|---|
| **Simmons Amazon 5710** | | | | | | |
| Beginning Balance | | | | | | |
| 07/01/2021 | Deposit | | 14,567.65 | 14,567.65 | | |
| 07/01/2021 | Deposit | Ebay-Customer | 607.50 | 607.50 | | |
| 07/01/2021 | Deposit | | 265.00 | 265.00 | | |
| 07/02/2021 | Deposit | | 18,440.14 | 18,440.14 | | |
| 07/02/2021 | Deposit | Ebay-Customer | 450.72 | 450.72 | | |
| 07/02/2021 | Deposit | Ebay-Customer | 739.88 | 739.88 | | |
| 07/02/2021 | Deposit | Simmons | 67.00 | 67.00 | | |
| 07/06/2021 | Deposit | | 298.00 | 298.00 | | |
| 07/06/2021 | Deposit | | 316.00 | 316.00 | | |
| 07/06/2021 | Deposit | | 16,338.47 | 16,338.47 | | |
| 07/06/2021 | Deposit | | 5,910.00 | 5,910.00 | | |
| 07/06/2021 | Deposit | | 8,485.82 | 8,485.82 | | |
| 07/06/2021 | Deposit | | 8,849.33 | 8,849.33 | | |
| 07/07/2021 | Deposit | | 135,641.59 | 135,641.59 | | |
| 07/07/2021 | Deposit | | 9,009.38 | 9,009.38 | | |
| 07/07/2021 | Deposit | Ebay-Customer | 331.43 | 331.43 | | |
| 07/08/2021 | Deposit | | 13,690.13 | 13,690.13 | | |
| 07/08/2021 | Deposit | Ebay-Customer | 1,549.27 | 1,549.27 | | |
| 07/08/2021 | Deposit | | 705.00 | 705.00 | | |
| 07/09/2021 | Deposit | | 3,523.80 | 3,523.80 | | |
| 07/09/2021 | Deposit | | 179.00 | 179.00 | | |
| 07/09/2021 | Deposit | Ebay-Customer | 193.07 | 193.07 | | |
| 07/09/2021 | Deposit | Credit Card Misc. | 3,069.24 | 3,069.24 | | |
| 07/12/2021 | Deposit | | 10,215.10 | 10,215.10 | | |
| 07/12/2021 | Deposit | | 213.00 | 213.00 | | |
| 07/12/2021 | Deposit | | 9,167.00 | 9,167.00 | | |
| 07/12/2021 | Deposit | Ebay-Customer | 605.81 | 605.81 | | |
| 07/12/2021 | Deposit | | 6,277.88 | 6,277.88 | | |
| 07/12/2021 | Deposit | | 297.00 | 297.00 | | |
| 07/13/2021 | Deposit | | 7,885.44 | 7,885.44 | | |

**Golf Tailor LLC**

## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|------|------------------|------|--------|----------|-------------|-----------|
| 07/13/2021 | Deposit | Ebay-Customer | 233.04 | 233.04 | | |
| 07/14/2021 | Deposit | | 816.48 | 816.48 | | |
| 07/14/2021 | Deposit | | 20,608.36 | 20,608.36 | | |
| 07/14/2021 | Deposit | Ebay-Customer | 998.84 | 998.84 | | |
| 07/15/2021 | Deposit | | 13,124.81 | 13,124.81 | | |
| 07/15/2021 | Deposit | | 880.00 | 880.00 | | |
| 07/15/2021 | Deposit | | 237.52 | 237.52 | | |
| 07/16/2021 | Deposit | | 524.00 | 524.00 | | |
| 07/16/2021 | Deposit | Ebay-Customer | 753.34 | 753.34 | | |
| 07/16/2021 | Deposit | | 7,843.17 | 7,843.17 | | |
| 07/19/2021 | Deposit | | 9,685.24 | 9,685.24 | | |
| 07/19/2021 | Deposit | | 158.00 | 158.00 | | |
| 07/19/2021 | Deposit | Ebay-Customer | 405.51 | 405.51 | | |
| 07/19/2021 | Deposit | | 5,627.25 | 5,627.25 | | |
| 07/19/2021 | Deposit | | 9,254.62 | 9,254.62 | | |
| 07/20/2021 | Deposit | | 10,948.35 | 10,948.35 | | |
| 07/20/2021 | Deposit | Ebay-Customer | 414.24 | 414.24 | | |
| 07/21/2021 | Deposit | | 903.00 | 903.00 | | |
| 07/21/2021 | Deposit | Ebay-Customer | 861.73 | 861.73 | | |
| 07/21/2021 | Deposit | Simmons | 199.00 | 199.00 | | |
| 07/21/2021 | Deposit | Amazon-Customer | 90,919.71 | 90,919.71 | | |
| 07/21/2021 | Deposit | | 20,608.30 | 20,608.30 | | |
| 07/21/2021 | Deposit | Simmons | 79.00 | 79.00 | | |
| 07/22/2021 | Deposit | | 16,716.22 | 16,716.22 | | |
| 07/22/2021 | Deposit | Ebay-Customer | 798.21 | 798.21 | | |
| 07/22/2021 | Deposit | | 703.00 | 703.00 | | |
| 07/23/2021 | Deposit | Ebay-Customer | 360.68 | 360.68 | | |
| 07/23/2021 | Deposit | | 318.00 | 318.00 | | |
| 07/23/2021 | Deposit | | 10,558.01 | 10,558.01 | | |
| 07/26/2021 | Deposit | Ebay-Customer | 1,006.05 | 1,006.05 | | |
| 07/26/2021 | Deposit | | 279.00 | 279.00 | | |
| 07/26/2021 | Deposit | | 99.00 | 99.00 | | |

## Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|---|---|---|---|---|---|---|
| 07/26/2021 | Deposit | | 11,015.62 | 11,015.62 | | |
| 07/26/2021 | Deposit | | 6,786.87 | 6,786.87 | | |
| 07/26/2021 | Deposit | | 5,955.57 | 5,955.57 | | |
| 07/27/2021 | Deposit | | 11,157.26 | 11,157.26 | | |
| 07/27/2021 | Deposit | Ebay-Customer | 1,169.39 | 1,169.39 | | |
| 07/28/2021 | Deposit | Ebay-Customer | 2,065.42 | 2,065.42 | | |
| 07/28/2021 | Deposit | | 211.65 | 211.65 | | |
| 07/28/2021 | Deposit | | 13,484.50 | 13,484.50 | | |
| 07/29/2021 | Deposit | | 2,853.78 | 2,853.78 | | |
| 07/29/2021 | Deposit | | 436.00 | 436.00 | | |
| 07/29/2021 | Deposit | Ebay-Customer | 344.85 | 344.85 | | |
| 07/29/2021 | Deposit | Simmons | 179.00 | 179.00 | | |
| 07/30/2021 | Deposit | | 208.00 | 208.00 | | |
| 07/30/2021 | Deposit | Ebay-Customer | 552.92 | 552.92 | | |
| 07/30/2021 | Deposit | | 8,068.75 | 8,068.75 | | |
| | | | | | | |
| 07/01/2021 | Expense | Merchant Service | -82.27 | | -82.27 | |
| 07/02/2021 | Expense | Merchant Service | -11,664.17 | | -11,664.17 | |
| 07/02/2021 | Expense | Simmons | -179.00 | | -179.00 | |
| 07/02/2021 | Expense | Merchant Service | -75.80 | | -75.80 | |
| 07/06/2021 | Expense | Merchant Service | -78.01 | | -78.01 | |
| 07/06/2021 | Expense | Merchant Service | -50.60 | | -50.60 | |
| 07/06/2021 | Expense | Merchant Service | -20.83 | | -20.83 | |
| 07/07/2021 | Expense | Merchant Service | -28.04 | | -28.04 | |
| 07/08/2021 | Expense | Merchant Service | -48.45 | | -48.45 | |
| 07/09/2021 | Expense | Simmons | -199.00 | | -199.00 | |
| 07/09/2021 | Expense | Simmons | -89.00 | | -89.00 | |
| 07/09/2021 | Expense | Simmons | -79.00 | | -79.00 | |
| 07/09/2021 | Expense | Merchant Service | -40.87 | | -40.87 | |
| 07/12/2021 | Expense | Merchant Service | -61.30 | | -61.30 | |
| 07/12/2021 | Expense | Merchant Service | -43.92 | | -43.92 | |
| 07/13/2021 | Expense | Merchant Service | -23.66 | | -23.66 | |

## Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|------|------------------|------|--------|----------|-------------|-----------|
| 07/14/2021 | Expense | Merchant Service | -71.20 | | -71.20 | |
| 07/15/2021 | Expense | Merchant Service | -56.38 | | -56.38 | |
| 07/16/2021 | Expense | Merchant Service | -57.15 | | -57.15 | |
| 07/19/2021 | Expense | Simmons | -179.00 | | -179.00 | |
| 07/19/2021 | Expense | Simmons | -179.00 | | -179.00 | |
| 07/19/2021 | Expense | Simmons | -159.00 | | -159.00 | |
| 07/19/2021 | Expense | Simmons | -99.00 | | -99.00 | |
| 07/19/2021 | Expense | Simmons | -79.00 | | -79.00 | |
| 07/19/2021 | Expense | Merchant Service | -65.88 | | -65.88 | |
| 07/19/2021 | Expense | Merchant Service | -48.52 | | -48.52 | |
| 07/19/2021 | Expense | Simmons | -179.00 | | -179.00 | |
| 07/20/2021 | Expense | Merchant Service | -32.84 | | -32.84 | |
| 07/21/2021 | Expense | Merchant Service | -71.62 | | -71.62 | |
| 07/22/2021 | Expense | Merchant Service | -55.54 | | -55.54 | |
| 07/23/2021 | Expense | Simmons | -118.79 | | -118.79 | |
| 07/23/2021 | Expense | Merchant Service | -35.98 | | -35.98 | |
| 07/26/2021 | Expense | Merchant Service | -45.26 | | -45.26 | |
| 07/26/2021 | Expense | Merchant Service | -82.96 | | -82.96 | |
| 07/27/2021 | Expense | Merchant Service | -35.80 | | -35.80 | |
| 07/28/2021 | Expense | Merchant Service | -48.91 | | -48.91 | |
| 07/29/2021 | Expense | Merchant Service | -49.06 | | -49.06 | |
| 07/30/2021 | Expense | Simmons | -179.00 | | -179.00 | |
| 07/30/2021 | Expense | Merchant Service | -43.44 | | -43.44 | |
| 07/30/2021 | Expense | Simmons | -69.00 | | -69.00 | |
| 07/02/2021 | Payment | BlackFish | | 1,085.70 | | |
| 07/14/2021 | Payment | Section 2383 | | 10,000.00 | | |
| 07/16/2021 | Payment | Section 2383 | | 5,000.00 | | |
| 07/01/2021 | Transfer | | | | | -17,630.09 |
| 07/01/2021 | Transfer | | | | | 2,272.21 |
| 07/02/2021 | Transfer | | | | | -11,201.43 |
| 07/02/2021 | Transfer | | | | | -1,536.42 |
| 07/02/2021 | Transfer | | | | | 3,873.38 |

**Golf Tailor LLC**
**Cash Accounts - July 2021**

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|---|---|---|---|---|---|---|
| 07/06/2021 | Transfer | | | | | -49,044.25 |
| 07/06/2021 | Transfer | | | | | 1,939.53 |
| 07/06/2021 | Transfer | | | | | 1,962.24 |
| 07/06/2021 | Transfer | | | | | 3,250.36 |
| 07/06/2021 | Transfer | | | | | 1,843.94 |
| 07/07/2021 | Transfer | | | | | -148,935.73 |
| 07/07/2021 | Transfer | | | | | 3,981.37 |
| 07/08/2021 | Transfer | | | | | -17,947.30 |
| 07/08/2021 | Transfer | | | | | 2,051.35 |
| 07/09/2021 | Transfer | | | | | -7,214.02 |
| 07/09/2021 | Transfer | | | | | 656.78 |
| 07/12/2021 | Transfer | | | | | -33,814.68 |
| 07/12/2021 | Transfer | | | | | 1,467.49 |
| 07/12/2021 | Transfer | | | | | 2,204.24 |
| 07/12/2021 | Transfer | | | | | 3,472.38 |
| 07/13/2021 | Transfer | | | | | -11,047.89 |
| 07/13/2021 | Transfer | | | | | 2,953.07 |
| 07/14/2021 | Transfer | | | | | -26,856.83 |
| 07/14/2021 | Transfer | | | | | 4,504.35 |
| 07/15/2021 | Transfer | | | | | -26,102.18 |
| 07/15/2021 | Transfer | | | | | 1,916.23 |
| 07/16/2021 | Transfer | | | | | -14,983.75 |
| 07/16/2021 | Transfer | | | | | 920.39 |
| 07/19/2021 | Transfer | | | | | -28,747.14 |
| 07/19/2021 | Transfer | | | | | 673.40 |
| 07/19/2021 | Transfer | | | | | 1,857.04 |
| 07/19/2021 | Transfer | | | | | 2,074.48 |
| 07/20/2021 | Transfer | | | | | 3,309.75 |
| 07/20/2021 | Transfer | | | | | -14,639.50 |
| 07/21/2021 | Transfer | | | | | 6,931.76 |
| 07/21/2021 | Transfer | | | | | -120,430.88 |
| 07/22/2021 | Transfer | | | | | -21,347.37 |

## Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|---|---|---|---|---|---|---|
| 07/22/2021 | Transfer | | | | | 3,185.48 |
| 07/23/2021 | Transfer | | | | | -12,898.78 |
| 07/23/2021 | Transfer | | | | | 1,816.86 |
| 07/26/2021 | Transfer | | | | | 494.56 |
| 07/26/2021 | Transfer | | | | | -32,010.23 |
| 07/26/2021 | Transfer | | | | | 2,196.61 |
| 07/26/2021 | Transfer | | | | | 4,305.17 |
| 07/27/2021 | Transfer | | | | | 2,315.35 |
| 07/27/2021 | Transfer | | | | | -14,606.20 |
| 07/28/2021 | Transfer | | | | | 2,088.22 |
| 07/28/2021 | Transfer | | | | | -17,800.88 |
| 07/29/2021 | Transfer | | | | | -3,968.05 |
| 07/29/2021 | Transfer | | | | | 203.48 |
| 07/30/2021 | Transfer | | | | | -12,758.53 |
| 07/30/2021 | Transfer | | | | | 4,220.30 |
| **Total for Simmons Amazon 5710** | | | **$        0.00** | | | |
| **Simmons (Reactor) 4580** | | | | | | |
| 07/06/2021 | Expense | | 1,278.29 | 1,278.29 | | |
| 07/06/2021 | Payroll Check | Chris A. Davis | -842.49 | | -842.49 | |
| 07/06/2021 | Payroll Check | Gallen M. Malone | -881.47 | | -881.47 | |
| 07/06/2021 | Payroll Check | Kyle A. Wilken | -1,162.67 | | -1,162.67 | |
| 07/06/2021 | Payroll Check | Debra S. Brooks | -1,278.29 | | -1,278.29 | |
| 07/06/2021 | Payroll Check | Sheri Justus | -2,249.21 | | -2,249.21 | |
| 07/06/2021 | Payroll Check | *Suzanne L. Brubaker | -2,331.66 | | -2,331.66 | |
| 07/13/2021 | Payroll Check | *Suzanne L. Brubaker | -2,331.67 | | -2,331.67 | |
| 07/13/2021 | Payroll Check | Sheri Justus | -2,249.21 | | -2,249.21 | |
| 07/13/2021 | Payroll Check | Debra S. Brooks | -1,278.28 | | -1,278.28 | |
| 07/13/2021 | Payroll Check | Chris A. Davis | -842.49 | | -842.49 | |
| 07/13/2021 | Payroll Check | Gallen M. Malone | -881.46 | | -881.46 | |
| 07/13/2021 | Payroll Check | Kyle A. Wilken | -1,162.66 | | -1,162.66 | |

## Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|---|---|---|---|---|---|---|
| 07/02/2021 | Tax Payment | OK Tax Commission | -337.00 | | -337.00 | |
| 07/02/2021 | Tax Payment | IRS | -3,075.12 | | -3,075.12 | |
| 07/09/2021 | Tax Payment | OK Tax Commission | -337.00 | | -337.00 | |
| 07/09/2021 | Tax Payment | IRS | -3,075.08 | | -3,075.08 | |
| 07/14/2021 | Tax Payment | VA Department of Taxation | -840.90 | | -840.90 | |
| 07/21/2021 | Tax Payment | OK Employment Security Commission | -404.75 | | -404.75 | |
| 07/02/2021 | Transfer | | 337.00 | | | 337.00 |
| 07/02/2021 | Transfer | | 3,075.12 | | | 3,075.12 |
| 07/06/2021 | Transfer | | 842.49 | | | 842.49 |
| 07/06/2021 | Transfer | | 881.47 | | | 881.47 |
| 07/06/2021 | Transfer | | 1,162.67 | | | 1,162.67 |
| 07/06/2021 | Transfer | | 2,331.66 | | | 2,331.66 |
| 07/06/2021 | Transfer | | 2,249.21 | | | 2,249.21 |
| 07/09/2021 | Transfer | | 337.00 | | | 337.00 |
| 07/09/2021 | Transfer | | 3,075.08 | | | 3,075.08 |
| 07/13/2021 | Transfer | | 2,331.67 | | | 2,331.67 |
| 07/13/2021 | Transfer | | 2,249.21 | | | 2,249.21 |
| 07/13/2021 | Transfer | | 1,278.28 | | | 1,278.28 |
| 07/13/2021 | Transfer | | 1,162.66 | | | 1,162.66 |
| 07/13/2021 | Transfer | | 881.46 | | | 881.46 |
| 07/13/2021 | Transfer | | 842.49 | | | 842.49 |
| 07/14/2021 | Transfer | | 840.90 | | | 840.90 |
| 07/21/2021 | Transfer | | 404.75 | | | 404.75 |

**Total for Simmons (Reactor) 4580**　　　　　$　　0.00

**Checking Bank of the West (3919)**

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|---|---|---|---|---|---|---|
| 07/20/2021 | Expense | Bank of the West | -15.00 | | -15.00 | |

# Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|------|------------------|------|--------|----------|-------------|-----------|
| 07/20/2021 | Expense | Bank of the West | -15.00 | | -15.00 | |
| 07/20/2021 | Transfer | | 1,000.00 | | | 1,000.00 |
| 07/20/2021 | Transfer | | 495,000.00 | | | 495,000.00 |
| 07/21/2021 | Expense | Bank of the West | -15.00 | | -15.00 | |
| 07/21/2021 | Transfer | | 210,000.00 | | | 210,000.00 |
| **Total for Checking Bank of the West (3919)** | | | **$     705,955.00** | | | |
| **Paypal - Sales** | | | | | | |
| Beginning Balance | | | | | | |
| 07/31/2021 | Journal Entry | | -638.72 | | -638.72 | |
| 07/19/2021 | Journal Entry | | -251.88 | | -251.88 | |
| 07/12/2021 | Journal Entry | | -172.49 | | -172.49 | |
| 07/05/2021 | Journal Entry | | -149.21 | | -149.21 | |
| 07/28/2021 | Journal Entry | | -133.27 | | -133.27 | |
| 07/01/2021 | Journal Entry | | -129.21 | | -129.21 | |
| 07/22/2021 | Journal Entry | | -125.18 | | -125.18 | |
| 07/10/2021 | Journal Entry | | -115.09 | | -115.09 | |
| 07/18/2021 | Journal Entry | | -112.24 | | -112.24 | |
| 07/20/2021 | Journal Entry | | -109.35 | | -109.35 | |
| 07/11/2021 | Journal Entry | | -89.28 | | -89.28 | |
| 07/21/2021 | Journal Entry | | -81.93 | | -81.93 | |
| 07/06/2021 | Journal Entry | | -81.34 | | -81.34 | |
| 07/26/2021 | Journal Entry | | -77.98 | | -77.98 | |
| 07/17/2021 | Journal Entry | | -72.49 | | -72.49 | |
| 07/02/2021 | Journal Entry | | -66.85 | | -66.85 | |
| 07/08/2021 | Journal Entry | | -66.64 | | -66.64 | |
| 07/16/2021 | Journal Entry | | -64.95 | | -64.95 | |
| 07/24/2021 | Journal Entry | | -63.02 | | -63.02 | |
| 07/13/2021 | Journal Entry | | -61.99 | | -61.99 | |

# Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|---|---|---|---|---|---|---|
| 07/09/2021 | Journal Entry | | -59.86 | | -59.86 | |
| 07/04/2021 | Journal Entry | | -59.46 | | -59.46 | |
| 07/03/2021 | Journal Entry | | -56.09 | | -56.09 | |
| 07/07/2021 | Journal Entry | | -55.29 | | -55.29 | |
| 07/25/2021 | Journal Entry | | -50.40 | | -50.40 | |
| 07/27/2021 | Journal Entry | | -47.75 | | -47.75 | |
| 07/29/2021 | Journal Entry | | -34.35 | | -34.35 | |
| 07/14/2021 | Journal Entry | | -24.59 | | -24.59 | |
| 07/23/2021 | Journal Entry | | -21.68 | | -21.68 | |
| 07/30/2021 | Journal Entry | | -19.59 | | -19.59 | |
| 07/15/2021 | Journal Entry | | -19.03 | | -19.03 | |
| 07/27/2021 | Journal Entry | | -4.57 | | | -4.57 |
| 07/23/2021 | Journal Entry | | 292.00 | 292.00 | | |
| 07/15/2021 | Journal Entry | | 426.81 | 426.81 | | |
| 07/30/2021 | Journal Entry | | 484.62 | 484.62 | | |
| 07/14/2021 | Journal Entry | | 775.38 | 775.38 | | |
| 07/29/2021 | Journal Entry | | 1,102.00 | 1,102.00 | | |
| 07/25/2021 | Journal Entry | | 1,409.00 | 1,409.00 | | |
| 07/07/2021 | Journal Entry | | 1,437.12 | 1,437.12 | | |
| 07/08/2021 | Journal Entry | | 1,629.00 | 1,629.00 | | |
| 07/03/2021 | Journal Entry | | 1,666.00 | 1,666.00 | | |
| 07/24/2021 | Journal Entry | | 1,772.00 | 1,772.00 | | |
| 07/16/2021 | Journal Entry | | 1,777.38 | 1,777.38 | | |
| 07/13/2021 | Journal Entry | | 1,787.00 | 1,787.00 | | |
| 07/09/2021 | Journal Entry | | 1,867.98 | 1,867.98 | | |
| 07/04/2021 | Journal Entry | | 1,906.00 | 1,906.00 | | |
| 07/02/2021 | Journal Entry | | 1,935.00 | 1,935.00 | | |
| 07/21/2021 | Journal Entry | | 2,037.00 | 2,037.00 | | |
| 07/17/2021 | Journal Entry | | 2,160.00 | 2,160.00 | | |
| 07/26/2021 | Journal Entry | | 2,368.46 | 2,368.46 | | |
| 07/06/2021 | Journal Entry | | 2,444.00 | 2,444.00 | | |
| 07/11/2021 | Journal Entry | | 2,655.57 | 2,655.57 | | |

**Golf Tailor LLC**
**Cash Accounts - July 2021**

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|------|------------------|------|--------|----------|-------------|-----------|
| 07/20/2021 | Journal Entry | | 3,232.49 | 3,232.49 | | |
| 07/18/2021 | Journal Entry | | 3,395.94 | 3,395.94 | | |
| 07/10/2021 | Journal Entry | | 3,576.94 | 3,576.94 | | |
| 07/01/2021 | Journal Entry | | 3,616.69 | 3,616.69 | | |
| 07/22/2021 | Journal Entry | | 3,728.93 | 3,728.93 | | |
| 07/28/2021 | Journal Entry | | 3,931.44 | 3,931.44 | | |
| 07/05/2021 | Journal Entry | | 3,971.00 | 3,971.00 | | |
| 07/12/2021 | Journal Entry | | 5,180.49 | 5,180.49 | | |
| 07/19/2021 | Journal Entry | | 7,778.25 | 7,778.25 | | |
| 07/31/2021 | Journal Entry | | 10,046.55 | 10,046.55 | | |
| 07/01/2021 | Transfer | | -2,272.21 | | | -2,272.21 |
| 07/02/2021 | Transfer | | -3,873.38 | | | -3,873.38 |
| 07/06/2021 | Transfer | | -1,939.53 | | | -1,939.53 |
| 07/06/2021 | Transfer | | -1,962.24 | | | -1,962.24 |
| 07/06/2021 | Transfer | | -3,250.36 | | | -3,250.36 |
| 07/06/2021 | Transfer | | -1,843.94 | | | -1,843.94 |
| 07/07/2021 | Transfer | | -3,981.37 | | | -3,981.37 |
| 07/08/2021 | Transfer | | -2,051.35 | | | -2,051.35 |
| 07/09/2021 | Transfer | | -656.78 | | | -656.78 |
| 07/12/2021 | Transfer | | -1,467.49 | | | -1,467.49 |
| 07/12/2021 | Transfer | | -2,204.24 | | | -2,204.24 |
| 07/12/2021 | Transfer | | -3,472.38 | | | -3,472.38 |
| 07/13/2021 | Transfer | | -2,953.07 | | | -2,953.07 |
| 07/14/2021 | Transfer | | -4,504.35 | | | -4,504.35 |
| 07/15/2021 | Transfer | | -1,916.23 | | | -1,916.23 |
| 07/16/2021 | Transfer | | -920.39 | | | -920.39 |
| 07/19/2021 | Transfer | | -2,074.48 | | | -2,074.48 |
| 07/19/2021 | Transfer | | -1,857.04 | | | -1,857.04 |
| 07/19/2021 | Transfer | | -673.40 | | | -673.40 |
| 07/20/2021 | Transfer | | -3,309.75 | | | -3,309.75 |
| 07/21/2021 | Transfer | | -6,931.76 | | | -6,931.76 |
| 07/22/2021 | Transfer | | -3,185.48 | | | -3,185.48 |

# Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|------|------------------|------|--------|----------|-------------|-----------|
| 07/23/2021 | Transfer | | -1,816.86 | | | -1,816.86 |
| 07/26/2021 | Transfer | | -4,305.17 | | | -4,305.17 |
| 07/26/2021 | Transfer | | -2,196.61 | | | -2,196.61 |
| 07/26/2021 | Transfer | | -494.56 | | | -494.56 |
| 07/27/2021 | Transfer | | -2,315.35 | | | -2,315.35 |
| 07/28/2021 | Transfer | | -2,088.22 | | | -2,088.22 |
| 07/29/2021 | Transfer | | -203.48 | | | -203.48 |
| 07/30/2021 | Transfer | | -4,220.30 | | | -4,220.30 |
| **Total for Paypal - Sales** | | | **$    2,333.50** | | | |
| **Bill.com Money Out Clearing** | | | | | | |
| 07/23/2021 | Bill Payment (Check) | Competitive Edge Media Management | -70,998.75 | | -70,998.75 | |
| 07/16/2021 | Bill Payment (Check) | Black Fish Media LLC | -42,941.00 | | -42,941.00 | |
| 07/08/2021 | Bill Payment (Check) | Corporate Disk.Company | -41,247.99 | | -41,247.99 | |
| 07/20/2021 | Bill Payment (Check) | Corporate Disk.Company | -37,088.24 | | -37,088.24 | |
| 07/14/2021 | Bill Payment (Check) | Corporate Disk.Company | -27,562.50 | | -27,562.50 | |
| 07/20/2021 | Bill Payment (Check) | Titan World Wide | -25,974.18 | | -25,974.18 | |
| 07/27/2021 | Bill Payment (Check) | Corporate Disk.Company | -25,146.89 | | -25,146.89 | |
| 07/15/2021 | Bill Payment (Check) | Tim Oyler | -25,000.00 | | -25,000.00 | |
| 07/15/2021 | Bill Payment (Check) | Michael Rhine | -25,000.00 | | -25,000.00 | |
| 07/06/2021 | Bill Payment (Check) | Titan World Wide | -16,000.00 | | -16,000.00 | |
| 07/27/2021 | Bill Payment (Check) | Maropost Inc | -15,770.83 | | -15,770.83 | |
| 07/23/2021 | Bill Payment (Check) | Titan World Wide | -12,525.39 | | -12,525.39 | |
| 07/08/2021 | Bill Payment (Check) | Teaveli Inc | -10,000.00 | | -10,000.00 | |

# Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|------|------------------|------|--------|----------|-------------|-----------|
| 07/29/2021 | Bill Payment (Check) | Titan World Wide | -8,853.93 | | -8,853.93 | |
| 07/01/2021 | Bill Payment (Check) | Titan World Wide | -8,531.71 | | -8,531.71 | |
| 07/09/2021 | Bill Payment (Check) | OMG Commerce | -7,878.09 | | -7,878.09 | |
| 07/02/2021 | Bill Payment (Check) | Elementary Business Inc. | -7,500.00 | | -7,500.00 | |
| 07/16/2021 | Bill Payment (Check) | National Golf Foundation, Inc. | -7,150.00 | | -7,150.00 | |
| 07/20/2021 | Bill Payment (Check) | National Golf Foundation, Inc. | -7,150.00 | | -7,150.00 | |
| 07/23/2021 | Bill Payment (Check) | National Golf Foundation, Inc. | -7,150.00 | | -7,150.00 | |
| 07/29/2021 | Bill Payment (Check) | National Golf Foundation, Inc. | -7,150.00 | | -7,150.00 | |
| 07/09/2021 | Bill Payment (Check) | National Golf Foundation, Inc. | -5,000.00 | | -5,000.00 | |
| 07/02/2021 | Bill Payment (Check) | La Vita Bella Holdings Limited | -3,500.00 | | -3,500.00 | |
| 07/20/2021 | Bill Payment (Check) | Stat Track Technologies Lda | -2,755.00 | | -2,755.00 | |
| 07/27/2021 | Bill Payment (Check) | Titan World Wide | -2,325.04 | | -2,325.04 | |
| 07/08/2021 | Bill Payment (Check) | CFO Shield, LLC | -2,250.00 | | -2,250.00 | |
| 07/27/2021 | Bill Payment (Check) | Tim Oyler | -1,980.73 | | -1,980.73 | |
| 07/02/2021 | Bill Payment (Check) | Fractional Supply Chain Services | -1,540.00 | | -1,540.00 | |
| 07/30/2021 | Bill Payment (Check) | Fractional Supply Chain Services | -1,540.00 | | -1,540.00 | |
| 07/27/2021 | Bill Payment (Check) | Citizen Bank of Edmond | -1,500.00 | | -1,500.00 | |
| 07/09/2021 | Bill Payment (Check) | Fractional Supply Chain Services | -1,365.00 | | -1,365.00 | |
| 07/23/2021 | Bill Payment (Check) | Fractional Supply Chain Services | -1,330.00 | | -1,330.00 | |
| 07/20/2021 | Bill Payment (Check) | CFO Shield, LLC | -1,250.00 | | -1,250.00 | |
| 07/08/2021 | Bill Payment (Check) | Titan World Wide | -1,247.65 | | -1,247.65 | |

# Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|------|------------------|------|--------|----------|-------------|-----------|
| 07/16/2021 | Bill Payment (Check) | Fractional Supply Chain Services | -1,155.00 | | -1,155.00 | |
| 07/08/2021 | Bill Payment (Check) | Titan World Wide | -1,032.16 | | -1,032.16 | |
| 07/20/2021 | Bill Payment (Check) | Daniel Mitchell | -1,020.00 | | -1,020.00 | |
| 07/16/2021 | Bill Payment (Check) | BBB of Central OK | -633.00 | | -633.00 | |
| 07/02/2021 | Bill Payment (Check) | Amanda Riegel | -570.00 | | -570.00 | |
| 07/08/2021 | Bill Payment (Check) | Amanda Riegel | -570.00 | | -570.00 | |
| 07/16/2021 | Bill Payment (Check) | Amanda Riegel | -570.00 | | -570.00 | |
| 07/20/2021 | Bill Payment (Check) | Amanda Riegel | -570.00 | | -570.00 | |
| 07/28/2021 | Bill Payment (Check) | Amanda Riegel | -570.00 | | -570.00 | |
| 07/23/2021 | Bill Payment (Check) | Worthy Journey Communications, LLC - Roxanne L Sutton | -522.50 | | -522.50 | |
| 07/02/2021 | Bill Payment (Check) | Worthy Journey Communications, LLC - Roxanne L Sutton | -495.00 | | -495.00 | |
| 07/16/2021 | Bill Payment (Check) | Worthy Journey Communications, LLC - Roxanne L Sutton | -385.00 | | -385.00 | |
| 07/09/2021 | Bill Payment (Check) | Michael Dixon | -119.00 | | -119.00 | |
| 07/20/2021 | Bill Payment (Check) | Mike Bender Academy | -11.00 | | -11.00 | |
| 07/28/2021 | Journal Entry | | 570.00 | 570.00 | | |
| 07/02/2021 | Journal Entry | | 1,540.00 | 1,540.00 | | |
| 07/30/2021 | Journal Entry | | 1,540.00 | 1,540.00 | | |
| 07/01/2021 | Journal Entry | | 8,531.71 | 8,531.71 | | |
| 07/02/2021 | Journal Entry | | 12,065.00 | 12,065.00 | | |
| 07/09/2021 | Journal Entry | | 14,362.09 | 14,362.09 | | |

**Golf Tailor LLC**

**Cash Accounts - July 2021**

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|------|------------------|------|--------|----------|-------------|-----------|
| 07/06/2021 | Journal Entry | | 16,000.00 | 16,000.00 | | |
| 07/29/2021 | Journal Entry | | 16,003.93 | 16,003.93 | | |
| 07/14/2021 | Journal Entry | | 27,562.50 | 27,562.50 | | |
| 07/27/2021 | Journal Entry | | 46,723.49 | 46,723.49 | | |
| 07/15/2021 | Journal Entry | | 50,000.00 | 50,000.00 | | |
| 07/16/2021 | Journal Entry | | 52,834.00 | 52,834.00 | | |
| 07/08/2021 | Journal Entry | | 56,347.80 | 56,347.80 | | |
| 07/20/2021 | Journal Entry | | 75,818.42 | 75,818.42 | | |
| 07/23/2021 | Journal Entry | | 92,526.64 | 92,526.64 | | |
| **Total for Bill.com Money Out Clearing** | | | **$      0.00** | | | |
| **1025 Simmons 4730** | | | | | | |
| Beginning Balance | | | | | | |
| 07/23/2021 | Journal Entry | | -92,526.64 | | -92,526.64 | |
| 07/20/2021 | Journal Entry | | -75,818.42 | | -75,818.42 | |
| 07/08/2021 | Journal Entry | | -56,347.80 | | -56,347.80 | |
| 07/16/2021 | Journal Entry | | -52,834.00 | | -52,834.00 | |
| 07/02/2021 | Bill Payment (Check) | Xiamen Collin Holdings Co., Limited | -50,412.49 | | -50,412.49 | |
| 07/15/2021 | Journal Entry | | -50,000.00 | | -50,000.00 | |
| 07/27/2021 | Journal Entry | | -46,723.49 | | -46,723.49 | |
| 07/14/2021 | Journal Entry | | -27,562.50 | | -27,562.50 | |
| 07/09/2021 | Expense | Insurica | -22,154.00 | | -22,154.00 | |
| 07/19/2021 | Bill Payment (Check) | Xiamen Collin Holdings Co., Limited | -20,469.82 | | -20,469.82 | |
| 07/23/2021 | Expense | Xiamen Collin Holdings Co., Limited | -19,327.28 | | -19,327.28 | |
| 07/02/2021 | Expense | Law Offices of D. Michael Bush | -19,108.25 | | -19,108.25 | |
| 07/09/2021 | Bill Payment (Check) | Xiamen Collin Holdings Co., Limited | -17,691.13 | | -17,691.13 | |

# Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|------|-----------------|------|--------|----------|-------------|-----------|
| 07/29/2021 | Journal Entry | | -16,003.93 | | -16,003.93 | |
| 07/06/2021 | Journal Entry | | -16,000.00 | | -16,000.00 | |
| 07/09/2021 | Journal Entry | | -14,362.09 | | -14,362.09 | |
| 07/02/2021 | Journal Entry | | -12,065.00 | | -12,065.00 | |
| 07/01/2021 | Journal Entry | | -8,531.71 | | -8,531.71 | |
| 07/30/2021 | Tax Payment | IRS | -3,075.14 | | -3,075.14 | |
| 07/16/2021 | Tax Payment | IRS | -3,075.12 | | -3,075.12 | |
| 07/23/2021 | Tax Payment | IRS | -3,075.10 | | -3,075.10 | |
| 07/28/2021 | Expense | Wistia Inc | -3,000.00 | | -3,000.00 | |
| 07/01/2021 | Expense | CartHook | -2,866.53 | | -2,866.53 | |
| 07/20/2021 | Payroll Check | *Suzanne L. Brubaker | -2,331.66 | | -2,331.66 | |
| 07/27/2021 | Payroll Check | *Suzanne L. Brubaker | -2,331.66 | | -2,331.66 | |
| 07/20/2021 | Payroll Check | Sheri Justus | -2,249.21 | | -2,249.21 | |
| 07/27/2021 | Payroll Check | Sheri Justus | -2,249.21 | | -2,249.21 | |
| 07/26/2021 | Expense | SellerBench | -2,170.79 | | -2,170.79 | |
| 07/13/2021 | Expense | Five 9 Inc | -1,743.11 | | -1,743.11 | |
| 07/20/2021 | Expense | Texas Comptroller | -1,546.00 | | -1,546.00 | |
| 07/02/2021 | Journal Entry | | -1,540.00 | | -1,540.00 | |
| 07/30/2021 | Journal Entry | | -1,540.00 | | -1,540.00 | |
| 07/06/2021 | Expense | | -1,278.29 | | -1,278.29 | |
| 07/20/2021 | Payroll Check | Debra S. Brooks | -1,278.28 | | -1,278.28 | |
| 07/27/2021 | Payroll Check | Debra S. Brooks | -1,278.28 | | -1,278.28 | |
| 07/06/2021 | Expense | WP Engine Inc | -1,200.00 | | -1,200.00 | |
| 07/20/2021 | Payroll Check | Kyle A. Wilken | -1,162.67 | | -1,162.67 | |
| 07/27/2021 | Payroll Check | Kyle A. Wilken | -1,162.66 | | -1,162.66 | |
| 07/19/2021 | Expense | SellerBench | -907.94 | | -907.94 | |
| 07/21/2021 | Expense | Credit Card Misc. | -895.19 | | -895.19 | |
| 07/20/2021 | Payroll Check | Gallen M. Malone | -881.47 | | -881.47 | |
| 07/27/2021 | Payroll Check | Gallen M. Malone | -881.46 | | -881.46 | |
| 07/20/2021 | Payroll Check | Chris A. Davis | -842.49 | | -842.49 | |
| 07/27/2021 | Payroll Check | Chris A. Davis | -842.49 | | -842.49 | |

# Golf Tailor LLC
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|---|---|---|---|---|---|---|
| 07/28/2021 | Journal Entry | | -570.00 | | -570.00 | |
| 07/20/2021 | Expense | Virginia Department of Taxation | -535.58 | | -535.58 | |
| 07/09/2021 | Expense | CartHook | -500.00 | | -500.00 | |
| 07/07/2021 | Expense | Bill.com | -470.01 | | -470.01 | |
| 07/26/2021 | Expense | Shopify | -468.45 | | -468.45 | |
| 07/02/2021 | Expense | Authnet Gateway | -398.60 | | -398.60 | |
| 07/14/2021 | Expense | Credit Card Misc. | -375.00 | | -375.00 | |
| 07/16/2021 | Tax Payment | OK Tax Commission | -337.00 | | -337.00 | |
| 07/23/2021 | Tax Payment | OK Tax Commission | -337.00 | | -337.00 | |
| 07/30/2021 | Tax Payment | OK Tax Commission | -337.00 | | -337.00 | |
| 07/06/2021 | Expense | Simmons | -322.49 | | -322.49 | |
| 07/20/2021 | Expense | Oklahoma Tax Commission | -285.72 | | -285.72 | |
| 07/02/2021 | Expense | Intuit | -285.00 | | -285.00 | |
| 07/12/2021 | Expense | SellerBench | -194.64 | | -194.64 | |
| 07/02/2021 | Expense | Google G Suite | -192.00 | | -192.00 | |
| 07/26/2021 | Expense | Credit Card Misc. | -179.20 | | -179.20 | |
| 07/06/2021 | Expense | Amazon.com | -158.37 | | -158.37 | |
| 07/28/2021 | Expense | WaterWoo | -122.00 | | -122.00 | |
| 07/30/2021 | Expense | THINKIFIC.COM | -116.40 | | -116.40 | |
| 07/14/2021 | Expense | Post Affiliate Pro | -97.00 | | -97.00 | |
| 07/21/2021 | Expense | Slack | -96.00 | | -96.00 | |
| 07/21/2021 | Expense | Web Carvannie | -90.00 | | -90.00 | |
| 07/15/2021 | Expense | Liquid Web | -71.00 | | -71.00 | |
| 07/20/2021 | Expense | Oklahoma Tax Commission | -63.23 | | -63.23 | |
| 07/02/2021 | Expense | Bankcard Processing | -53.95 | | -53.95 | |
| 07/12/2021 | Expense | Credit Card Misc. | -52.03 | | -52.03 | |
| 07/01/2021 | Expense | Name Cheap | -26.32 | | -26.32 | |
| 07/06/2021 | Expense | SellerBench | -22.06 | | -22.06 | |
| 07/02/2021 | Expense | VA Employment Commission | -19.24 | | -19.24 | |
| 07/07/2021 | Expense | Authnet Gateway | -10.00 | | -10.00 | |
| 07/20/2021 | Expense | Oklahoma Secretary of State | -2.08 | | -2.08 | |

**Golf Tailor LLC**
**Cash Accounts - July 2021**

| Date | Transaction Type | Name | Amount | Deposits | Withdrawals | Transfers |
|---|---|---|---|---|---|---|
| 07/01/2021 | Transfer | | 17,630.09 | | | 17,630.09 |
| 07/02/2021 | Transfer | | -337.00 | | | -337.00 |
| 07/02/2021 | Transfer | | -3,075.12 | | | -3,075.12 |
| 07/02/2021 | Transfer | | 11,201.43 | | | 11,201.43 |
| 07/02/2021 | Transfer | | 1,536.42 | | | 1,536.42 |
| 07/06/2021 | Transfer | | -2,331.66 | | | -2,331.66 |
| 07/06/2021 | Transfer | | -2,249.21 | | | -2,249.21 |
| 07/06/2021 | Transfer | | 49,044.25 | | | 49,044.25 |
| 07/06/2021 | Transfer | | -881.47 | | | -881.47 |
| 07/06/2021 | Transfer | | -842.49 | | | -842.49 |
| 07/06/2021 | Transfer | | -1,162.67 | | | -1,162.67 |
| 07/07/2021 | Transfer | | 148,935.73 | | | 148,935.73 |
| 07/08/2021 | Transfer | | 17,947.30 | | | 17,947.30 |
| 07/09/2021 | Transfer | | -3,075.08 | | | -3,075.08 |
| 07/09/2021 | Transfer | | 7,214.02 | | | 7,214.02 |
| 07/09/2021 | Transfer | | -337.00 | | | -337.00 |
| 07/12/2021 | Transfer | | 33,814.68 | | | 33,814.68 |
| 07/13/2021 | Transfer | | -2,331.67 | | | -2,331.67 |
| 07/13/2021 | Transfer | | -2,249.21 | | | -2,249.21 |
| 07/13/2021 | Transfer | | 11,047.89 | | | 11,047.89 |
| 07/13/2021 | Transfer | | -842.49 | | | -842.49 |
| 07/13/2021 | Transfer | | -881.46 | | | -881.46 |
| 07/13/2021 | Transfer | | -1,162.66 | | | -1,162.66 |
| 07/13/2021 | Transfer | | -1,278.28 | | | -1,278.28 |
| 07/14/2021 | Transfer | | 26,856.83 | | | 26,856.83 |
| 07/14/2021 | Transfer | | -840.90 | | | -840.90 |
| 07/15/2021 | Transfer | | 26,102.18 | | | 26,102.18 |
| 07/16/2021 | Transfer | | 14,983.75 | | | 14,983.75 |
| 07/19/2021 | Transfer | | 28,747.14 | | | 28,747.14 |
| 07/20/2021 | Transfer | | -1,000.00 | | | -1,000.00 |
| 07/20/2021 | Transfer | | -495,000.00 | | | -495,000.00 |
| 07/20/2021 | Transfer | | 14,639.50 | | | 14,639.50 |

**Golf Tailor LLC**
## Cash Accounts - July 2021

| Date | Transaction Type | Name | Amount | | Deposits | | Withdrawals | | Transfers | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/2021 | Transfer | | -210,000.00 | | | | | | -210,000.00 | |
| 07/21/2021 | Transfer | | 120,430.88 | | | | | | 120,430.88 | |
| 07/21/2021 | Transfer | | -404.75 | | | | | | -404.75 | |
| 07/22/2021 | Transfer | | 21,347.37 | | | | | | 21,347.37 | |
| 07/23/2021 | Transfer | | 12,898.78 | | | | | | 12,898.78 | |
| 07/26/2021 | Transfer | | 32,010.23 | | | | | | 32,010.23 | |
| 07/27/2021 | Transfer | | 14,606.20 | | | | | | 14,606.20 | |
| 07/28/2021 | Transfer | | 17,800.88 | | | | | | 17,800.88 | |
| 07/29/2021 | Transfer | | 3,968.05 | | | | | | 3,968.05 | |
| 07/30/2021 | Transfer | | 12,758.53 | | | | | | 12,758.53 | |
| **Total for 1025 Simmons 4730** | | | -$ | **754,891.66** | $ | **1,139,481** | -$ | **1,186,084** | $ | **0.00** |
| **TOTAL** | | | -$ | **46,603.16** | | | -$ | **46,603** | | |
| | | | $ | **874,262** | $ | **733,046** | -$ | **604,576** | | |
| | | | $ | **827,659** | $ | **1,872,527** | -$ | **1,790,660** | | |

# Golf Tailor LLC
# Balance Sheet
**As of July 31, 2021**

<span style="color:red">Unaudited/Un-Reviewed Financial Statements</span>

|  | Jul 2021 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Simmons Amazon 5710 | 100 |
| Checking Bank of the West (3919) | 705,955 |
| Simmons 4730 | 114,719 |
| Paypal - Sales | 6,886 |
| **Total Bank Accounts** | $ 827,660 |
| **Accounts Receivable** | |
| **Total Accounts Receivable** | $ 125,027 |
| **Inventory** | |
| Inventory | 148,427 |
| Inventory - in Transit | 403,508 |
| **Total Inventory** | **551,935** |
| **Other Current Assets** | |
| Allowance for Refunds | -57,000 |
| Paymentech Reserve | 49,596 |
| AmEx Reserve Account | 7,408 |
| Prepaid Expenses | 140,308 |
| Due from Officers | 7,160 |
| **Total Other Current Assets** | **147,473** |
| **Total Current Assets** | **1,652,094** |
| **Fixed Assets** | |
| Intangibles - Product Development | 1,156,173 |
| Accumulated Amortization | -456,360 |
| Intangibles - Intellectual Property | 212,147 |
| Accumulated Depreciation | -17,121 |
| Start Up Costs | 7,649 |
| Fixed Asset Tools Equipment | 51,787 |
| Capitalized Ads | 10,272,049 |
| Accumulated Amortization- Cap. Adv. | -10,272,049 |
| **Total Fixed Assets** | **954,276** |
| **Other Assets** | |
| **TOTAL ASSETS** | **2,606,370** |

# Golf Tailor LLC
# Balance Sheet
**As of July 31, 2021**

<span style="color:red">**Unaudited/Un-Reviewed Financial Statements**</span>

|  | Jul 2021 |
|---|---|
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 10,001,685 |
| **Total Accounts Payable** | **10,001,685** |
| **Credit Cards** | |
| American Express @ Work | 66,491 |
| Brex | 1,005,744 |
| **Total Credit Cards** | **1,072,235** |
| **Other Current Liabilities** | |
| Accrued Expenses | 10,186 |
| Federal Unemployment (940) | 252 |
| OK Unemployment Tax | -1,405 |
| VA Income Tax | 673 |
| VA SUI Employer | 643 |
| **Total Payroll Liabilities** | **10,349** |
| Clearbanc Fund | 1,820,297 |
| PPP Loan | 130,402 |
| Sales Tax Payable | -3,589 |
| **Total Other Current Liabilities** | **1,947,110** |
| **Total Current Liabilities** | **13,031,379** |
| **Total Liabilities** | **13,031,379** |
| **Equity** | |
| Opening Balance Equity | -410 |
| Member Equity | -632,983 |
| Member Draws | 0 |
| Retained Earnings | -8,354,399 |
| Net Income | -1,437,218 |
| **Total Equity** | **-10,425,009** |
| **TOTAL LIABILITIES AND EQUITY** | **2,606,370** |

# Golf Tailor LLC
## Profit and Loss
### July 2021

|  | Total |
|---|---|
| **Income** |  |
| Sales | 995,649 |
| Sales-Refunds | -54,370 |
| Sales-Chargebacks | -1,623 |
| **Total Sales** | **939,656** |
| **Total Income** | **939,656** |
| **Cost of Goods Sold** |  |
| Advertising | 167,880 |
| Advertising - Contract Labor | 17,167 |
| **Total Advertising** | **185,046** |
| Fulfillment | 10,633 |
| Products | 176,115 |
| Shipping, Freight & Delivery - Freight-Out | 138,917 |
| Shipping, Freight & Delivery - Freight-In | 69,773 |
| Bank Service Charges | 22,421 |
| **Total Cost of Goods Sold** | **602,906** |
| **Gross Profit** | **336,750** |
| **Expenses** |  |
| Selling Expenses |  |
| Salaries | 45,801 |
| Sales and Marketing | 29,993 |
| Commissions | 85,254 |
| **Total Selling Expenses** | **161,048** |
| G & A Expenses |  |
| Employee Benefits | 1,981 |
| Insurance Expense | 1,846 |
| Contract Labor | 81,208 |
| Web Development | 212 |
| Copywriting | 1,020 |
| Web Maintenance | 429 |
| Rent Expense | 1,500 |
| Telephone Expense | 1,743 |
| Dues & Subscriptions | 1,642 |
| Accounting | 4,255 |
| Depreciation Expense | 539 |
| Amortization Expense | 13,304 |
| **Total G & A Expenses** | **109,679** |
| Payroll Taxes | 3,504 |
| **Total Payroll Taxes** | **3,504** |
| **Total Expenses** | **274,231** |
| **Net Income** | **62,519** |
|  |  |
| **Previous Period's net income** | **93,366** |
| **Cumulative Net income** | **155,885** |

# Golf Tailor LLC
## A/R Aging Summary
### As of July 31, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **BlackFish** | 8,776.60 | | 1,309.00 | | | 10,085.60 |
| **Section 2383** | 31,391.86 | | 7,917.20 | 38,496.97 | 37,135.79 | 114,941.82 |
| **TOTAL** | $ 40,168.46 | $ 0.00 | $ 9,226.20 | $ 38,496.97 | $ 37,135.79 | $ 125,027.42 |

## Golf Tailor LLC
## A/P Aging Summary
### As of July 31, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| 4 U Management LLC | | | | | 15,000.00 | 15,000.00 |
| Amanda Riegel | 2,280.00 | | | | | 2,280.00 |
| American Airlines | | | | | 0.00 | 0.00 |
| AMH Sports | | | | | 9,878.22 | 9,878.22 |
| Andy North | | | | 5,000.00 | 110,000.00 | 115,000.00 |
| Arron Oberholser | | | 5,000.00 | | 287,500.00 | 292,500.00 |
| Bobby Wilson | | | | 5,000.00 | 100,000.00 | 105,000.00 |
| Bonds Ellis Eppich Schafer Jones LLP | | | | | 5,000.00 | 5,000.00 |
| Bundled | | | | | 11,039.97 | 11,039.97 |
| Comcast Technology Solutions | | | | | -50.00 | -50.00 |
| Competitive Edge Media Management | | | | | 1,048,375.00 | 1,048,375.00 |
| Corporate Disk.Company | 1,421.00 | | | | 1,298,430.20 | 1,299,851.20 |
| Criteo Australia Pty Ltd | | | | | 14,612.99 | 14,612.99 |
| Criteo Corp | | | | | 431,981.28 | 431,981.28 |
| Doug Tewell | | | | | 12,534.54 | 12,534.54 |
| Facebook.com Ads | | | | | 2,019,343.21 | 2,019,343.21 |
| Google Advertising | | | | | 2,061,897.85 | 2,061,897.85 |
| HANK HANEY | | | | | 366,769.92 | 366,769.92 |
| Harris Bricken | | | | | 69,466.86 | 69,466.86 |
| HBW Commerce | | | | 143.85 | | 143.85 |
| Holder Law PC | | | | | 30,000.00 | 30,000.00 |
| IPFS Corporation | | | | | -7,990.67 | -7,990.67 |
| Jim Cropper | | | | | 99.00 | 99.00 |
| Lewis, Brisbois, Bisgaard & Smith, LLP | | | | | 910.00 | 910.00 |
| Marks & Clerk Hong Kong | | | | | 67,906.40 | 67,906.40 |
| Maropost Inc | | -15,770.83 | | | | -15,770.83 |
| Michelle Shafran | | | | 330.00 | | 330.00 |
| Mike Bender Academy | | | | | 26.00 | 26.00 |
| OCTAGON, Inc | | | | | 288,400.00 | 288,400.00 |
| Orion Capital Group LLC | | | | | -6,423.03 | -6,423.03 |
| Outbrain, Inc. | | | | | 101,127.50 | 101,127.50 |
| Paul Larsen Consulting | | | | | 4,000.00 | 4,000.00 |
| Peter Kostis | | | | | 27,500.00 | 27,500.00 |
| Phil Chapman | | | | | 15,626.00 | 15,626.00 |
| Preferred Shipping, Inc | | | 135.63 | | | 135.63 |
| R2B Media LLC | | | | | 256,423.22 | 256,423.22 |
| S and Y Industries | | | 20.04 | | 682.54 | 702.58 |
| ShenZhen Best Sports Products Co. (Caiton) | | | | | 0.00 | 0.00 |
| Sheri Justus - Employee | | | | | 360,000.00 | 360,000.00 |
| Sino Golf Manufacturing Co., Ltd. | | | 19,108.25 | | 54,634.22 | 73,742.47 |
| Taboola Inc | | | | | 573,504.66 | 573,504.66 |
| TGA Productions LLC | | | | | 27,000.00 | 27,000.00 |
| The Speed Stik | | | | | 62,500.00 | 62,500.00 |
| Tim Oyler | | -1,980.73 | | | | -1,980.73 |
| Titan World Wide | | 61,795.65 | 103,536.81 | -41,676.51 | | 123,655.95 |
| Twitter, Inc | | | | | 22,869.91 | 22,869.91 |
| Verizon Media Inc. | | | | | 153,630.22 | 153,630.22 |
| Whiteford, Taylor & Preston L.L.P. | | | | | 5,000.00 | 5,000.00 |
| Xiamen Collin Holdings Co., Limited | | -19,327.28 | | | -22,536.56 | -41,863.84 |
| TOTAL | $ 3,701.00 | $ 24,716.81 | $   127,800.73 | -$   31,202.66 | $   9,876,669.45 | $   10,001,685.33 |

$   156,218.54