## Golf Tailor LLC
## Transaction Report
### August 2021

**Simmons**
**Amazon 5710**
Beginning Balance

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|-----------------|------|--------|---------|----------|-----------|----------|-----|-----------|-----------|
| | | | | 100.00 | | | | | | |
| 08/02/2021 | Expense | Merchant Service | -46.95 | 53.05 | | -46.95 | | | | |
| 08/02/2021 | Expense | Merchant Service | -70.65 | -17.60 | | -70.65 | | | | |
| 08/02/2021 | Expense | Merchant Service | -10,185.42 | -10,203.02 | | -10,185.42 | | | | |
| 08/02/2021 | Transfer | | -25,355.77 | -35,558.79 | | | | | | -25,355.77 |
| 08/02/2021 | Transfer | | 775.87 | -34,782.92 | | | | | | 775.87 |
| 08/02/2021 | Transfer | | 1,102.18 | -33,680.74 | | | | | | 1,102.18 |
| 08/02/2021 | Deposit | Ebay-Customer | 611.97 | -33,068.77 | 611.97 | | | | | |
| 08/02/2021 | Deposit | | 50.00 | -33,018.77 | 50.00 | | | | | |
| 08/02/2021 | Deposit | | 1,302.00 | -31,716.77 | 1,302.00 | | | | | |
| 08/02/2021 | Deposit | | 7,265.24 | -24,451.53 | 7,265.24 | | | | | |
| 08/02/2021 | Deposit | | 9,431.38 | -15,020.15 | 9,431.38 | | | | | |
| 08/02/2021 | Deposit | | 13,234.14 | -1,786.01 | 13,234.14 | | | | | |
| 08/02/2021 | Transfer | | 1,886.01 | 100.00 | | | | | | 1,886.01 |
| 08/03/2021 | Expense | Merchant Service | -34.92 | 65.08 | | -34.92 | | | | |
| 08/03/2021 | Deposit | Ebay-Customer | 563.57 | 628.65 | 563.57 | | | | | |
| 08/03/2021 | Deposit | | 11,636.29 | 12,264.94 | 11,636.29 | | | | | |
| 08/03/2021 | Transfer | | 1,485.72 | 13,750.66 | | | | | | 1,485.72 |
| 08/03/2021 | Transfer | | -13,650.66 | 100.00 | | | | | | -13,650.66 |
| 08/04/2021 | Expense | Simmons | -179.00 | -79.00 | | -179.00 | | | | |
| 08/04/2021 | Expense | Merchant Service | -62.21 | -141.21 | | -62.21 | | | | |
| 08/04/2021 | Deposit | | 79.00 | -62.21 | 79.00 | | | | | |
| 08/04/2021 | Deposit | | 99.00 | 36.79 | 99.00 | | | | | |
| 08/04/2021 | Deposit | | 159.00 | 195.79 | 159.00 | | | | | |
| 08/04/2021 | Deposit | | 179.00 | 374.79 | 179.00 | | | | | |
| 08/04/2021 | Transfer | | 2,850.55 | 3,225.34 | | | | | | 2,850.55 |
| 08/04/2021 | Deposit | | 179.00 | 3,404.34 | 179.00 | | | | | |
| 08/04/2021 | Deposit | | 291.69 | 3,696.03 | 291.69 | | | | | |
| 08/04/2021 | Deposit | | 3,465.51 | 7,161.54 | 3,465.51 | | | | | |
| 08/04/2021 | Deposit | Amazon-Customer | 72,650.95 | 79,812.49 | 72,650.95 | | | | | |
| 08/04/2021 | Deposit | Ebay-Customer | 2,421.43 | 82,233.92 | 2,421.43 | | | | | |
| 08/04/2021 | Transfer | | -82,312.92 | -79.00 | | | | | | -82,312.92 |
| 08/04/2021 | Deposit | | 179.00 | 100.00 | 179.00 | | | | | |
| 08/05/2021 | Expense | Merchant Service | -49.66 | 50.34 | | -49.66 | | | | |
| 08/05/2021 | Deposit | | 118.79 | 169.13 | 118.79 | | | | | |

# Golf Tailor LLC
## Transaction Report
**August 2021**

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|------------------|------|--------|---------|----------|-----------|----------|-----|-----------|-----------|
| 08/05/2021 | Deposit | | 544.00 | 713.13 | 544.00 | | | | | |
| 08/05/2021 | Transfer | | 1,987.96 | 2,701.09 | | | | | | 1,987.96 |
| 08/05/2021 | Deposit | Ebay-Customer | 699.97 | 3,401.06 | 699.97 | | | | | |
| 08/05/2021 | Transfer | | -13,170.11 | -9,769.05 | | | | | | -13,170.11 |
| 08/05/2021 | Deposit | | 9,869.05 | 100.00 | 9,869.05 | | | | | |
| 08/06/2021 | Expense | Merchant Service | -44.64 | 55.36 | | -44.64 | | | | |
| 08/06/2021 | Deposit | | 357.00 | 412.36 | 357.00 | | | | | |
| 08/06/2021 | Deposit | Amazon-Customer | 1,498.81 | 1,911.17 | 1,498.81 | | | | | |
| 08/06/2021 | Transfer | | 259.95 | 2,171.12 | | | | | | 259.95 |
| 08/06/2021 | Deposit | Ebay-Customer | 1,182.20 | 3,353.32 | 1,182.20 | | | | | |
| 08/06/2021 | Payment | Section 2383 | 5,000.00 | 8,353.32 | 5,000.00 | | | | | |
| 08/06/2021 | Transfer | | -14,484.99 | -6,131.67 | | | | | | -14,484.99 |
| 08/06/2021 | Deposit | | 6,231.67 | 100.00 | 6,231.67 | | | | | |
| 08/09/2021 | Expense | Merchant Service | -52.88 | 47.12 | | -52.88 | | | | |
| 08/09/2021 | Expense | Merchant Service | -71.23 | -24.11 | | -71.23 | | | | |
| 08/09/2021 | Deposit | Simmons | 89.00 | 64.89 | 89.00 | | | | | |
| 08/09/2021 | Deposit | | 282.00 | 346.89 | 282.00 | | | | | |
| 08/09/2021 | Deposit | | 7,195.58 | 7,542.47 | 7,195.58 | | | | | |
| 08/09/2021 | Transfer | | 2,839.64 | 10,382.11 | | | | | | 2,839.64 |
| 08/09/2021 | Deposit | | 11,606.32 | 21,988.43 | 11,606.32 | | | | | |
| 08/09/2021 | Deposit | Ebay-Customer | 605.41 | 22,593.84 | 605.41 | | | | | |
| 08/09/2021 | Transfer | | -36,439.80 | -13,845.96 | | | | | | -36,439.80 |
| 08/09/2021 | Transfer | | 2,034.26 | -11,811.70 | | | | | | 2,034.26 |
| 08/09/2021 | Transfer | | 2,236.48 | -9,575.22 | | | | | | 2,236.48 |
| 08/09/2021 | Deposit | | 9,675.22 | 100.00 | 9,675.22 | | | | | |
| 08/10/2021 | Expense | Merchant Service | -27.94 | 72.06 | | -27.94 | | | | |
| 08/10/2021 | Deposit | | 9,309.18 | 9,381.24 | 9,309.18 | | | | | |
| 08/10/2021 | Transfer | | 2,176.30 | 11,557.54 | | | | | | 2,176.30 |
| 08/10/2021 | Transfer | | -11,955.80 | -398.26 | | | | | | -11,955.80 |
| 08/10/2021 | Deposit | Ebay-Customer | 498.26 | 100.00 | 498.26 | | | | | |
| 08/11/2021 | Expense | Merchant Service | -62.74 | 37.26 | | -62.74 | | | | |
| 08/11/2021 | Deposit | | 418.00 | 455.26 | 418.00 | | | | | |
| 08/11/2021 | Transfer | | 1,268.90 | 1,724.16 | | | | | | 1,268.90 |
| 08/11/2021 | Deposit | Ebay-Customer | 2,682.68 | 4,406.84 | 2,682.68 | | | | | |
| 08/11/2021 | Transfer | | -13,594.14 | -9,187.30 | | | | | | -13,594.14 |
| 08/11/2021 | Deposit | | 9,287.30 | 100.00 | 9,287.30 | | | | | |
| 08/12/2021 | Expense | Merchant Service | -38.42 | 61.58 | | -38.42 | | | | |

# Golf Tailor LLC
## Transaction Report
**August 2021**

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|------------------|------|--------|---------|----------|-----------|----------|----|-----------|-----------|
| 08/12/2021 | Deposit | | 130.74 | 192.32 | 130.74 | | | | | |
| 08/12/2021 | Transfer | | 895.73 | 1,088.05 | | | | | | 895.73 |
| 08/12/2021 | Deposit | | 7,640.01 | 8,728.06 | 7,640.01 | | | | | |
| 08/12/2021 | Transfer | | -9,840.26 | -1,112.20 | | | | | | -9,840.26 |
| 08/12/2021 | Deposit | Ebay-Customer | 1,212.20 | 100.00 | 1,212.20 | | | | | |
| 08/13/2021 | Expense | Merchant Service | -32.35 | 67.65 | | -32.35 | | | | |
| 08/13/2021 | Deposit | | 69.00 | 136.65 | 69.00 | | | | | |
| 08/13/2021 | Deposit | | 179.00 | 315.65 | 179.00 | | | | | |
| 08/13/2021 | Transfer | | 2,229.31 | 2,544.96 | | | | | | 2,229.31 |
| 08/13/2021 | Deposit | Ebay-Customer | 515.20 | 3,060.16 | 515.20 | | | | | |
| 08/13/2021 | Transfer | | -12,985.04 | -9,924.88 | | | | | | -12,985.04 |
| 08/13/2021 | Deposit | | 10,024.88 | 100.00 | 10,024.88 | | | | | |
| 08/16/2021 | Expense | Merchant Service | -34.86 | 65.14 | | -34.86 | | | | |
| 08/16/2021 | Expense | Merchant Service | -59.14 | 6.00 | | -59.14 | | | | |
| 08/16/2021 | Expense | Simmons | -199.00 | -193.00 | | -199.00 | | | | |
| 08/16/2021 | Deposit | | 159.00 | -34.00 | 159.00 | | | | | |
| 08/16/2021 | Deposit | | 4,987.40 | 4,953.40 | 4,987.40 | | | | | |
| 08/16/2021 | Deposit | | 8,661.53 | 13,614.93 | 8,661.53 | | | | | |
| 08/16/2021 | Deposit | | 9,874.92 | 23,489.85 | 9,874.92 | | | | | |
| 08/16/2021 | Deposit | Ebay-Customer | 331.48 | 23,821.33 | 331.48 | | | | | |
| 08/16/2021 | Transfer | | -28,092.30 | -4,270.97 | | | | | | -28,092.30 |
| 08/16/2021 | Transfer | | 617.41 | -3,653.56 | | | | | | 617.41 |
| 08/16/2021 | Transfer | | 1,725.70 | -1,927.86 | | | | | | 1,725.70 |
| 08/16/2021 | Transfer | | 2,027.86 | 100.00 | | | | | | 2,027.86 |
| 08/17/2021 | Deposit | | 6,931.82 | 7,031.82 | 6,931.82 | | | | | |
| 08/17/2021 | Transfer | | -9,879.89 | -2,848.07 | | | | | | -9,879.89 |
| 08/17/2021 | Expense | Merchant Service | -20.79 | -2,868.86 | | -20.79 | | | | |
| 08/17/2021 | Transfer | | 2,177.55 | -691.31 | | | | | | 2,177.55 |
| 08/17/2021 | Deposit | Ebay-Customer | 791.31 | 100.00 | 791.31 | | | | | |
| 08/18/2021 | Deposit | Amazon-Customer | 26,509.14 | 26,609.14 | 26,509.14 | | | | | |
| 08/18/2021 | Deposit | | 9,878.45 | 36,487.59 | 9,878.45 | | | | | |
| 08/18/2021 | Deposit | Ebay-Customer | 1,643.46 | 38,131.05 | 1,643.46 | | | | | |
| 08/18/2021 | Deposit | | 15.00 | 38,146.05 | 15.00 | | | | | |
| 08/18/2021 | Expense | Simmons | -159.00 | 37,987.05 | | -159.00 | | | | |
| 08/18/2021 | Expense | Merchant Service | -52.73 | 37,934.32 | | -52.73 | | | | |
| 08/18/2021 | Transfer | | 860.45 | 38,794.77 | | | | | | 860.45 |
| 08/18/2021 | Transfer | | -38,694.77 | 100.00 | | | | | | -38,694.77 |

**Golf Tailor LLC**
**Transaction Report**
August 2021

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|------------------|------|--------|---------|----------|-----------|----------|-----|-----------|-----------|
| 08/19/2021 | Transfer | | 2,974.00 | 3,074.00 | | | | | | 2,974.00 |
| 08/19/2021 | Transfer | | -14,797.62 | -11,723.62 | | | | | | -14,797.62 |
| 08/19/2021 | Expense | Merchant Service | -37.08 | -11,760.70 | | -37.08 | | | | |
| 08/19/2021 | Deposit | | 11,380.23 | -380.47 | 11,380.23 | | | | | |
| 08/19/2021 | Deposit | Ebay-Customer | 480.47 | 100.00 | 480.47 | | | | | |
| 08/20/2021 | Transfer | | 2,432.51 | 2,532.51 | | | | | | 2,432.51 |
| 08/20/2021 | Expense | Merchant Service | -47.73 | 2,484.78 | | -47.73 | | | | |
| 08/20/2021 | Deposit | | 179.00 | 2,663.78 | 179.00 | | | | | |
| 08/20/2021 | Deposit | | 372.00 | 3,035.78 | 372.00 | | | | | |
| 08/20/2021 | Deposit | Ebay-Customer | 888.60 | 3,924.38 | 888.60 | | | | | |
| 08/20/2021 | Deposit | | 5,920.10 | 9,844.48 | 5,920.10 | | | | | |
| 08/20/2021 | Deposit | | 20,243.52 | 30,088.00 | 20,243.52 | | | | | |
| 08/20/2021 | Transfer | | -29,988.00 | 100.00 | | | | | | -29,988.00 |
| 08/23/2021 | Expense | Merchant Service | -42.84 | 57.16 | | -42.84 | | | | |
| 08/23/2021 | Expense | Merchant Service | -51.25 | 5.91 | | -51.25 | | | | |
| 08/23/2021 | Transfer | | 1,502.53 | 1,508.44 | | | | | | 1,502.53 |
| 08/23/2021 | Transfer | | 2,170.08 | 3,678.52 | | | | | | 2,170.08 |
| 08/23/2021 | Transfer | | -27,253.88 | -23,575.36 | | | | | | -27,253.88 |
| 08/23/2021 | Deposit | | 79.00 | -23,496.36 | 79.00 | | | | | |
| 08/23/2021 | Deposit | | 8,511.61 | -14,984.75 | 8,511.61 | | | | | |
| 08/23/2021 | Deposit | | 7,765.79 | -7,218.96 | 7,765.79 | | | | | |
| 08/23/2021 | Deposit | | 5,591.94 | -1,627.02 | 5,591.94 | | | | | |
| 08/23/2021 | Deposit | Ebay-Customer | 454.79 | -1,172.23 | 454.79 | | | | | |
| 08/23/2021 | Deposit | | 179.00 | -993.23 | 179.00 | | | | | |
| 08/23/2021 | Transfer | | 1,093.23 | 100.00 | | | | | | 1,093.23 |
| 08/24/2021 | Transfer | | 1,777.88 | 1,877.88 | | | | | | 1,777.88 |
| 08/24/2021 | Transfer | | -10,733.22 | -8,855.34 | | | | | | -10,733.22 |
| 08/24/2021 | Deposit | | 8,511.09 | -344.25 | 8,511.09 | | | | | |
| 08/24/2021 | Deposit | Ebay-Customer | 469.80 | 125.55 | 469.80 | | | | | |
| 08/24/2021 | Expense | Merchant Service | -25.55 | 100.00 | | -25.55 | | | | |
| 08/25/2021 | Deposit | | 716.00 | 816.00 | 716.00 | | | | | |
| 08/25/2021 | Transfer | | -11,018.12 | -10,202.12 | | | | | | -11,018.12 |
| 08/25/2021 | Transfer | | 1,204.23 | -8,997.89 | | | | | | 1,204.23 |
| 08/25/2021 | Expense | Merchant Service | -45.93 | -9,043.82 | | -45.93 | | | | |
| 08/25/2021 | Deposit | | 199.00 | -8,844.82 | 199.00 | | | | | |
| 08/25/2021 | Deposit | | 7,253.45 | -1,591.37 | 7,253.45 | | | | | |
| 08/25/2021 | Deposit | Ebay-Customer | 1,691.37 | 100.00 | 1,691.37 | | | | | |

**Golf Tailor LLC**
**Transaction Report**
August 2021

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|------------------|------|--------|---------|----------|-----------|----------|-----|-----------|-----------|
| 08/26/2021 | Deposit | | 46.88 | 146.88 | 46.88 | | | | | |
| 08/26/2021 | Transfer | | 1,855.76 | 2,002.64 | | | | | | 1,855.76 |
| 08/26/2021 | Deposit | | 4,619.61 | 6,622.25 | 4,619.61 | | | | | |
| 08/26/2021 | Transfer | | -6,827.40 | -205.15 | | | | | | -6,827.40 |
| 08/26/2021 | Expense | Merchant Service | -24.82 | -229.97 | | -24.82 | | | | |
| 08/26/2021 | Deposit | Ebay-Customer | 329.97 | 100.00 | 329.97 | | | | | |
| 08/27/2021 | Expense | Merchant Service | -43.20 | 56.80 | | -43.20 | | | | |
| 08/27/2021 | Deposit | | 49.00 | 105.80 | 49.00 | | | | | |
| 08/27/2021 | Deposit | | 8,116.23 | 8,222.03 | 8,116.23 | | | | | |
| 08/27/2021 | Deposit | Ebay-Customer | 555.67 | 8,777.70 | 555.67 | | | | | |
| 08/27/2021 | Transfer | | 1,894.31 | 10,672.01 | | | | | | 1,894.31 |
| 08/27/2021 | Transfer | | -10,572.01 | 100.00 | | | | | | -10,572.01 |
| 08/30/2021 | Expense | Simmons | -179.00 | -79.00 | | -179.00 | | | | |
| 08/30/2021 | Expense | Simmons | -179.00 | -258.00 | | -179.00 | | | | |
| 08/30/2021 | Expense | Simmons | -179.00 | -437.00 | | -179.00 | | | | |
| 08/30/2021 | Expense | Simmons | -159.00 | -596.00 | | -159.00 | | | | |
| 08/30/2021 | Expense | Simmons | -99.00 | -695.00 | | -99.00 | | | | |
| 08/30/2021 | Expense | Simmons | -79.00 | -774.00 | | -79.00 | | | | |
| 08/30/2021 | Expense | Merchant Service | -28.26 | -802.26 | | -28.26 | | | | |
| 08/30/2021 | Transfer | | 1,566.98 | 764.72 | | | | | | 1,566.98 |
| 08/30/2021 | Transfer | | -17,793.76 | -17,029.04 | | | | | | -17,793.76 |
| 08/30/2021 | Transfer | | 1,456.61 | -15,572.43 | | | | | | 1,456.61 |
| 08/30/2021 | Deposit | Ebay-Customer | 384.83 | -15,187.60 | 384.83 | | | | | |
| 08/30/2021 | Deposit | | 6,745.91 | -8,441.69 | 6,745.91 | | | | | |
| 08/30/2021 | Deposit | | 3,758.46 | -4,683.23 | 3,758.46 | | | | | |
| 08/30/2021 | Deposit | | 3,308.87 | -1,374.36 | 3,308.87 | | | | | |
| 08/30/2021 | Expense | Merchant Service | -51.04 | -1,425.40 | | -51.04 | | | | |
| 08/30/2021 | Transfer | | 1,525.40 | 100.00 | | | | | | 1,525.40 |
| 08/31/2021 | Transfer | | -9,471.09 | -9,371.09 | | | | | | -9,471.09 |
| 08/31/2021 | Deposit | Ebay-Customer | 200.07 | -9,171.02 | 200.07 | | | | | |
| 08/31/2021 | Deposit | | 7,094.57 | -2,076.45 | 7,094.57 | | | | | |
| 08/31/2021 | Transfer | | 2,197.75 | 121.30 | | | | | | 2,197.75 |
| 08/31/2021 | Expense | Merchant Service | -21.30 | 100.00 | | -21.30 | | | | |
| **Total for Simmons Amazon 5710** | | | **$ 0.00** | | **$ 406,599.98** | **-$ 12,777.53** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **-$ 393,822.45** |

## Golf Tailor LLC
## Transaction Report

**August 2021**

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|------------------|------|--------|---------|----------|-----------|----------|-----|-----------|-----------|
| **Checking Bank of the West (3919)** | | | | | | | | | | |
| Beginning Balance | | | | 705,955.00 | | | | | | |
| 08/03/2021 | Transfer | | -100.00 | 705,855.00 | | | | | | -100.00 |
| 08/20/2021 | Expense | Bank of the West | -25.00 | 705,830.00 | | -25.00 | | | | |
| 08/23/2021 | Transfer | | -75,000.00 | 630,830.00 | | | | | | -75,000.00 |
| **Total for Checking Bank of the West (3919)** | | | **-$ 75,125.00** | | **$ 0.00** | **-$ 25.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **-$ 75,100.00** |
| | | | | | | | | | | |
| **Paypal - Sales** | | | | | | | | | | |
| Beginning Balance | | | | 6,886.01 | | | | | | |
| 08/01/2021 | Journal Entry | | -55.51 | 6,830.50 | | | | -55.51 | | |
| 08/01/2021 | Journal Entry | | 1,555.13 | 8,385.63 | | | | 1,555.13 | | |
| 08/02/2021 | Transfer | | -775.87 | 7,609.76 | | | | | | -775.87 |
| 08/02/2021 | Journal Entry | | -117.55 | 7,492.21 | | | | -117.55 | | |
| 08/02/2021 | Journal Entry | | 3,020.77 | 10,512.98 | | | | 3,020.77 | | |
| 08/02/2021 | Transfer | | -1,102.18 | 9,410.80 | | | | | | -1,102.18 |
| 08/02/2021 | Transfer | | -1,886.01 | 7,524.79 | | | | | | -1,886.01 |
| 08/03/2021 | Journal Entry | | 2,035.00 | 9,559.79 | | | | 2,035.00 | | |
| 08/03/2021 | Transfer | | -1,485.72 | 8,074.07 | | | | | | -1,485.72 |
| 08/03/2021 | Journal Entry | | -79.09 | 7,994.98 | | | | -79.09 | | |
| 08/04/2021 | Transfer | | -2,850.55 | 5,144.43 | | | | | | -2,850.55 |
| 08/04/2021 | Journal Entry | | 149.75 | 5,294.18 | | | | 149.75 | | |
| 08/04/2021 | Journal Entry | | -14.19 | 5,279.99 | | | | -14.19 | | |
| 08/05/2021 | Journal Entry | | 2,334.12 | 7,614.11 | | | | 2,334.12 | | |
| 08/05/2021 | Journal Entry | | -107.92 | 7,506.19 | | | | -107.92 | | |
| 08/05/2021 | Transfer | | -1,987.96 | 5,518.23 | | | | | | -1,987.96 |
| 08/06/2021 | Journal Entry | | 2,157.25 | 7,675.48 | | | | 2,157.25 | | |
| 08/06/2021 | Journal Entry | | -87.81 | 7,587.67 | | | | -87.81 | | |
| 08/06/2021 | Transfer | | -259.95 | 7,327.72 | | | | | | -259.95 |
| 08/07/2021 | Journal Entry | | 3,038.68 | 10,366.40 | | | | 3,038.68 | | |
| 08/07/2021 | Journal Entry | | -124.12 | 10,242.28 | | | | -124.12 | | |
| 08/08/2021 | Journal Entry | | -93.53 | 10,148.75 | | | | -93.53 | | |

**Golf Tailor LLC**
**Transaction Report**
August 2021

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|------------------|------|--------|---------|----------|-----------|----------|----|-----------|-----------|
| 08/08/2021 | Journal Entry | | 2,146.00 | 12,294.75 | | | | 2,146.00 | | |
| 08/09/2021 | Transfer | | -2,236.48 | 10,058.27 | | | | | | -2,236.48 |
| 08/09/2021 | Transfer | | -2,839.64 | 7,218.63 | | | | | | -2,839.64 |
| 08/09/2021 | Journal Entry | | -74.12 | 7,144.51 | | | | -74.12 | | |
| 08/09/2021 | Journal Entry | | 1,527.34 | 8,671.85 | | | | 1,527.34 | | |
| 08/09/2021 | Transfer | | -2,034.26 | 6,637.59 | | | | | | -2,034.26 |
| 08/10/2021 | Journal Entry | | 715.02 | 7,352.61 | | | | 715.02 | | |
| 08/10/2021 | Transfer | | -2,176.30 | 5,176.31 | | | | | | -2,176.30 |
| 08/10/2021 | Journal Entry | | -36.60 | 5,139.71 | | | | -36.60 | | |
| 08/11/2021 | Journal Entry | | 2,341.49 | 7,481.20 | | | | 2,341.49 | | |
| 08/11/2021 | Journal Entry | | -94.46 | 7,386.74 | | | | -94.46 | | |
| 08/11/2021 | Transfer | | -1,268.90 | 6,117.84 | | | | | | -1,268.90 |
| 08/12/2021 | Journal Entry | | 547.30 | 6,665.14 | | | | 547.30 | | |
| 08/12/2021 | Journal Entry | | -44.42 | 6,620.72 | | | | -44.42 | | |
| 08/12/2021 | Transfer | | -895.73 | 5,724.99 | | | | | | -895.73 |
| 08/13/2021 | Journal Entry | | 2,216.25 | 7,941.24 | | | | 2,216.25 | | |
| 08/13/2021 | Transfer | | -2,229.31 | 5,711.93 | | | | | | -2,229.31 |
| 08/13/2021 | Journal Entry | | -95.43 | 5,616.50 | | | | -95.43 | | |
| 08/14/2021 | Journal Entry | | 1,685.25 | 7,301.75 | | | | 1,685.25 | | |
| 08/14/2021 | Journal Entry | | -73.20 | 7,228.55 | | | | -73.20 | | |
| 08/15/2021 | Journal Entry | | 2,211.98 | 9,440.53 | | | | 2,211.98 | | |
| 08/15/2021 | Journal Entry | | -89.06 | 9,351.47 | | | | -89.06 | | |
| 08/16/2021 | Journal Entry | | 1,374.25 | 10,725.72 | | | | 1,374.25 | | |
| 08/16/2021 | Journal Entry | | -71.58 | 10,654.14 | | | | -71.58 | | |
| 08/16/2021 | Transfer | | -2,027.86 | 8,626.28 | | | | | | -2,027.86 |
| 08/16/2021 | Transfer | | -617.41 | 8,008.87 | | | | | | -617.41 |
| 08/16/2021 | Transfer | | -1,725.70 | 6,283.17 | | | | | | -1,725.70 |
| 08/17/2021 | Transfer | | -2,177.55 | 4,105.62 | | | | | | -2,177.55 |
| 08/17/2021 | Journal Entry | | 3,256.28 | 7,361.90 | | | | 3,256.28 | | |
| 08/17/2021 | Journal Entry | | -141.57 | 7,220.33 | | | | -141.57 | | |
| 08/18/2021 | Transfer | | -860.45 | 6,359.88 | | | | | | -860.45 |
| 08/18/2021 | Journal Entry | | 2,598.62 | 8,958.50 | | | | 2,598.62 | | |
| 08/18/2021 | Journal Entry | | -122.65 | 8,835.85 | | | | -122.65 | | |
| 08/19/2021 | Journal Entry | | 2,273.00 | 11,108.85 | | | | 2,273.00 | | |
| 08/19/2021 | Transfer | | -2,974.00 | 8,134.85 | | | | | | -2,974.00 |
| 08/19/2021 | Journal Entry | | -92.66 | 8,042.19 | | | | -92.66 | | |
| 08/20/2021 | Transfer | | -2,432.51 | 5,609.68 | | | | | | -2,432.51 |

# Golf Tailor LLC
## Transaction Report
### August 2021

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|------------------|------|--------|---------|----------|-----------|----------|-----|-----------|-----------|
| 08/20/2021 | Journal Entry | | 1,136.19 | 6,745.87 | | | | 1,136.19 | | |
| 08/20/2021 | Journal Entry | | -43.12 | 6,702.75 | | | | -43.12 | | |
| 08/21/2021 | Journal Entry | | -63.86 | 6,638.89 | | | | -63.86 | | |
| 08/21/2021 | Journal Entry | | 1,578.19 | 8,217.08 | | | | 1,578.19 | | |
| 08/22/2021 | Journal Entry | | 1,814.00 | 10,031.08 | | | | 1,814.00 | | |
| 08/22/2021 | Journal Entry | | -75.80 | 9,955.28 | | | | -75.80 | | |
| 08/23/2021 | Transfer | | -1,093.23 | 8,862.05 | | | | | | -1,093.23 |
| 08/23/2021 | Transfer | | -2,170.08 | 6,691.97 | | | | | | -2,170.08 |
| 08/23/2021 | Transfer | | -1,502.53 | 5,189.44 | | | | | | -1,502.53 |
| 08/23/2021 | Journal Entry | | 1,383.13 | 6,572.57 | | | | 1,383.13 | | |
| 08/23/2021 | Journal Entry | | -61.54 | 6,511.03 | | | | -61.54 | | |
| 08/24/2021 | Journal Entry | | -72.93 | 6,438.10 | | | | -72.93 | | |
| 08/24/2021 | Transfer | | -1,777.88 | 4,660.22 | | | | | | -1,777.88 |
| 08/24/2021 | Journal Entry | | 1,767.00 | 6,427.22 | | | | 1,767.00 | | |
| 08/25/2021 | Transfer | | -1,204.23 | 5,222.99 | | | | | | -1,204.23 |
| 08/25/2021 | Journal Entry | | -91.04 | 5,131.95 | | | | -91.04 | | |
| 08/25/2021 | Journal Entry | | 1,906.06 | 7,038.01 | | | | 1,906.06 | | |
| 08/26/2021 | Journal Entry | | -87.96 | 6,950.05 | | | | -87.96 | | |
| 08/26/2021 | Journal Entry | | 2,016.68 | 8,966.73 | | | | 2,016.68 | | |
| 08/26/2021 | Transfer | | -1,855.76 | 7,110.97 | | | | | | -1,855.76 |
| 08/27/2021 | Transfer | | -1,894.31 | 5,216.66 | | | | | | -1,894.31 |
| 08/27/2021 | Journal Entry | | -66.22 | 5,150.44 | | | | -66.22 | | |
| 08/27/2021 | Journal Entry | | 1,450.00 | 6,600.44 | | | | 1,450.00 | | |
| 08/28/2021 | Journal Entry | | 1,569.13 | 8,169.57 | | | | 1,569.13 | | |
| 08/28/2021 | Journal Entry | | -60.68 | 8,108.89 | | | | -60.68 | | |
| 08/29/2021 | Journal Entry | | -90.26 | 8,018.63 | | | | -90.26 | | |
| 08/29/2021 | Journal Entry | | 2,181.00 | 10,199.63 | | | | 2,181.00 | | |
| 08/30/2021 | Journal Entry | | 762.25 | 10,961.88 | | | | 762.25 | | |
| 08/30/2021 | Transfer | | -1,525.40 | 9,436.48 | | | | | | -1,525.40 |
| 08/30/2021 | Transfer | | -1,566.98 | 7,869.50 | | | | | | -1,566.98 |
| 08/30/2021 | Transfer | | -1,456.61 | 6,412.89 | | | | | | -1,456.61 |
| 08/30/2021 | Journal Entry | | -34.81 | 6,378.08 | | | | -34.81 | | |
| 08/31/2021 | Transfer | | -2,197.75 | 4,180.33 | | | | | | -2,197.75 |
| 08/31/2021 | Journal Entry | | -1,403.60 | 2,776.73 | | | | -1,403.60 | | |
| 08/31/2021 | Journal Entry | | 4,211.42 | 6,988.15 | | | | 4,211.42 | | |
| **Total for Paypal - Sales** | | | **$ 102.14** | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 55,191.24** | **$ 0.00** | **-$ 55,089.10** |

# Golf Tailor LLC
## Transaction Report
### August 2021

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| **Bill.com Money Out Clearing** | | | | | | | | | | |
| 08/03/2021 | Journal Entry | | 49,176.77 | 49,176.77 | | | | 49,176.77 | | |
| 08/03/2021 | bill payment check | Corporate Disk.Company | -36,482.51 | 12,694.26 | | | | | -36,482.51 | |
| 08/03/2021 | bill payment check | Elementary Business Inc. | -7,500.00 | 5,194.26 | | | | | -7,500.00 | |
| 08/03/2021 | bill payment check | La Vita Bella Holdings Limited | -3,500.00 | 1,694.26 | | | | | -3,500.00 | |
| 08/03/2021 | bill payment check | Titan World Wide | -1,297.66 | 396.60 | | | | | -1,297.66 | |
| 08/03/2021 | bill payment check | Titan World Wide | -396.60 | 0.00 | | | | | -396.60 | |
| 08/06/2021 | Journal Entry | | 19,964.44 | 19,964.44 | | | | 19,964.44 | | |
| 08/06/2021 | bill payment check | Amanda Riegel | -570.00 | 19,394.44 | | | | | -570.00 | |
| 08/06/2021 | bill payment check | National Golf Foundation, Inc. | -6,500.00 | 12,894.44 | | | | | -6,500.00 | |
| 08/06/2021 | bill payment check | Titan World Wide | -928.44 | 11,966.00 | | | | | -928.44 | |
| 08/06/2021 | bill payment check | Fractional Supply Chain Services | -1,120.00 | 10,846.00 | | | | | -1,120.00 | |
| 08/06/2021 | bill payment check | Titan World Wide | -834.00 | 10,012.00 | | | | | -834.00 | |
| 08/06/2021 | bill payment check | Teaveli Inc | -10,012.00 | 0.00 | | | | | -10,012.00 | |
| 08/09/2021 | Journal Entry | | 12,103.44 | 12,103.44 | | | | 12,103.44 | | |
| 08/09/2021 | bill payment check | Titan World Wide | -12,093.44 | 10.00 | | | | | -12,093.44 | |
| 08/09/2021 | bill payment check | Mike Bender Academy | -10.00 | 0.00 | | | | | -10.00 | |
| 08/10/2021 | Journal Entry | | 47,642.65 | 47,642.65 | | | | 47,642.65 | | |
| 08/10/2021 | bill payment check | Corporate Disk.Company | -30,562.14 | 17,080.51 | | | | | -30,562.14 | |
| 08/10/2021 | bill payment check | Arron Oberholser | -5,000.00 | 12,080.51 | | | | | -5,000.00 | |
| 08/10/2021 | bill payment check | CFO Shield, LLC | -2,262.99 | 9,817.52 | | | | | -2,262.99 | |
| 08/10/2021 | bill payment check | Daniel Mitchell | -425.00 | 9,392.52 | | | | | -425.00 | |
| 08/10/2021 | bill payment check | OMG Commerce | -9,392.52 | 0.00 | | | | | -9,392.52 | |
| 08/11/2021 | Journal Entry | | 8,141.04 | 8,141.04 | | | | 8,141.04 | | |
| 08/11/2021 | bill payment check | Titan World Wide | -8,141.04 | 0.00 | | | | | -8,141.04 | |
| 08/13/2021 | Journal Entry | | 46,395.78 | 46,395.78 | | | | 46,395.78 | | |
| 08/13/2021 | bill payment check | National Golf Foundation, Inc. | -7,150.00 | 39,245.78 | | | | | -7,150.00 | |
| 08/13/2021 | bill payment check | Titan World Wide | -120.30 | 39,125.48 | | | | | -120.30 | |
| 08/13/2021 | bill payment check | Titan World Wide | -11,675.78 | 27,449.70 | | | | | -11,675.78 | |

# Golf Tailor LLC
## Transaction Report
### August 2021

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2021 | bill payment check | Fractional Supply Chain Services | -1,190.00 | 26,259.70 | | | | | -1,190.00 | |
| 08/13/2021 | bill payment check | Amanda Riegel | -570.00 | 25,689.70 | | | | | -570.00 | |
| 08/13/2021 | bill payment check | Black Fish Media LLC | -25,810.00 | -120.30 | | | | | -25,810.00 | |
| 08/16/2021 | Journal Entry | | 120.30 | 0.00 | | | | 120.30 | | |
| 08/17/2021 | Journal Entry | | 31,610.19 | 31,610.19 | | | | 31,610.19 | | |
| 08/17/2021 | bill payment check | Corporate Disk.Company | -26,100.19 | 5,510.00 | | | | | -26,100.19 | |
| 08/17/2021 | bill payment check | Stat Track Technologies Lda | -5,510.00 | 0.00 | | | | | -5,510.00 | |
| 08/19/2021 | bill payment check | Amanda Riegel | -570.00 | -570.00 | | | | | -570.00 | |
| 08/19/2021 | bill payment check | Tim Oyler | -25,000.00 | -25,570.00 | | | | | -25,000.00 | |
| 08/19/2021 | Journal Entry | | 50,570.00 | 25,000.00 | | | | 50,570.00 | | |
| 08/19/2021 | bill payment check | Michael Rhine | -25,000.00 | 0.00 | | | | | -25,000.00 | |
| 08/20/2021 | Journal Entry | | 1,225.00 | 1,225.00 | | | | 1,225.00 | | |
| 08/20/2021 | bill payment check | Fractional Supply Chain Services | -1,225.00 | 0.00 | | | | | -1,225.00 | |
| 08/23/2021 | bill payment check | Titan World Wide | -12,692.68 | -12,692.68 | | | | | -12,692.68 | |
| 08/23/2021 | bill payment check | The UPS Store | -252.00 | -12,944.68 | | | | | -252.00 | |
| 08/23/2021 | Journal Entry | | 19,842.68 | 6,898.00 | | | | 19,842.68 | | |
| 08/23/2021 | Journal Entry | | 252.00 | 7,150.00 | | | | 252.00 | | |
| 08/23/2021 | bill payment check | National Golf Foundation, Inc. | -7,150.00 | 0.00 | | | | | -7,150.00 | |
| 08/24/2021 | bill payment check | Citizen Bank of Edmond | -1,500.00 | -1,500.00 | | | | | -1,500.00 | |
| 08/24/2021 | bill payment check | Corporate Disk.Company | -27,046.34 | -28,546.34 | | | | | -27,046.34 | |
| 08/24/2021 | Journal Entry | | 28,546.34 | 0.00 | | | | 28,546.34 | | |
| 08/25/2021 | bill payment check | Titan World Wide | -8,203.63 | -8,203.63 | | | | | -8,203.63 | |
| 08/25/2021 | Journal Entry | | 8,203.63 | 0.00 | | | | 8,203.63 | | |
| 08/27/2021 | Journal Entry | | 74,119.52 | 74,119.52 | | | | 74,119.52 | | |
| 08/27/2021 | bill payment check | Virginia Employment Commission | -19.24 | 74,100.28 | | | | | -19.24 | |
| 08/27/2021 | bill payment check | Competitive Edge Media Management | -72,235.28 | 1,865.00 | | | | | -72,235.28 | |
| 08/27/2021 | bill payment check | Amanda Riegel | -570.00 | 1,295.00 | | | | | -570.00 | |
| 08/27/2021 | bill payment check | Fractional Supply Chain Services | -1,295.00 | 0.00 | | | | | -1,295.00 | |
| 08/31/2021 | bill payment check | Corporate Disk.Company | -21,804.90 | -21,804.90 | | | | | -21,804.90 | |
| 08/31/2021 | Journal Entry | | 15,770.83 | -6,034.07 | | | | 15,770.83 | | |
| 08/31/2021 | bill payment check | Maropost Inc | -15,770.83 | -21,804.90 | | | | | -15,770.83 | |

## Golf Tailor LLC
## Transaction Report
### August 2021

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|-----------------|------|--------|---------|----------|-----------|----------|-----|-----------|-----------|
| 08/31/2021 | Journal Entry | | 21,804.90 | 0.00 | | | | 21,804.90 | | |
| **Total for Bill.com Money Out Clearing** | | | **$ 0.00** | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 435,489.51** | **-$ 435,489.51** | **$ 0.00** |

**1025 Simmons 4730**

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|-----------------|------|--------|---------|----------|-----------|----------|-----|-----------|-----------|
| Beginning Balance | | | | 116,679.28 | | | | | | |
| 08/02/2021 | Expense | Intuit | -315.00 | 116,364.28 | | -315.00 | | | | |
| 08/02/2021 | Expense | CartHook | -2,311.59 | 114,052.69 | | -2,311.59 | | | | |
| 08/02/2021 | Expense | Bankcard Processing | -53.95 | 113,998.74 | | -53.95 | | | | |
| 08/02/2021 | Transfer | | 25,355.77 | 139,354.51 | | | | | | 25,355.77 |
| 08/02/2021 | Expense | Xiamen Collin Holdings Co., Limited | -19,683.75 | 119,670.76 | | -19,683.75 | | | | |
| 08/02/2021 | bill payment check | Golf Component Solutions Co., Ltd. | -9,908.57 | 109,762.19 | | | | | -9,908.57 | |
| 08/02/2021 | Expense | SellerBench | -105.41 | 109,656.78 | | -105.41 | | | | |
| 08/03/2021 | Expense | Google G Suite | -192.00 | 109,464.78 | | -192.00 | | | | |
| 08/03/2021 | Expense | Authnet Gateway | -343.50 | 109,121.28 | | -343.50 | | | | |
| 08/03/2021 | Journal Entry | | -49,176.77 | 59,944.51 | | | | -49,176.77 | | |
| 08/03/2021 | Transfer | | 100.00 | 60,044.51 | | | | | | 100.00 |
| 08/03/2021 | Transfer | | 13,650.66 | 73,695.17 | | | | | | 13,650.66 |
| 08/03/2021 | Payroll Check | Chris A. Davis | -842.49 | 72,852.68 | | | -842.49 | | | |
| 08/03/2021 | Payroll Check | *Suzanne L. Brubaker | -2,331.67 | 70,521.01 | | | -2,331.67 | | | |
| 08/03/2021 | Payroll Check | Kyle A. Wilken | -1,162.67 | 69,358.34 | | | -1,162.67 | | | |
| 08/03/2021 | Payroll Check | Sheri Justus | -2,249.21 | 67,109.13 | | | -2,249.21 | | | |
| 08/03/2021 | Payroll Check | Gallen M. Malone | -881.47 | 66,227.66 | | | -881.47 | | | |
| 08/03/2021 | Payroll Check | Debra S. Brooks | -1,278.29 | 64,949.37 | | | -1,278.29 | | | |
| 08/04/2021 | Transfer | | 82,312.92 | 147,262.29 | | | | | | 82,312.92 |
| 08/04/2021 | Expense | Authnet Gateway | -10.00 | 147,252.29 | | -10.00 | | | | |
| 08/05/2021 | Expense | Simmons | -478.61 | 146,773.68 | | -478.61 | | | | |
| 08/05/2021 | Transfer | | 13,170.11 | 159,943.79 | | | | | | 13,170.11 |
| 08/05/2021 | Expense | WP Engine Inc | -1,200.00 | 158,743.79 | | -1,200.00 | | | | |
| 08/06/2021 | Tax Payment | OK Tax Commission | -337.00 | 158,406.79 | | | -337.00 | | | |
| 08/06/2021 | Tax Payment | IRS | -3,075.06 | 155,331.73 | | | -3,075.06 | | | |
| 08/06/2021 | Transfer | | 14,484.99 | 169,816.72 | | | | | | 14,484.99 |

# Golf Tailor LLC
## Transaction Report
### August 2021

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/06/2021 | Journal Entry | | -19,964.44 | 149,852.28 | | | | -19,964.44 | | |
| 08/06/2021 | Expense | Bill.com | -473.93 | 149,378.35 | | -473.93 | | | | |
| 08/09/2021 | Expense | CartHook | -500.00 | 148,878.35 | | -500.00 | | | | |
| 08/09/2021 | Expense | SellerBench | -75.28 | 148,803.07 | | -75.28 | | | | |
| 08/09/2021 | Transfer | | 36,439.80 | 185,242.87 | | | | | | 36,439.80 |
| 08/09/2021 | bill payment check | Xiamen Collin Holdings Co., Limited | -14,626.70 | 170,616.17 | | | | | -14,626.70 | |
| 08/09/2021 | Journal Entry | | -12,103.44 | 158,512.73 | | | | -12,103.44 | | |
| 08/10/2021 | Expense | Credit Card Misc. | -51.76 | 158,460.97 | | -51.76 | | | | |
| 08/10/2021 | Journal Entry | | -47,642.65 | 110,818.32 | | | | -47,642.65 | | |
| 08/10/2021 | Transfer | | 11,955.80 | 122,774.12 | | | | | | 11,955.80 |
| 08/10/2021 | Payroll Check | Sheri Justus | -2,249.21 | 120,524.91 | | | -2,249.21 | | | |
| 08/10/2021 | Payroll Check | Kyle A. Wilken | -1,162.66 | 119,362.25 | | | -1,162.66 | | | |
| 08/10/2021 | Payroll Check | Gallen M. Malone | -881.46 | 118,480.79 | | | -881.46 | | | |
| 08/10/2021 | Payroll Check | Debra S. Brooks | -1,278.28 | 117,202.51 | | | -1,278.28 | | | |
| 08/10/2021 | Payroll Check | Chris A. Davis | -842.49 | 116,360.02 | | | -842.49 | | | |
| 08/10/2021 | Payroll Check | *Suzanne L. Brubaker | -2,331.66 | 114,028.36 | | | -2,331.66 | | | |
| 08/11/2021 | Journal Entry | | -8,141.04 | 105,887.32 | | | | -8,141.04 | | |
| 08/11/2021 | Deposit | Classic Components Group | 8,600.00 | 114,487.32 | 8,600.00 | | | | | |
| 08/11/2021 | Transfer | | 13,594.14 | 128,081.46 | | | | | | 13,594.14 |
| 08/12/2021 | Transfer | | 9,840.26 | 137,921.72 | | | | | | 9,840.26 |
| 08/13/2021 | Tax Payment | VA Department of Taxation | -672.72 | 137,249.00 | | | -672.72 | | | |
| 08/13/2021 | Tax Payment | OK Tax Commission | -337.00 | 136,912.00 | | | -337.00 | | | |
| 08/13/2021 | Transfer | | 12,985.04 | 149,897.04 | | | | | | 12,985.04 |
| 08/13/2021 | Journal Entry | | -46,395.78 | 103,501.26 | | | | -46,395.78 | | |
| 08/13/2021 | Tax Payment | IRS | -3,075.14 | 100,426.12 | | | -3,075.14 | | | |
| 08/16/2021 | Expense | Liquid Web | -71.00 | 100,355.12 | | -71.00 | | | | |
| 08/16/2021 | Expense | Credit Card Misc. | -375.00 | 99,980.12 | | -375.00 | | | | |
| 08/16/2021 | Expense | Five 9 Inc | -1,743.54 | 98,236.58 | | -1,743.54 | | | | |
| 08/16/2021 | Transfer | | 28,092.30 | 126,328.88 | | | | | | 28,092.30 |
| 08/16/2021 | Expense | Post Affiliate Pro | -97.00 | 126,231.88 | | -97.00 | | | | |
| 08/16/2021 | Expense | SellerBench | -118.30 | 126,113.58 | | -118.30 | | | | |
| 08/16/2021 | Journal Entry | | -120.30 | 125,993.28 | | | | -120.30 | | |
| 08/16/2021 | Expense | USPS | -424.00 | 125,569.28 | | -424.00 | | | | |
| 08/17/2021 | Expense | Name Cheap | -13.16 | 125,556.12 | | -13.16 | | | | |
| 08/17/2021 | Expense | Name Cheap | -26.32 | 125,529.80 | | -26.32 | | | | |

**Golf Tailor LLC**
**Transaction Report**
August 2021

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|-----------------|------|--------|---------|----------|-----------|----------|-----|-----------|-----------|
| 08/17/2021 | Expense | Name Cheap | -39.48 | 125,490.32 | | -39.48 | | | | |
| 08/17/2021 | Journal Entry | | -31,610.19 | 93,880.13 | | | | -31,610.19 | | |
| 08/17/2021 | Transfer | | 9,879.89 | 103,760.02 | | | | | | 9,879.89 |
| 08/17/2021 | Payroll Check | Chris A. Davis | -842.49 | 102,917.53 | | | -842.49 | | | |
| 08/17/2021 | Payroll Check | Debra S. Brooks | -1,278.28 | 101,639.25 | | | -1,278.28 | | | |
| 08/17/2021 | Payroll Check | Gallen M. Malone | -881.47 | 100,757.78 | | | -881.47 | | | |
| 08/17/2021 | Payroll Check | *Suzanne L. Brubaker | -2,331.66 | 98,426.12 | | | -2,331.66 | | | |
| 08/17/2021 | Payroll Check | Sheri Justus | -2,249.21 | 96,176.91 | | | -2,249.21 | | | |
| 08/17/2021 | Payroll Check | Kyle A. Wilken | -1,162.66 | 95,014.25 | | | -1,162.66 | | | |
| 08/18/2021 | Transfer | | 38,694.77 | 133,709.02 | | | | | | 38,694.77 |
| 08/19/2021 | Expense | ShenZhen Best Sports Products Co. (Caiton) | -3,150.00 | 130,559.02 | | -3,150.00 | | | | |
| 08/19/2021 | Transfer | | 14,797.62 | 145,356.64 | | | | | | 14,797.62 |
| 08/19/2021 | Journal Entry | | -50,570.00 | 94,786.64 | | | | -50,570.00 | | |
| 08/20/2021 | Tax Payment | OK Tax Commission | -337.00 | 94,449.64 | | | -337.00 | | | |
| 08/20/2021 | Tax Payment | IRS | -3,075.12 | 91,374.52 | | | -3,075.12 | | | |
| 08/20/2021 | Expense | Texas Comptroller | -1,110.75 | 90,263.77 | | -1,110.75 | | | | |
| 08/20/2021 | Transfer | | 29,988.00 | 120,251.77 | | | | | | 29,988.00 |
| 08/20/2021 | Expense | Virginia Department of Taxation | -592.00 | 119,659.77 | | -592.00 | | | | |
| 08/20/2021 | Journal Entry | | -1,225.00 | 118,434.77 | | | | -1,225.00 | | |
| 08/20/2021 | Expense | Oklahoma Tax Commission | -73.93 | 118,360.84 | | -73.93 | | | | |
| 08/23/2021 | Expense | Slack | -96.00 | 118,264.84 | | -96.00 | | | | |
| 08/23/2021 | Expense | SellerBench | -74.73 | 118,190.11 | | -74.73 | | | | |
| 08/23/2021 | Transfer | | 27,253.88 | 145,443.99 | | | | | | 27,253.88 |
| 08/23/2021 | Journal Entry | | -252.00 | 145,191.99 | | | | -252.00 | | |
| 08/23/2021 | Transfer | | 75,000.00 | 220,191.99 | | | | | | 75,000.00 |
| 08/23/2021 | Journal Entry | | -19,842.68 | 200,349.31 | | | | -19,842.68 | | |
| 08/24/2021 | Payroll Check | Gallen M. Malone | -881.46 | 199,467.85 | | | -881.46 | | | |
| 08/24/2021 | Payroll Check | *Suzanne L. Brubaker | -2,331.67 | 197,136.18 | | | -2,331.67 | | | |
| 08/24/2021 | Payroll Check | Chris A. Davis | -842.49 | 196,293.69 | | | -842.49 | | | |
| 08/24/2021 | Payroll Check | Kyle A. Wilken | -1,162.67 | 195,131.02 | | | -1,162.67 | | | |
| 08/24/2021 | Expense | Xiamen Collin Holdings Co., Limited | -22,547.17 | 172,583.85 | | -22,547.17 | | | | |
| 08/24/2021 | Journal Entry | | -28,546.34 | 144,037.51 | | | | -28,546.34 | | |
| 08/24/2021 | Transfer | | 10,733.22 | 154,770.73 | | | | | | 10,733.22 |

## Golf Tailor LLC
## Transaction Report
**August 2021**

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|-----------------|------|--------|---------|----------|-----------|----------|----|-----------|-----------|
| 08/24/2021 | Payroll Check | Debra S. Brooks | -1,278.28 | 153,492.45 | | | -1,278.28 | | | |
| 08/24/2021 | Payroll Check | Sheri Justus | -2,249.21 | 151,243.24 | | | -2,249.21 | | | |
| 08/25/2021 | Journal Entry | | -8,203.63 | 143,039.61 | | | | -8,203.63 | | |
| 08/25/2021 | Expense | Shopify | -464.64 | 142,574.97 | | -464.64 | | | | |
| 08/25/2021 | Transfer | | 11,018.12 | 153,593.09 | | | | | | 11,018.12 |
| 08/26/2021 | Transfer | | 6,827.40 | 160,420.49 | | | | | | 6,827.40 |
| 08/26/2021 | Expense | Oklahoma Secretary of State | -26.00 | 160,394.49 | | -26.00 | | | | |
| 08/26/2021 | Expense | Credit Card Misc. | -179.20 | 160,215.29 | | -179.20 | | | | |
| 08/26/2021 | Expense | Oklahoma Secretary of State | -26.00 | 160,189.29 | | -26.00 | | | | |
| 08/27/2021 | Tax Payment | OK Tax Commission | -337.00 | 159,852.29 | | | -337.00 | | | |
| 08/27/2021 | Tax Payment | IRS | -3,075.10 | 156,777.19 | | | -3,075.10 | | | |
| 08/27/2021 | Transfer | | 10,572.01 | 167,349.20 | | | | | | 10,572.01 |
| 08/27/2021 | Journal Entry | | -74,119.52 | 93,229.68 | | | | -74,119.52 | | |
| 08/30/2021 | Expense | WaterWoo | -122.00 | 93,107.68 | | -122.00 | | | | |
| 08/30/2021 | Transfer | | 17,793.76 | 110,901.44 | | | | | | 17,793.76 |
| 08/30/2021 | Expense | SellerBench | -217.82 | 110,683.62 | | -217.82 | | | | |
| 08/30/2021 | Expense | THINKIFIC.COM | -116.40 | 110,567.22 | | -116.40 | | | | |
| 08/30/2021 | Expense | Wistia Inc | -3,000.00 | 107,567.22 | | -3,000.00 | | | | |
| 08/31/2021 | Payroll Check | Sheri Justus | -2,249.21 | 105,318.01 | | | -2,249.21 | | | |
| 08/31/2021 | Payroll Check | Kyle A. Wilken | -1,162.66 | 104,155.35 | | | -1,162.66 | | | |
| 08/31/2021 | Journal Entry | | -21,804.90 | 82,350.45 | | | | -21,804.90 | | |
| 08/31/2021 | Journal Entry | | -15,770.83 | 66,579.62 | | | | -15,770.83 | | |
| 08/31/2021 | Payroll Check | Debra S. Brooks | -1,278.29 | 65,301.33 | | | -1,278.29 | | | |
| 08/31/2021 | Payroll Check | *Suzanne L. Brubaker | -2,331.66 | 62,969.67 | | | -2,331.66 | | | |
| 08/31/2021 | Payroll Check | Chris A. Davis | -842.49 | 62,127.18 | | | -842.49 | | | |
| 08/31/2021 | Transfer | | 9,471.09 | 71,598.27 | | | | | | 9,471.09 |
| 08/31/2021 | Payroll Check | Gallen M. Malone | -881.47 | 70,716.80 | | | -881.47 | | | |
| **Total for 1025 Simmons 4730** | | | **-$ 45,962.48** | | **$ 8,600.00** | **-$ 60,499.22** | **-$ 58,050.03** | **-$ 435,489.51** | **-$ 24,535.27** | **$ 524,011.55** |
| **TOTAL** | | | **-$ 120,985.34** | | 830,399.96 | -146,603.50 | | 110,382.48 | | 0.00 |

Sunday, Sep 26, 2021 10:17:51 AM GMT-7 - Accrual Basis

| | | Opening | Deposits | Withdrawals | Payr,Tax | Withdrawals | Bill paym | Transfers |
|--|--|---------|----------|-------------|----------|-------------|-----------|-----------|
| Reconciliation | | | | | | | | |

# Golf Tailor LLC
## Transaction Report
**August 2021**

| Date | Transaction Type | Name | Amount | Balance | Deposits | Withdrwrl | Payr,Tax | JE | Bill paym | Transfers |
|------|------------------|------|--------|---------|----------|-----------|----------|----|-----------|-----------|
| | | Simmons Amazon 5710 | | 100.00 | 406,599.98 | (12,777.53) | | - | | (393,822.45) |
| | | Checking Bank of the West (3919) | | 705,955.00 | - | (25.00) | - | - | - | (75,100.00) |
| | | Paypal - Sales | | 6,886.01 | 55,191.24 | - | - | | - | (55,089.10) |
| | | Bill.com Money Out Clearing | | - | - | - | - | 435,489.51 | (435,489.51) | - |
| | | 1025 Simmons 4730 | | 116,679.28 | 8,600.00 | (60,499.22) | (58,050.03) | (435,489.51) | (24,535.27) | 524,011.55 |
| | | | | **829,620.29** | **470,391.22** | **(73,301.75)** | **(58,050.03)** | **-** | **(460,024.78)** | **-** |
| | | | | | | | | **(591,376.56)** | | |
| | | Previous period | | 1,872,528.00 | | | | (1,790,660) | | |
| | | | | 2,342,919 | | | | -2,382,037 | | |

# Golf Tailor LLC
## Balance Sheet
### As of August 31, 2021

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 1016 Simmons Amazon 5710 | 100.00 |
| 1018 Checking Bank of the West (3919) | 630,830.00 |
| 1025 Simmons 4730 | 70,716.80 |
| 1065 Paypal - Sales | 6,988.15 |
| **Total Bank Accounts** | $ 708,634.95 |
| **Accounts Receivable** | |
| 1100 Accounts Receivable (A/R) | 125,781.98 |
| 1101 Accounts Receivable (A/R) - B | 34,968.00 |
| Total 1100 Accounts Receivable (A/R) | $ 160,749.98 |
| **Total Accounts Receivable** | $ 160,749.98 |
| 1200 Inventory | 92,653.55 |
| B-Inventory | 701,144.95 |
| **Total 1200 Inventory** | $ 793,798.50 |
| **Other Current Assets** | |
| 1108 Allowance for Refunds | -57,000.00 |
| 1150 Paymentech Reserve | 49,596.46 |
| 1155 AmEx Reserve Account | 7,408.12 |
|  | $ 4.58 |
| 1400 Prepaid Expenses | 78,461.68 |
| Due from Officers | 7,160.19 |
| **Total Other Current Assets** | $ 85,621.87 |
| **Total Current Assets** | $ 1,748,809.88 |
| **Fixed Assets** | |
| 1600 Accumulated Depreciation | -17,660.51 |
| 1700 Start Up Costs | 7,649.00 |
| 1710 Accumulated Amortization | -469,663.54 |
| 1720 Intangibles - Intellectual Property | 212,147.25 |
| 1730 Fixed Asset Tools Equipment | 51,787.35 |
| 1740 Intangibles - Product Development | 1,156,172.96 |
| 1750 Capitalized Ads | 10,272,049.00 |
| 1751 Accumulated Amortization- Cap. Adv. | -10,272,049.00 |
| **Total Fixed Assets** | $ 940,432.51 |
| **Other Assets** | |
| **TOTAL ASSETS** | $ 2,689,242.39 |

# Golf Tailor LLC
## Balance Sheet
### As of August 31, 2021

|  |  | Total |
|---|---|---|
| **LIABILITIES AND EQUITY** |  |  |
| **Liabilities** |  |  |
| **Current Liabilities** |  |  |
| **Accounts Payable** |  |  |
| 2000 *Accounts Payable |  | 9,997,549.25 |
| **Total Accounts Payable** | $ | **9,997,549.25** |
| **Credit Cards** |  |  |
| 2150 American Express @ Work |  | 66,490.68 |
| 2180 Brex |  | 1,005,744.43 |
| **Total Credit Cards** | $ | **1,072,235.11** |
| **Other Current Liabilities** |  |  |
| 2050 Accrued Expenses |  | 8,748.74 |
| 2401 Federal Taxes (941/944) |  | 3,075.10 |
| 2402 Federal Unemployment (940) |  | 252.00 |
| 2403 OK Income Tax |  | 337.00 |
| 2404 OK Unemployment Tax |  | -1,456.58 |
| 2405 VA Income Tax |  | 840.90 |
| 2406 VA SUI Employer |  | 643.16 |
| **Total 2400 Payroll Liabilities** | $ | **12,440.32** |
| 2604 Clearbanc Fund |  | 1,820,296.78 |
| 2606 PPP Loan |  | 130,402.40 |
| Due to Santa Fe |  |  |
| 2609 Sales Tax Payable |  | -1,840.62 |
| **Total Other Current Liabilities** | $ | **1,948,858.56** |
| **Total Current Liabilities** | $ | **13,031,083.24** |
| **Total Liabilities** | $ | **13,031,083.24** |
| **Equity** |  |  |
| 3000 Opening Balance Equity |  | -410.00 |
| 3100 Member Equity |  | -632,982.77 |
| 3150 Member Draws |  | 0.00 |
| 3200 Retained Earnings |  | -8,354,398.91 |
| Net Income |  | -1,354,049.17 |
| **Total Equity** | -$ | **10,341,840.85** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **2,689,242.39** |

# Golf Tailor LLC
## Profit and Loss
### August 2021

| | Total |
|---|---:|
| **Income** | |
| 4000 Sales | 846,991.67 |
| 4900 Sales-Refunds | -108,043.40 |
| 4910 Sales-Chargebacks | -1,736.22 |
| **Total 4000 Sales** | **$ 737,212.05** |
| **Total Income** | **$ 737,212.05** |
| **Cost of Goods Sold** | |
| 5010 Advertising | 259,058.42 |
| 5015 Advertising - Contract Labor | 8,071.12 |
| 5018 Ads Capitalization and Amortization | 60,000.00 |
| **Total 5010 Advertising** | **$ 327,129.54** |
| 5030 Fulfillment | 10,539.29 |
| 5040 Products | 89,612.06 |
| 5400 Shipping, Freight & Delivery - Freight-Out | 146,063.83 |
| 5450 Shipping, Freight & Delivery - Freight-In | 54,569.01 |
| 5600 Bank Service Charges | 21,659.16 |
| Change in inventory - August 2021 | -281,243.40 |
| **Total Cost of Goods Sold** | **$ 368,329.49** |
| **Gross Profit** | **$ 368,882.56** |
| **Expenses** | |
| 6000 Non-Discretionary Expenses | |
| 6005 Salaries | 57,250.65 |
| 6010 Payroll Taxes | 4,379.66 |
| 6020 Employee Benefits | 1,980.73 |
| 6030 Insurance Expense | 1,846.16 |
| 6100 Contract Labor | 88,479.50 |
| 6130 Copywriting | 1,870.00 |
| 6140 Web Maintenance | 130.72 |
| 6300 Rent Expense | 1,752.00 |
| 6340 Telephone Expense | 1,743.54 |
| 6430 Dues & Subscriptions | 1,403.84 |
| 6440 Postage & Freight | 424.00 |
| 6600 Professional Fees | |
| 6610 Accounting | 2,577.99 |
| **Total 6600 Professional Fees** | **$ 2,577.99** |
| 6950 Sales and Marketing | 29,233.35 |
| 6960 Commissions | 78,779.59 |
| **Total 6000 Non-Discretionary Expenses** | **$ 271,851.73** |
| 8060 Depreciation Expense | 539.35 |
| 8070 Amortization Expense | 13,303.87 |
| Payroll Expenses | |
| Taxes | 19.24 |
| **Total Payroll Expenses** | **$ 19.24** |
| **Total Expenses** | **$ 285,714.19** |
| **Net Operating Income** | **$ 83,168.37** |
| **Net Income** | **$ 83,168.37** |

# Golf Tailor LLC
## A/R Aging Summary
### As of September 26, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **BlackFish** | | 17,314.50 | 8,776.60 | 1,309.00 | | 27,400.10 |
| **Ebay-Customer** | | 666.04 | -666.04 | | | 0.00 |
| **Section 2383** | | 23,408.06 | 31,391.86 | 7,917.20 | 70,632.76 | 133,349.88 |
| **TOTAL** | $ 0.00 | $ 41,388.60 | $ 39,502.42 | $ 9,226.20 | $ 70,632.76 | $ 160,749.98 |

# Golf Tailor LLC
## A/P Aging Summary
### As of August 31, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| 4 U Management LLC | | | | | 15,000.00 | 15,000.00 |
| Amanda Riegel | 2,280.00 | | | | | 2,280.00 |
| American Airlines | | | | | 0.00 | 0.00 |
| AMH Sports | | | | | 9,878.22 | 9,878.22 |
| Andy North | | | | | 115,000.00 | 115,000.00 |
| Arron Oberholser | 5,000.00 | | | 5,000.00 | 287,500.00 | 297,500.00 |
| Bobby Wilson | | | | | 105,000.00 | 105,000.00 |
| Bonds Ellis Eppich Schafer Jones LLP | | | | | 5,000.00 | 5,000.00 |
| Bundled | | | | | 11,039.97 | 11,039.97 |
| Comcast Technology Solutions | | | | | -50.00 | -50.00 |
| Competitive Edge Media Management | | | | | 1,048,375.00 | 1,048,375.00 |
| Corporate Disk.Company | | | | | 1,298,430.20 | 1,298,430.20 |
| Criteo Australia Pty Ltd | | | | | 14,612.99 | 14,612.99 |
| Criteo Corp | | | | | 431,981.28 | 431,981.28 |
| Daniel Mitchell | 1,445.00 | | | | | 1,445.00 |
| Doug Tewell | | | | | 12,534.54 | 12,534.54 |
| Facebook.com Ads | | | | | 2,019,343.21 | 2,019,343.21 |
| Google Advertising | | | | | 2,061,897.85 | 2,061,897.85 |
| HANK HANEY | | | | | 366,769.92 | 366,769.92 |
| Harris Bricken | | | | | 69,466.86 | 69,466.86 |
| HBW Commerce | | | | | 143.85 | 143.85 |
| Holder Law PC | | | | | 30,000.00 | 30,000.00 |
| IPFS Corporation | | | | | -7,990.67 | -7,990.67 |
| Jim Cropper | | | | | 99.00 | 99.00 |
| Lewis, Brisbois, Bisgaard & Smith, LLP | | | | | 910.00 | 910.00 |
| Marks & Clerk Hong Kong | | | | | 67,906.40 | 67,906.40 |
| Maropost Inc | -15,770.83 | | | | | -15,770.83 |
| Michelle Shafran | | | | | 330.00 | 330.00 |
| Mike Bender Academy | | | | | 26.00 | 26.00 |
| OCTAGON, Inc | | | | | 288,400.00 | 288,400.00 |
| Orion Capital Group LLC | | | | | -6,423.03 | -6,423.03 |
| Outbrain, Inc. | | | | | 101,127.50 | 101,127.50 |
| Paul Larsen Consulting | | | | | 4,000.00 | 4,000.00 |
| Peter Kostis | | | | | 27,500.00 | 27,500.00 |
| Phil Chapman | | | | | 15,626.00 | 15,626.00 |
| Preferred Shipping, Inc | | | | 135.63 | | 135.63 |
| R2B Media LLC | | | | | 256,423.22 | 256,423.22 |
| S and Y Industries | | | | 20.04 | 682.54 | 702.58 |
| ShenZhen Best Sports Products Co. (Caiton) | | 0.00 | | | | 0.00 |

# Golf Tailor LLC
## A/P Aging Summary
### As of August 31, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Sheri Justus - Employee | | | | | 360,000.00 | 360,000.00 |
| Sino Golf Manufacturing Co., Ltd. | | | | 19,108.25 | 54,634.22 | 73,742.47 |
| Taboola Inc | | | | | 573,504.66 | 573,504.66 |
| Teaveli Inc | 10,000.00 | | | | | 10,000.00 |
| TGA Productions LLC | | | | | 27,000.00 | 27,000.00 |
| The Speed Stik | | | | | 62,500.00 | 62,500.00 |
| Titan World Wide | | -120.30 | 59,981.09 | 103,536.81 | -41,556.21 | 121,841.39 |
| Twitter, Inc | | | | | 22,869.91 | 22,869.91 |
| Verizon Media Inc. | | | | | 153,630.22 | 153,630.22 |
| Whiteford, Taylor & Preston L.L.P. | | | | | 5,000.00 | 5,000.00 |
| Worthy Journey Communications, LLC - Roxanne L Sutton | 357.50 | | | | | 357.50 |
| Xiamen Collin Holdings Co., Limited | | -19,683.75 | -19,327.28 | | -22,536.56 | -61,547.59 |
| TOTAL | $   3,311.67 | -$   19,804.05 | $  40,653.81 | $  127,800.73 | $  9,845,587.09 | $  9,997,549.25 |

| | | | |
|---|---|---|---|
| post petition payables | | 24,161 | |