Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR GOLF TAILOR, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GOLF TAILOR, LLC | § | CASE NO. 21-30995-MVL |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**CERTIFICATE OF SERVICE ON CHAPTER 11**
**POST–CONFIRMATION ORDER**

The undersigned hereby certifies that on October 12, 2020 a true and correct copy of the Chapter 11 Post–Confirmation Order and the Order Confirming Debtor's Amended Plan of Reorganization was served upon the attached mailing matrix first class mail, postage prepaid (except on the parties listed below which receive electronic notice).

Respectfully Submitted,

By: */s/Areya Holder Aurzada*
Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR GOLF TAILOR, LLC

PARTIES RECEIVING ELECTRONIC NOTICE:

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Michael J. Durrschmidt on behalf of Interested Party Watermark Bank
mdurrschmidt@hirschwest.com; tmiller@hirschwest.com; klewinski@hirschwest.com

William J. Factor on behalf of Creditor Corporate Disk Company
wfactor@seyfarth.com; nbouchard@wfactorlaw.com

Robert Coleman Rowe on behalf of Creditor Sino Golf Manufacturing Co., Ltd.
rrowe@curtislaw.net

Jason A. Sansone on behalf of creditor Sheri Justus
JSansone@SansoneHowell.com

Laurie A. Spindler on behalf of Creditor Dallas County
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com, dallas.bankruptcy@lgbs.com

United States Trustee
Ustpregion06.da.ecf@usdoj.gov

James Vogt on behalf of Creditors Criteo Corp. and Outbrain Inc.
jimvogt@rrvmlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 21-30995-mvl11<br>Northern District of Texas<br>Dallas<br>Tue Oct  5 15:50:38 CDT 2021 | CFO Shield, LLC<br>P O Box 953<br>Colleyville, TX 76034-0953 | Criteo Corp.<br>387 Park Avenue South<br>New York, NY 10016-8810 |
| Dallas County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Frwy Suite 1000<br>Dallas, TX 75207-2328 | Golf Tailor, LLC<br>13 S. Broadway<br>Edmond, OK 73034-3739 | Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3700 |
| Outbrain Inc.<br>39 West 13th Street 3rd Floor<br>New York, NY 10011-7924 | Sino Golf Manufacturing Co., Ltd.<br>Curtis Castillo PC<br>901 Main Street<br>Suite 6515<br>Dallas, TX 75202-3782 | Texas Comptroller of Public Accounts, Revenu<br>Christopher S. Murphy<br>c/o Sherri Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 |
| 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | 4 U Management, LLC<br>34049 Reflection Bay Drive<br>Knoxville, TN 37938 | 4U Management, LLC<br>7512 Dr. Phillips Blvd. Suite 50-314<br>Orlando, FL 32819-5420 |
| AMH Sports<br>12222 Bell Ranch Drive<br>Santa Fe Springs, CA 90670-3361 | American Express<br>PO Box 981531<br>El Paso, TX 79998-1531 | American Express  Bank, FSB<br>4315 South 2700 West<br>Salt Lake City, UT 84184-0001 |
| American Express Travel Related Services, Co<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Andy North<br>601 N. Segoe Road #901<br>Madison, WI 53705-3101 | Andy North<br>625 N. Segoe Road<br>Madison, WI 53705-3194 |
| Arron Oberholser<br>5901 E. Via Los Caballos<br>Paradise Valley, AZ 85253-2244 | Attorney General of Texas<br>Collections Division Bankruptcy Section<br>PO Box 12548<br>Austin, TX 78711-2548 | Bobby Wilson<br>Desert Dunes Golf Course<br>19300 Palm Drive<br>Desert Hot Springs, CA 92240-7333 |
| Brex<br>405 Howard Street Suite 200<br>San Francisco, CA 94105-2613 | CT Corporation Systems<br>Attn: SPRS<br>330 N. Brand Blvd. Suite 700<br>Glendale, CA 91203-2336 | CT Corporation Systems<br>PO Box 29071<br>Glendale, CA 91209-9071 |
| CT Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | Charles B. Darr, III<br>1425 NW 150th<br>Edmond, OK 73013-1305 | Clear Finance Technology Corporation<br>548 Market Street #68100<br>San Francisco, CA 94104-5401 |
| Competitive Edge Media Management<br>118 S. Main Street<br>Templeton, CA 93465-8700 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Corporate Disk Company<br>co Factor Law<br>105 W. Madison Street, Suite 1500<br>Chicago, IL 60602-4602 |

| | | |
|---|---|---|
| Corporate Disk.Company<br>Attn: AR<br>PO Box 93<br>Mchenry, IL 60051-9001 | Criteo Australia Pty Ltd<br>Ste 426-428- 4th Fl<br>5 Lime St.<br>King Street Wharf<br>Sydney, New South Wales, 2000 Australia | Criteo Corp.<br>387 Park Avenue South 11 and 12th Floor<br>New York, NY 10016-8810 |
| David M. Serepca<br>McMahon Serepca LLP<br>2225 E. Bayshore Rd., Suite 200<br>Palo Alto, CA 94303-3220 | Dewitt Paruolo & Meek<br>PO Box 138800<br>Oklahoma City, OK 73113-8800 | Doug Tewell<br>16377 Scotland Way<br>Edmond, OK 73013-3103 |
| Douglas F. Tewell 2000 Trust<br>16377 Scotland Way<br>Edmond, OK 73013-3103 | Facebook, Inc.<br>c/o David Serepca<br>McMahon Serepca LLP<br>2225 E. Bayshore Rd., Suite 200<br>Palo Alto, CA 94303-3220 | Facebook.com Ads<br>1601 Willow Road<br>Menlo Park, CA 94025-1452 |
| Google, LLC<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043-1351 | Hank Haney<br>2408 Victory Park Lane #733<br>Dallas, TX 75219-7618 | Hank Haney<br>c/o Octagon, Inc.<br>7100 Forest Avenue Suite 201<br>Richmond, VA 23226-3742 |
| Harris Bricken<br>600 Steward Street Suite 1200<br>Seattle, WA 98101-3160 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Special Procedures, Room 9A20<br>1100 Commerce St., 5024-DAL<br>Dallas, TX 75242-1100 | James Vogt<br>101 Park Avenue, Suite 1010<br>Oklahoma City, OK 73102-7251 | James Vogt<br>Reynolds, Riding, Vogt & McCart, PLLC<br>101 Park Avenue, Suite 1010<br>Oklahoma City, OK 73102-7251 |
| Latham, Steele, Lehman, Ratcliff<br>Freije & Carter, P.C.<br>1515 E. 71 St. Suite 200<br>Tulsa, OK 74136-5039 | Lewis Brisbois Bisgaard & Smith, LLP<br>633 West 5th Street, Suite 4000<br>LOS ANGELES, CA 90071-2074 | Lewis, Brisbois, Bisgaard & Smith, LLP<br>633 W. Fifth Street Suite 4000<br>Los Angeles, CA 90071-2074 |
| Linebarger Goggan Blair Sampson LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | M. Bender, Inc.<br>387 Baymoor Way<br>Lake Mary, FL 32746-7024 | Marks & Clerk Hong Kong<br>Level 9, Cyberport 1<br>Cyberport Road<br>Pok Fu Lam, Hong Kong 00000 |
| Michael Breed, Inc.<br>c/o Octagon, Inc.<br>Attn: Jeremy Aisenberg<br>One Shockoe Plaza<br>Richmond, VA 23219-4151 | Michael Rhine<br>18324 Buccaneer Ter<br>Leesburg, VA 20176-8474 | (c)MILES DICKINSON REVOCABLE<br>TRUST<br>13301 N SANTA FE AVE<br>OKLAHOMA CITY OK 73114-2234 |
| NBCUNIVERSAL MEDIA, LLC<br>30 Rockefeller Plaza (1221 Campus)<br>30 Rockefeller Plaza (1221 Campus)<br>New York, NY 10112-0015 | OCTAGON, Inc<br>13575 Valley Mills Drive<br>Frisco, TX 75033-0414 | Octagon<br>c/o Jeremy Aisenberg<br>1021 E. Cary Street 17th Floor<br>Richmond, VA 23219-4000 |

| | | |
|---|---|---|
| Octagon, Inc.<br>Attn: General Counsel<br>7950 Jones Branch Drive Suite 700N<br>Mc Lean, VA 22107-0002 | Patrick Bates<br>1400 Sherwood Lane<br>Oklahoma City, OK 73116-5634 | Paul Larsen Consulting<br>5 Carlson Terrace<br>Fishkill, NY 12524-3001 |
| Peter Kostis<br>9160 N. 69th Street<br>Paradise Valley, AZ 85253-1930 | Phil Chapman<br>Filman Marketing<br>York House, Chichester Road Dorking<br>Surrey, RH4 1LR, UK | R2B Media LLC<br>300 Vesey Street 12th Floor<br>New York, NY 10282-1102 |
| Robert Gray Cherry<br>101 N. E. 46th Street<br>Oklahoma City, OK 73105-2012 | Sheri Justus - Employee<br>1001 Wakefield Road<br>Perry, OK 73077-1224 | Sino Golf Manufacturing Co., Ltd.<br>Unit K, 20/F., Kings Wing Plaza 2<br>1 On Kwan Street<br>Shek Mun Shatin, N.T. Hong Kong |
| Sino Golf Manufacturing Co., Ltd.<br>co Curtis Castillo, P.C.<br>901 Main Street, Suite 6515<br>Dallas, TX 75202-3782 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | TGA Productions LLC<br>6876 E. Whispering Mesquite Trail<br>Scottsdale, AZ 85266-7050 |
| TGA Productions, LLC<br>975 Goldenrod<br>San Luis Obispo, CA 93401-7842 | Taboola Inc<br>16 Madison Square West 7th Floor<br>New York, NY 10010-1630 | Taboola Inc.<br>c/o Andrew P Murphy Attonrey at Law PC<br>P. O. Box 18312<br>Oklahoma City, OK 73154-0312 |
| Texas Alcoholic Beverage Commission<br>License and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 East 15th Street<br>Austin, TX 78701-1442 | The Paulsons<br>c/o Octagon, Inc.<br>Attn: Jeremy Aisenberg<br>One Shockoe Plaza<br>Richmond, VA 23219-4151 |
| The Rutherford Family Trust<br>1801 Catalina Drive<br>Edmond, OK 73013-8514 | The Speed Stik<br>8305 Davenport Street<br>Omaha, NE 68114-3541 | Tim Oyler<br>1985 Windbreak Circle<br>Edmond, OK 73025-1858 |
| Twitter, Inc<br>1355 Market Street Suite 900<br>San Francisco, CA 94103-1337 | United States Attorney<br>1100 Commerce Street  Room 16G28<br>Dallas, TX 75242-1001 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| Verizon Media Inc.<br>14010 FNB Parkway<br>Omaha, NE 68154-5206 | Watermark Bank<br>921 NW 63rd Street<br>Oklahoma City, OK 73116-7605 | Areya Holder<br>Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3700 |
| Sheri Justus<br>1001 Wakefield Rd.<br>Perry, OK 73077-1224 | | |